**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| SEAN PRIEWE, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   v.<br><br>BIGBEAR.AI HOLDINGS, INC., LOUIS R. BROTHERS, AMANDA LONG, KEVIN MCALEENAN, JOSHUA KINLEY, and JULIE A. PEFFER,<br><br>               Defendants. | Case No. 1:25-cv-00623-PTG-WEF<br><br>Hon. Patricia Tolliver Giles<br><br>**JOINT MOTION FOR STAY OF RESPONSE DEADLINES PENDING APPOINTMENT OF LEAD PLAINTIFF** |

Plaintiff Sean Priewe ("Plaintiff"), individually, and on behalf of all others similarly situated, and Defendants, BigBear.ai Holdings, Inc., Louis R. Brothers, Amanda Long, Kevin McAleenan, Joshua Kinley, and Julie A. Peffer ("Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, file this Joint Motion for Stay of Response Deadlines Pending Appointment of Lead Plaintiff. The Parties request that the Court enter the attached proposed Order staying Defendants' time to answer, move, or otherwise respond to any complaint in this action pending appointment of a lead plaintiff and lead counsel, and further ordering that within seven (7) days after entry of an order appointing lead plaintiff(s) and lead counsel, lead plaintiff(s) and Defendants shall meet and confer, and submit to the Court a proposed schedule for the filing of an amended complaint and response thereto. Good cause exists for this request. In support, the Parties state as follows.

1.      On April 11, 2025, Plaintiff filed the above-captioned lawsuit, a putative class action alleging violations of the federal securities laws under the Securities Exchange Act of 1934, against Defendants.

2.      On April 15, 2025, Plaintiff sent Defendants waivers of service of summons, which preserve all defenses and objections except those related to sufficiency of service, and which Defendants returned on May 14, 2025.

3.      The Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)-(B), which governs this action, provides that (i) not later than 20 days after the date on which the first complaint is filed, the plaintiff shall publish a notice advising members of the purported plaintiff class, (ii) not later than 60 days after the date on which the notice is published any member of the purported class may move the court to serve as lead plaintiff, and (iii) not later than 90 days after the date on which a notice is published the court shall appoint the "most adequate plaintiff" as lead plaintiff.

4.      In compliance with Section 21D(a)(3)(A)(i) of the PSLRA, notice was published on April 11, 2025 ("Notice"). The Notice advised members of the putative class of the pendency of this action, the claims asserted therein, the purported class period, and the June 10, 2025 deadline for any member of the putative class to move the Court to serve as lead plaintiff;

5.      The Parties anticipate that, after the resolution of motions to appoint lead plaintiff and lead counsel, the Court-appointed lead plaintiff will file an amended complaint that will supersede the existing Complaint;

6.      Defendants anticipate moving to dismiss the claims asserted against them in response to the forthcoming amended complaint, which would trigger a stay of discovery under the PSLRA (15 U.S.C. § 78u-4(b)(3)(B));

7.      Given the special procedures specified in the PSLRA, including (i) the appointment of lead plaintiff, (ii) the filing of a single consolidated complaint by the Court-appointed lead plaintiff and lead counsel, and (iii) the stay of all discovery and other proceedings during the

2

pendency of any motion to dismiss, the Parties respectfully submit that it is unnecessary for Defendants to respond to the current Complaint.

8.    Accordingly, the Parties request that the Court enter the attached proposed Order staying all deadlines for Defendants to respond to the current Complaint, and directing that within seven (7) days after entry of an order appointing lead plaintiff(s) and lead counsel, lead plaintiff(s) and Defendants shall meet and confer, and submit to the Court a proposed schedule for the filing of an amended complaint and response thereto.

### WAIVER OF ORAL ARGUMENT

The parties waive oral argument on this procedural motion to stay deadlines to respond to the Complaint pending appointment of lead plaintiff.

Dated: May 20, 2025

*/s/ Steven J. Toll* (with permission)
Steven J. Toll (15300)
Daniel S. Sommers
S. Douglas Bunch
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W. Suite 800
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

Jeremy A. Lieberman (*pro hac vice* forthcoming)
J. Alexander Hood II (*pro hac vice* forthcoming)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Attorneys for Plaintiff Sean Priewe*


/s/ *Laura E. Bladow*
Laura E. Bladow (93395)
Stephen Nasko (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: laura.bladow@lw.com
Email: stephen.nasko@lw.com

Colleen C. Smith (*pro hac vice* forthcoming)
Katherine E. Bruce (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
Email: colleen.smith@lw.com
Email: kathy.bruce@lw.com


*Attorneys for BigBear.ai Holdings, Inc.,*
*Louis R. Brothers, Amanda Long,*
*Kevin McAleenan, Joshua Kinley,*
*and Julie A. Peffer*

4