# EXHIBIT A

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Dr. Gabriel Zada, duly certify and say, as to the claims asserted under the federal securities laws, that:

1.    I have reviewed a complaint filed in the action and adopt its allegations.

2.    I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this action.

3.    I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    My transactions in BigBear.ai Holdings, Inc., during the class period set forth in the complaint are set forth in the chart attached hereto.

5.    Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6.    I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of June 2025.

_____

Dr. Gabriel Zada

| Case Name | BigBear.ai Holdings, Inc. |
|---|---|
| Ticker | BBAI |
| Class Period | 03-31-2022 to 03-25-2025 |

**Client Name**

Gabriel Zada

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 01-23-2025 | P | 59665 | $ 04.2000 |
| 01-30-2025 | S | -59665 | $ 04.2500 |
| 02-13-2025 | P | 43572 | $ 09.1400 |
| 02-13-2025 | P | 20942 | $ 09.5000 |
| 02-13-2025 | S | -64514 | $ 09.8506 |
| 02-14-2025 | P | 55493 | $ 09.0000 |
| 02-14-2025 | P | 110253 | $ 09.0724 |
| 02-28-2025 | S | -70684 | $ 05.0818 |
| 03-07-2025 | S | -30056 | $ 03.2706 |
| 03-24-2025 | S | -5221 | $ 03.3501 |