# EXHIBIT B

| Client Name | Dr. Gabriel Zada |
|---|---|
| Company Name | BigBear.ai Holdings, Inc. |
| Ticker Symbol | BBAI |
| Security Type | |
| Class Period Start | 03-31-2022 |
| Class Period End | 03-25-2025 |
| 90-DAY Lookback Period Start | 03-26-2025 |
| 90-DAY Lookback Period End | 06-09-2025 |
| 90-DAY Lookback Average | $ 03.32 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $720,344.87 |
| Gross Shares Purchased | 289,925 |
| Net Shares Retained | 59,785 |
| Net Funds Expended | $983,415.66 |

| Purchases | | | | Sales | | | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO |
| 01-23-2025 | 59665 | 4.2 | $ 250,593.00 | 01-30-2025 | 59665 | | $ 04.25 | $ 253,576.25 | - | | - | - | $ 03.32 | | -$ 2,983.25 |
| 02-13-2025 | 43572 | 9.14 | $ 398,248.08 | 02-13-2025 | 43572 | | $ 09.85 | $ 429,210.34 | - | | - | - | $ 03.32 | | -$ 30,962.26 |
| 02-13-2025 | 20942 | 9.5 | $ 198,949.00 | 02-13-2025 | 20942 | | $ 09.85 | $ 206,291.27 | - | | - | - | $ 03.32 | | -$ 7,342.27 |
| 02-14-2025 | 55493 | 9 | $ 499,437.00 | 05-27-2025 | | 55493 | $ 04.41 | | $ 244,883.39 | | 55493 | - | $ 03.32 | | $ 254,553.61 |
| 02-14-2025 | 70684 | 9.07241 | $ 641,274.23 | 02-28-2025 | 70684 | | $ 05.08 | $ 359,201.95 | - | | - | - | $ 03.32 | | $ 282,072.28 |
| 02-14-2025 | 30056 | 9.07241 | $ 272,680.35 | 03-07-2025 | 30056 | | $ 03.27 | $ 98,301.15 | - | | - | - | $ 03.32 | | $ 174,379.20 |
| 02-14-2025 | 5221 | 9.07241 | $ 47,367.05 | 03-24-2025 | 5221 | | $ 03.35 | $ 17,490.87 | - | | - | - | $ 03.32 | | $ 29,876.18 |
| 02-14-2025 | 491 | 9.07241 | $ 4,454.55 | 04-16-2025 | | 491 | $ 02.88 | | $ 1,414.08 | | 491 | - | $ 03.32 | | $ 3,040.47 |
| 02-14-2025 | 3801 | 9.07241 | $ 34,484.23 | 05-27-2025 | | 3801 | $ 04.41 | | $ 16,773.32 | | 3801 | - | $ 03.32 | | $ 17,710.91 |
| Total: | 289,925 | | $2,347,487.50 | | 230,140 | 59785 | | $1,364,071.84 | $263,070.79 | | 59,785 | | | | $720,344.87 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.