# EXHIBIT D

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

SEAN PRIEWE, Individually and on Behalf of
All Others Similarly Situated,

        Plaintiff,

v.

BIGBEAR.AI HOLDINGS, INC., LOUIS R.
BROTHERS, AMANDA LONG, KEVIN
MCALEENAN, JOSHUA KINLEY, and
JULIE A. PEFFER,

        Defendants.

Case No.: 1:25-cv-00623-PTG-WEF

Hon. Patricia Tolliver Giles

**DECLARATION OF DR. GABRIEL ZADA IN SUPPORT OF HIS MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF**

I, Dr. Gabriel Zada, pursuant to 28 U.S.C. § 1746, declare as follow:

1.　　I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") against BigBear.ai Holdings, Inc. ("BigBear" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.　　I currently reside in Los Angeles, California. I hold undergraduate and medical degrees from University of California, Berkeley, and University of California, San Francisco, respectively. I am currently employed as a Professor of Neurological Surgery, Otolaryngology, and Internal Medicine at Keck School of Medicine of University of Southern California. I have been investing in securities for approximately 25 years. Further, I have experience working with attorneys based on previous engagements in which I was hired to provide expert services in support of litigation.

3.      I am both capable and qualified to serve as the lead plaintiff in the Action. By virtue of my significant financial interest in the resolution of the Action, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.      Prior to seeking appointment as lead plaintiff in the Action, I communicated with Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Action would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

5.      I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

6.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I negotiated a competitive fee arrangement and signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of June 2025.


Signed:

Name: Dr. Gabriel Zada


2