**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| SEAN PRIEWE, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No: 1:25-cv-00623-PTG-WEF |
| v. | |
| BIGBEAR.AI HOLDINGS, INC., LOUIS R. BROTHERS, AMANDA LONG, KEVIN MCALEENAN, JOSHUA KINLEY, and JULIE A. PEFFER, | |
| Defendants. | |

**DECLARATION OF CRAIG C. REILLY, ESQ. IN SUPPORT OF JASON WAMP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOVAL OF HIS SELECTION OF LEAD AND LIAISON COUNSEL**

I, CRAIG C. REILLY, declare as follows:

1.      I am a member in good standing of the bar of Virginia and am admitted to practice before this Court. I am the principal of The Office of Craig C. Reilly, Esq. and liaison counsel for proposed lead plaintiff Jason Wamp ("Wamp").

2.      I submit this Declaration in support of the Motion of Movant Jason Wamp's Motion for Appointment as Lead Plaintiff and Approval of His Selection of Lead and Liaison Counsel.

3.      In support hereof, attached is a true and accurate copy of the following documents:

Exhibit A:      Notice of Pendency of a Class Action

Exhibit B:      Wamp's PSLRA Certification

Exhibit C:      Chart setting forth Wamp's financial interest in this litigation

Exhibit D:      Declaration of Wamp

1

Exhibit E:     Firm Resume of Faruqi & Faruqi, LLP

Exhibit F:     Women's Business Enterprise National Counsel Certificate

4.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

DATED: June 10, 2025          Respectfully submitted,

**THE LAW OFFICE OF CRAIG C. REILLY, ESQ.**

*/s/ Craig C. Reilly*
Craig C. Reilly (VSB No. 20942)

2