# EXHIBIT B

**CERTIFICATION OF PROPOSED LEAD PLAINTIFF**

I, Jason Wamp, declare as to the claims asserted under the federal securities laws against BigBear.ai Holdings, Inc., *et al*, that:

1.  I have reviewed a complaint against BigBear.ai Holdings, Inc., *et al* in the action filed and adopt the allegations therein.

2.  I have selected and retained Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.  I did not purchase any security that is the subject of this action at the direction of my counsel or in order to participate in any private action arising under the federal securities laws.

4.  I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5.  My transactions in BigBear.ai Holdings, Inc. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

6.  In the past three years, I have not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws.

7.  I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Dated __06/10/2025__                    Signed _Jason Wamp (Jun 10, 2025 17:05 CDT)_
                                              Jason Wamp

Account #1 - Wells Fargo – Common Stock

| Transaction (Purchase or Sale) | Share Type | Trade Date | Quantity | Price Per Share |
|---|---|---|---|---|
| Purchase | Common Stock | 12/9/2024 | 5,000 | $4.1000 |
| Sold | Common Stock | 12/11/2024 | (4,000) | $2.7624 |
| Purchase | Common Stock | 1/2/2025 | 3,000 | $4.1600 |
| Purchase | Common Stock | 1/3/2025 | 3,000 | $4.4990 |
| Purchase | Common Stock | 1/15/2025 | 5,000 | $3.3699 |
| Purchase | Common Stock | 1/15/2025 | 4,000 | $3.3800 |
| Purchase | Common Stock | 1/15/2025 | 1,000 | $3.3699 |
| Sold | Common Stock | 1/16/2025 | (6,000) | $3.6324 |
| Sold | Common Stock | 1/16/2025 | (6,000) | $3.7600 |
| Sold | Common Stock | 1/16/2025 | (3,000) | $3.7700 |
| Sold | Common Stock | 1/16/2025 | (2,000) | $3.7150 |
| Purchase | Common Stock | 1/21/2025 | 20,000 | $4.2100 |
| Sold | Common Stock | 1/21/2025 | (7,000) | $4.4502 |
| Sold | Common Stock | 1/21/2025 | (2,500) | $4.3800 |
| Sold | Common Stock | 1/21/2025 | (2,000) | $4.3000 |
| Purchase | Common Stock | 1/22/2025 | 15,000 | $4.4500 |
| Purchase | Common Stock | 1/22/2025 | 11,228 | $4.5200 |
| Purchase | Common Stock | 1/22/2025 | 2,000 | $4.6800 |
| Purchase | Common Stock | 1/22/2025 | 1,772 | $4.5150 |
| Purchase | Common Stock | 1/22/2025 | 1,500 | $4.6450 |
| Purchase | Common Stock | 1/24/2025 | 7,000 | $4.4100 |
| Purchase | Common Stock | 1/29/2025 | 1,000 | $3.6300 |
| Sold | Common Stock | 2/4/2025 | (3,000) | $4.9450 |
| Sold | Common Stock | 2/4/2025 | (3,000) | $4.8700 |
| Sold | Common Stock | 2/4/2025 | (2,000) | $4.9550 |
| Purchase | Common Stock | 2/5/2025 | 9,400 | $5.6300 |
| Purchase | Common Stock | 2/5/2025 | 600 | $5.6250 |
| Sold | Common Stock | 2/12/2025 | (5,000) | $9.4000 |
| Sold | Common Stock | 2/12/2025 | (5,000) | $9.3800 |
| Purchase | Common Stock | 2/13/2025 | 9,000 | $9.9800 |
| Purchase | Common Stock | 2/13/2025 | 790 | $9.8650 |
| Purchase | Common Stock | 2/13/2025 | 210 | $9.8691 |
| Sold | Common Stock | 2/19/2025 | (1,000) | $8.0500 |
| Sold | Common Stock | 2/20/2025 | (450) | $7.0650 |
| Sold | Common Stock | 2/20/2025 | (50) | $7.0610 |
| Purchase | Common Stock | 2/26/2025 | 500 | $5.7850 |
| Sold | Common Stock | 3/12/2025 | (2,000) | $3.4201 |
| Sold | Common Stock | 3/12/2025 | (2,000) | $3.4400 |
| Sold | Common Stock | 3/14/2025 | (3,000) | $3.4700 |

**Account #1 - Wells Fargo – Options**

| Transaction (Purchase or Sale) | Share Type | Trade Date | Quantity | Price Per Share |
|---|---|---|---|---|
| Sold To Open | CALL BBAI 02/14/25 $8.00 | 2/6/2025 | (40) | $0.4600 |
| Bought to Close | CALL BBAI 02/14/25 $8.00 | 2/6/2025 | 22 | $0.4200 |
| Bought to Close | CALL BBAI 02/14/25 $8.00 | 2/6/2025 | 18 | $0.4500 |
| Sold To Open | CALL BBAI 02/14/25 $9.00 | 2/11/2025 | (80) | $0.6500 |
| Bought to Close | CALL BBAI 02/14/25 $9.00 | 2/11/2025 | 80 | $0.7800 |
| Sold To Open | CALL BBAI 02/21/25 $11.00 | 2/11/2025 | (80) | $0.6000 |
| Bought to Close | CALL BBAI 02/21/25 $11.00 | 2/11/2025 | 80 | $0.3000 |
| Sold to Open | CALL BBAI 02/21/25 $5.50 | 1/30/2025 | (10) | $0.1600 |
| Bought to Close | CALL BBAI 02/21/25 $5.50 | 2/3/2025 | 10 | $0.1200 |
| Sold To Open | CALL BBAI 02/21/25 $6.00 | 2/5/2025 | (50) | $0.5000 |
| Sold To Open | CALL BBAI 02/21/25 $6.00 | 2/5/2025 | (30) | $0.5300 |
| Bought to Close | CALL BBAI 02/21/25 $6.00 | 2/5/2025 | 50 | $1.4800 |
| Bought to Close | CALL BBAI 02/21/25 $6.00 | 2/6/2025 | 30 | $1.4700 |
| Sold To Open | CALL BBAI 03/07/25 $7.50 | 2/21/2025 | (300) | $0.8000 |
| Bought to Close | CALL BBAI 03/07/25 $7.50 | 2/21/2025 | 100 | $0.9000 |
| Bought to Close | CALL BBAI 03/07/25 $7.50 | 2/21/2025 | 100 | $0.8900 |
| Bought to Close | CALL BBAI 03/07/25 $7.50 | 2/21/2025 | 78 | $0.8700 |
| Bought to Close | CALL BBAI 03/07/25 $7.50 | 2/21/2025 | 22 | $0.8600 |
| Sold to Open | CALL BBAI 03/14/25 $2.00 | 3/13/2025 | (80) | $1.1500 |
| Bought to Close | CALL BBAI 03/14/25 $2.00 | 3/14/2025 | 60 | $1.4500 |
| Bought to Close | CALL BBAI 03/14/25 $2.00 | 3/14/2025 | 20 | $1.4500 |
| Sold to Open | CALL BBAI 03/14/25 $2.50 | 3/11/2025 | (200) | $0.5300 |
| Sold to Open | CALL BBAI 03/14/25 $2.50 | 3/11/2025 | (100) | $0.6000 |
| Sold to Open | CALL BBAI 03/14/25 $2.50 | 3/11/2025 | (84) | $0.6000 |
| Sold to Open | CALL BBAI 03/14/25 $2.50 | 3/11/2025 | (14) | $0.5500 |
| Bought to Close | CALL BBAI 03/14/25 $2.50 | 3/12/2025 | 223 | $0.8000 |
| Bought to Close | CALL BBAI 03/14/25 $2.50 | 3/12/2025 | 75 | $0.9500 |
| Bought to Close | CALL BBAI 03/14/25 $2.50 | 3/14/2025 | 50 | $1.0000 |
| Bought to Close | CALL BBAI 03/14/25 $2.50 | 3/14/2025 | 50 | $1.0100 |
| Sold to Open | CALL BBAI 03/14/25 $3.00 | 3/11/2025 | (16) | $0.3000 |
| Sold to Open | CALL BBAI 03/14/25 $3.00 | 3/11/2025 | (11) | $0.3000 |
| Sold to Open | CALL BBAI 03/14/25 $3.00 | 3/11/2025 | (10) | $0.3000 |
| Sold to Open | CALL BBAI 03/14/25 $3.00 | 3/11/2025 | (6) | $0.3000 |
| Sold to Open | CALL BBAI 03/14/25 $3.00 | 3/11/2025 | (5) | $0.3000 |
| Sold to Open | CALL BBAI 03/14/25 $3.00 | 3/11/2025 | (2) | $0.3000 |
| Bought to Close | CALL BBAI 03/14/25 $3.00 | 3/14/2025 | 50 | $0.4600 |

**Account #1 - Wells Fargo – Options**

| Transaction (Purchase or Sale) | Share Type | Trade Date | Quantity | Price Per Share |
|---|---|---|---|---|
| Sold To Open | CALL BBAI 03/21/25 $10.00 | 2/6/2025 | (60) | $1.0000 |
| Sold To Open | CALL BBAI 03/21/25 $10.00 | 2/6/2025 | (40) | $1.0000 |
| Sold To Open | CALL BBAI 03/21/25 $10.00 | 2/7/2025 | (30) | $1.0000 |
| Bought to Close | CALL BBAI 03/21/25 $10.00 | 2/10/2025 | 70 | $2.2000 |
| Bought to Close | CALL BBAI 03/21/25 $10.00 | 2/10/2025 | 20 | $2.0000 |
| Bought to Close | CALL BBAI 03/21/25 $10.00 | 2/11/2025 | 15 | $2.1000 |
| Bought to Close | CALL BBAI 03/21/25 $10.00 | 2/11/2025 | 14 | $2.0900 |
| Bought to Close | CALL BBAI 03/21/25 $10.00 | 2/11/2025 | 10 | $2.2100 |
| Bought to Close | CALL BBAI 03/21/25 $10.00 | 2/11/2025 | 1 | $2.1000 |
| Sold To Open | CALL BBAI 03/21/25 $11.00 | 2/7/2025 | (26) | $1.3000 |
| Sold To Open | CALL BBAI 03/21/25 $11.00 | 2/7/2025 | (24) | $1.3000 |
| Sold To Open | CALL BBAI 03/21/25 $11.00 | 2/7/2025 | (10) | $1.3000 |
| Bought to Close | CALL BBAI 03/21/25 $11.00 | 2/10/2025 | 40 | $2.2400 |
| Bought to Close | CALL BBAI 03/21/25 $11.00 | 2/10/2025 | 20 | $2.0500 |
| Sold To Open | CALL BBAI 03/21/25 $14.00 | 2/7/2025 | (50) | $1.2300 |
| Sold To Open | CALL BBAI 03/21/25 $14.00 | 2/7/2025 | (30) | $1.2500 |
| Sold To Open | CALL BBAI 03/21/25 $14.00 | 2/12/2025 | (80) | $1.0000 |
| Sold To Open | CALL BBAI 03/21/25 $14.00 | 2/12/2025 | (11) | $1.0000 |
| Bought to Close | CALL BBAI 03/21/25 $14.00 | 2/14/2025 | 71 | $0.8200 |
| Bought to Close | CALL BBAI 03/21/25 $14.00 | 2/19/2025 | 40 | $0.4800 |
| Bought to Close | CALL BBAI 03/21/25 $14.00 | 2/20/2025 | 40 | $0.2200 |
| Bought to Close | CALL BBAI 03/21/25 $14.00 | 2/20/2025 | 18 | $0.2500 |
| Bought to Close | CALL BBAI 03/21/25 $14.00 | 2/20/2025 | 2 | $0.2500 |
| Sold to Open | CALL BBAI 03/21/25 $4.50 | 1/27/2025 | (20) | $0.5400 |
| Bought to Close | CALL BBAI 03/21/25 $4.50 | 1/31/2025 | 20 | $0.8000 |
| Sold to Open | CALL BBAI 03/21/25 $5.00 | 1/27/2025 | (30) | $0.4000 |
| Bought to Close | CALL BBAI 03/21/25 $5.00 | 2/4/2025 | 30 | $0.7000 |
| Sold to Open | CALL BBAI 03/21/25 $5.50 | 1/30/2025 | (30) | $0.4000 |
| Bought to Close | CALL BBAI 03/21/25 $5.50 | 2/6/2025 | 30 | $2.3600 |
| Sold to Open | CALL BBAI 03/21/25 $6.00 | 1/23/2025 | (100) | $0.4000 |
| Sold to Open | CALL BBAI 03/21/25 $6.00 | 1/23/2025 | (70) | $0.4000 |
| Bought to Close | CALL BBAI 03/21/25 $6.00 | 2/5/2025 | 90 | $1.6100 |
| Bought to Close | CALL BBAI 03/21/25 $6.00 | 2/5/2025 | 60 | $1.5000 |
| Bought to Close | CALL BBAI 03/21/25 $6.00 | 2/5/2025 | 20 | $1.8000 |

**Account #1 - Wells Fargo – Options**

| Transaction (Purchase or Sale) | Share Type | Trade Date | Quantity | Price Per Share |
|---|---|---|---|---|
| Sold To Open | CALL BBAI 03/21/25 $8.00 | 2/5/2025 | (90) | $0.9400 |
| Sold To Open | CALL BBAI 03/21/25 $8.00 | 2/5/2025 | (25) | $0.8900 |
| Sold To Open | CALL BBAI 03/21/25 $8.00 | 2/5/2025 | (20) | $0.8700 |
| Sold To Open | CALL BBAI 03/21/25 $8.00 | 2/5/2025 | (7) | $1.0000 |
| Sold To Open | CALL BBAI 03/21/25 $8.00 | 2/5/2025 | (5) | $0.9000 |
| Sold To Open | CALL BBAI 03/21/25 $8.00 | 2/5/2025 | (3) | $0.8000 |
| Bought to Close | CALL BBAI 03/21/25 $8.00 | 2/7/2025 | 45 | $1.3000 |
| Bought to Close | CALL BBAI 03/21/25 $8.00 | 2/7/2025 | 25 | $2.7500 |
| Bought to Close | CALL BBAI 03/21/25 $8.00 | 2/7/2025 | 15 | $1.6400 |
| Bought to Close | CALL BBAI 03/21/25 $8.00 | 2/7/2025 | 10 | $1.6900 |
| Bought to Close | CALL BBAI 03/21/25 $8.00 | 2/7/2025 | 5 | $2.7000 |
| Bought to Close | CALL BBAI 03/21/25 $8.00 | 2/19/2025 | 20 | $1.5500 |
| Bought to Close | CALL BBAI 03/21/25 $8.00 | 2/19/2025 | 10 | $1.5000 |
| Bought to Close | CALL BBAI 03/21/25 $8.00 | 2/19/2025 | 10 | $1.5900 |
| Bought to Close | CALL BBAI 03/21/25 $8.00 | 2/24/2025 | 10 | $0.4700 |
| Sold To Open | CALL BBAI 03/28/25 $9.00 | 2/24/2025 | (78) | $0.5000 |
| Sold To Open | CALL BBAI 03/28/25 $9.00 | 2/24/2025 | (69) | $0.5000 |
| Sold To Open | CALL BBAI 03/28/25 $9.00 | 2/24/2025 | (50) | $0.5000 |
| Sold To Open | CALL BBAI 03/28/25 $9.00 | 2/24/2025 | (28) | $0.5000 |
| Sold To Open | CALL BBAI 03/28/25 $9.00 | 2/24/2025 | (25) | $0.5000 |
| Bought to Close | CALL BBAI 03/28/25 $9.00 | 2/24/2025 | 75 | $0.4000 |
| Bought to Close | CALL BBAI 03/28/25 $9.00 | 2/24/2025 | 75 | $0.3600 |
| Bought to Close | CALL BBAI 03/28/25 $9.00 | 2/25/2025 | 30 | $0.4000 |
| Bought to Close | CALL BBAI 03/28/25 $9.00 | 2/26/2025 | 35 | $0.3800 |
| Bought to Close | CALL BBAI 03/28/25 $9.00 | 3/11/2025 | 35 | $0.0500 |
| Sold To Open | CALL BBAI 04/17/25 $16.00 | 2/12/2025 | (10) | $1.3500 |
| Sold To Open | CALL BBAI 04/17/25 $16.00 | 2/14/2025 | (8) | $0.9500 |
| Sold To Open | CALL BBAI 04/17/25 $16.00 | 2/20/2025 | (60) | $0.3000 |
| Sold To Open | CALL BBAI 04/17/25 $16.00 | 2/20/2025 | (36) | $0.3000 |
| Sold To Open | CALL BBAI 04/17/25 $16.00 | 2/20/2025 | (3) | $0.3000 |
| Sold To Open | CALL BBAI 04/17/25 $16.00 | 2/20/2025 | (3) | $0.3000 |
| Bought to Close | CALL BBAI 04/17/25 $16.00 | 2/24/2025 | 120 | $0.1500 |
| Bought to Open | PUT BBAI 03/14/25 $3.50 | 3/12/2025 | 5 | $0.2700 |
| Bought to Open | PUT BBAI 03/14/25 $3.50 | 3/13/2025 | 85 | $0.3400 |
| Sold to Close | PUT BBAI 03/14/25 $3.50 | 3/14/2025 | (50) | $0.1000 |
| Option Expired | PUT BBAI 03/14/25 $3.50 | 3/17/2025 | (40) | $0.0000 |
| Bought to Open | PUT BBAI 03/14/25 $5.00 | 3/13/2025 | 50 | $1.8500 |
| Sold to Close | PUT BBAI 03/14/25 $5.00 | 3/14/2025 | (50) | $1.5000 |

**Account #2 - Robinhood – Options**

| Transaction (Purchase or Sale) | Share Type | Trade Date | Quantity | Price Per Share |
|---|---|---|---|---|
| Bought to Open | CALL BBAI 01/17/25 $4.00 | 12/9/2024 | 4 | $1.0000 |
| Bought to Open | CALL BBAI 12/20/24 $4.00 | 12/9/2024 | 10 | $0.8000 |
| Bought to Open | CALL BBAI 12/20/24 $4.00 | 12/9/2024 | 5 | $0.8000 |
| Sold to Close | CALL BBAI 12/20/24 $4.00 | 12/18/2024 | (8) | $0.0700 |
| Sold to Close | CALL BBAI 12/20/24 $4.00 | 12/18/2024 | (7) | $0.0700 |
| Sold to Close | CALL BBAI 01/17/25 $4.00 | 12/24/2024 | (4) | $0.3000 |
| Bought to Open | CALL BBAI 04/17/25 $5.00 | 2/4/2025 | 1 | $0.9500 |
| Bought to Open | CALL BBAI 04/17/25 $5.00 | 2/4/2025 | 2 | $0.9500 |
| Bought to Open | CALL BBAI 04/17/25 $5.00 | 2/4/2025 | 5 | $0.9500 |
| Bought to Open | CALL BBAI 04/17/25 $5.00 | 2/4/2025 | 17 | $0.9500 |
| Bought to Open | CALL BBAI 04/17/25 $5.00 | 2/4/2025 | 24 | $0.9500 |
| Bought to Open | CALL BBAI 04/17/25 $5.00 | 2/4/2025 | 9 | $0.9500 |
| Bought to Open | CALL BBAI 04/17/25 $5.00 | 2/4/2025 | 22 | $0.9500 |
| Sold to Close | CALL BBAI 04/17/25 $5.00 | 2/5/2025 | (4) | $1.5000 |
| Sold to Close | CALL BBAI 04/17/25 $5.00 | 2/5/2025 | (1) | $1.5000 |
| Sold to Close | CALL BBAI 04/17/25 $5.00 | 2/5/2025 | (11) | $1.5000 |
| Sold to Close | CALL BBAI 04/17/25 $5.00 | 2/5/2025 | (23) | $1.5000 |
| Sold to Close | CALL BBAI 04/17/25 $5.00 | 2/5/2025 | (1) | $1.5000 |
| Sold to Close | CALL BBAI 04/17/25 $5.00 | 2/5/2025 | (1) | $1.5500 |
| Sold to Close | CALL BBAI 04/17/25 $5.00 | 2/5/2025 | (1) | $1.5500 |
| Sold to Close | CALL BBAI 04/17/25 $5.00 | 2/5/2025 | (2) | $1.5500 |
| Sold to Close | CALL BBAI 04/17/25 $5.00 | 2/5/2025 | (1) | $1.5500 |
| Sold to Close | CALL BBAI 04/17/25 $5.00 | 2/5/2025 | (1) | $1.5500 |
| Sold to Close | CALL BBAI 04/17/25 $5.00 | 2/5/2025 | (4) | $2.6000 |
| Sold to Close | CALL BBAI 04/17/25 $5.00 | 2/6/2025 | (3) | $2.8500 |
| Sold to Close | CALL BBAI 04/17/25 $5.00 | 2/6/2025 | (21) | $2.8500 |
| Sold to Close | CALL BBAI 04/17/25 $5.00 | 2/6/2025 | (2) | $2.8500 |
| Sold to Close | CALL BBAI 04/17/25 $5.00 | 2/6/2025 | (2) | $2.8500 |
| Sold to Close | CALL BBAI 04/17/25 $5.00 | 2/6/2025 | (2) | $2.8500 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/7/2025 | 2 | $1.6000 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/7/2025 | 1 | $1.6000 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/7/2025 | 2 | $1.6000 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/7/2025 | 4 | $1.6000 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/7/2025 | 2 | $1.6000 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/7/2025 | 2 | $1.6000 |

**Account #2 - Robinhood – Options**

| Transaction (Purchase or Sale) | Share Type | Trade Date | Quantity | Price Per Share |
|---|---|---|---|---|
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/7/2025 | 2 | $1.6000 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/7/2025 | 2 | $1.6000 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/7/2025 | 23 | $1.5700 |
| Sold to Close | CALL BBAI 03/21/25 $7.00 | 2/7/2025 | (2) | $2.7000 |
| Sold to Close | CALL BBAI 03/21/25 $7.00 | 2/7/2025 | (3) | $2.7000 |
| Sold to Close | CALL BBAI 03/21/25 $7.00 | 2/7/2025 | (6) | $2.7000 |
| Sold to Close | CALL BBAI 03/21/25 $7.00 | 2/7/2025 | (8) | $2.7000 |
| Sold to Close | CALL BBAI 03/21/25 $7.00 | 2/7/2025 | (1) | $2.7000 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/10/2025 | 8 | $3.1000 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/10/2025 | 5 | $3.1000 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/10/2025 | 1 | $3.1000 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/12/2025 | 4 | $2.4000 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/12/2025 | 1 | $2.4000 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/12/2025 | 1 | $2.4000 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/14/2025 | 3 | $2.8500 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/14/2025 | 4 | $2.8500 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/14/2025 | 1 | $2.8500 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/14/2025 | 12 | $2.8000 |
| Bought to Open | CALL BBAI 03/21/25 $7.00 | 2/18/2025 | 10 | $2.3000 |
| Bought to Open | CALL BBAI 02/21/25 $8.50 | 2/18/2025 | 17 | $0.7900 |
| Option Expiration | CALL BBAI 02/21/25 $8.50 | 2/24/2025 | (17) | $0.0000 |
| Option Expiration | CALL BBAI 03/21/25 $7.00 | 3/24/2025 | (70) | $0.0000 |