# EXHIBIT C

**BigBear.ai Holdings, Inc.**
**Class Period: March 31, 2022 - March 25, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Name | Purchase Date | Security | Shares | Price | Amount | Sales Date | Security | Shares | Price | Amount | Net Shares Retained | Net Funds Expended | 90-Days* Mean Price $3.3238 Estimated Value | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | | | | |
| **Account #1 - Wells Fargo - Common Stock** | | | (101,000) | | ($499,620.40) | | | 59,000 | | $293,812.90 | (42,000) | ($205,807.50) | ($31,004.58) | ($65,542.08) |
| **Account #1 - Wells Fargo - Options** | | | | | ($233,110.00) | | | | | $162,765.00 | | ($70,345.00) | | ($70,345.00) |
| **Account #2 - Robinhood - Options** | | | | | ($30,594.00) | | | | | $22,145.00 | | ($8,449.00) | | ($8,449.00) |
| **Jason Wamp Account Totals** | | | **(101,000)** | | **($763,324.40)** | | | **59,000** | | **$478,722.90** | **(42,000)** | **($284,601.50)** | | **($144,336.08)** |
| | | | | | | | | | | | | | | |
| **Account #1 - Wells Fargo - Common Stock** | | | | | | | | | | | | | | |
| | 12/9/2024 | Common Stock | (5,000) | $4.1000 | ($20,500.00) | | | | | | | | | |
| | | | | | | 12/11/2024 | Common Stock | 4,000 | $2.7624 | $11,049.60 | | | | ($5,350.40) |
| | 1/2/2025 | Common Stock | (3,000) | $4.1600 | ($12,480.00) | | | | | | | | | |
| | 1/3/2025 | Common Stock | (3,000) | $4.4990 | ($13,497.00) | | | | | | | | | |
| | 1/15/2025 | Common Stock | (5,000) | $3.3699 | ($16,849.50) | | | | | | | | | |
| | 1/15/2025 | Common Stock | (4,000) | $3.3800 | ($13,520.00) | | | | | | | | | |
| | 1/15/2025 | Common Stock | (1,000) | $3.3699 | ($3,369.90) | | | | | | | | | |
| | | | | | | 1/16/2025 | Common Stock | 6,000 | $3.6324 | $21,794.40 | | | | |
| | | | | | | 1/16/2025 | Common Stock | 6,000 | $3.7600 | $22,560.00 | | | | |
| | | | | | | 1/16/2025 | Common Stock | 3,000 | $3.7700 | $11,310.00 | | | | |
| | | | | | | 1/16/2025 | Common Stock | 2,000 | $3.7150 | $7,430.00 | | | | ($722.00) |
| | | | | | | 1/21/2025 | Common Stock | 7,000 | $4.4502 | $31,151.40 | | | | |
| | | | | | | 1/21/2025 | Common Stock | 2,500 | $4.3800 | $10,950.00 | | | | |
| | 1/21/2025 | Common Stock | (20,000) | $4.2100 | ($84,200.00) | | | | | | | | | |
| | | | | | | 1/21/2025 | Common Stock | 2,000 | $4.3000 | $8,600.00 | | | | $2,286.40 |
| | 1/22/2025 | Common Stock | (15,000) | $4.4500 | ($66,750.00) | | | | | | | | | |
| | 1/22/2025 | Common Stock | (11,228) | $4.5200 | ($50,750.56) | | | | | | | | | |
| | 1/22/2025 | Common Stock | (2,000) | $4.6800 | ($9,360.00) | | | | | | | | | |
| | 1/22/2025 | Common Stock | (1,772) | $4.5150 | ($8,000.58) | | | | | | | | | |
| | 1/22/2025 | Common Stock | (1,500) | $4.6450 | ($6,967.50) | | | | | | | | | |
| | 1/24/2025 | Common Stock | (7,000) | $4.4100 | ($30,870.00) | | | | | | | | | |
| | 1/29/2025 | Common Stock | (1,000) | $3.6300 | ($3,630.00) | | | | | | | | | |
| | | | | | | 2/4/2025 | Common Stock | 3,000 | $4.9450 | $14,835.00 | | | | |
| | | | | | | 2/4/2025 | Common Stock | 3,000 | $4.8700 | $14,610.00 | | | | |
| | | | | | | 2/4/2025 | Common Stock | 2,000 | $4.9550 | $9,910.00 | | | | $4,855.00 |
| | 2/5/2025 | Common Stock | (9,400) | $5.6300 | ($52,922.00) | | | | | | | | | |
| | 2/5/2025 | Common Stock | (600) | $5.6250 | ($3,375.00) | | | | | | | | | |
| | | | | | | 2/12/2025 | Common Stock | 5,000 | $9.4000 | $47,000.00 | | | | |
| | | | | | | 2/12/2025 | Common Stock | 5,000 | $9.3800 | $46,900.00 | | | | $37,603.00 |
| | 2/13/2025 | Common Stock | (9,000) | $9.9800 | ($89,820.00) | | | | | | | | | |
| | 2/13/2025 | Common Stock | (790) | $9.8650 | ($7,793.35) | | | | | | | | | |
| | 2/13/2025 | Common Stock | (210) | $9.8691 | ($2,072.51) | | | | | | | | | |
| | | | | | | 2/19/2025 | Common Stock | 1,000 | $8.0500 | $8,050.00 | | | | |
| | | | | | | 2/20/2025 | Common Stock | 450 | $7.0650 | $3,179.25 | | | | |
| | | | | | | 2/20/2025 | Common Stock | 50 | $7.0610 | $353.05 | | | | ($3,273.56) |
| | 2/26/2025 | Common Stock | (500) | $5.7850 | ($2,892.50) | | | | | | | | | |
| | | | | | | 3/12/2025 | Common Stock | 2,000 | $3.4201 | $6,840.20 | | | | |
| | | | | | | 3/12/2025 | Common Stock | 2,000 | $3.4400 | $6,880.00 | | | | |
| | | | | | | 3/14/2025 | Common Stock | 3,000 | $3.4700 | $10,410.00 | | | | ($43,632.30) |

| | **Post Class Period Purchases** | | | | | | **Post Class Period Sales** | | | | | | **90-Days** Mean Price** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3/26/2025 | Common Stock | (3,000) | $3.2650 | ($9,795.00) | | | | | | | | | |
| | | | | | | 3/26/2025 | Common Stock | 16,000 | $3.3750 | $54,000.00 | | | $3.1900 | ($26,303.64) |

*Avg Closing Prices from March 26, 2025 - June 10, 2025
**Avg Closing Prices from March 26, 2025 - March 26, 2025

**Account #1 - Wells Fargo - Options**

| | Transaction | Date | Security | Contracts | Price | Amount | | Transaction | Date | Security | Contracts | Price | Amount | | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sold To Open | 2/6/2025 | CALL BBAI 02/14/25 $8.00 | 40 | $0.4600 | $1,840.00 | | | | | | | | | |
| | | | | | | | | Bought to Close | 2/6/2025 | CALL BBAI 02/14/25 $8.00 | (22) | $0.4200 | ($924.00) | |
| | | | | | | | | Bought to Close | 2/6/2025 | CALL BBAI 02/14/25 $8.00 | (18) | $0.4500 | ($810.00) | $106.00 |
| | Sold To Open | 2/11/2025 | CALL BBAI 02/14/25 $9.00 | 80 | $0.6500 | $5,200.00 | | | | | | | | | |
| | | | | | | | | Bought to Close | 2/11/2025 | CALL BBAI 02/14/25 $9.00 | (80) | $0.7800 | ($6,240.00) | ($1,040.00) |
| | Sold To Open | 2/11/2025 | CALL BBAI 02/21/25 $11.00 | 80 | $0.6000 | $4,800.00 | | | | | | | | | |
| | | | | | | | | Bought to Close | 2/11/2025 | CALL BBAI 02/21/25 $11.00 | (80) | $0.3000 | ($2,400.00) | $2,400.00 |
| | Sold to Open | 1/30/2025 | CALL BBAI 02/21/25 $5.50 | 10 | $0.1600 | $160.00 | | | | | | | | | |
| | | | | | | | | Bought to Close | 2/3/2025 | CALL BBAI 02/21/25 $5.50 | (10) | $0.1200 | ($120.00) | $40.00 |
| | Sold To Open | 2/5/2025 | CALL BBAI 02/21/25 $6.00 | 50 | $0.5000 | $2,500.00 | | | | | | | | | |
| | Sold To Open | 2/5/2025 | CALL BBAI 02/21/25 $6.00 | 30 | $0.5300 | $1,590.00 | | | | | | | | | |
| | | | | | | | | Bought to Close | 2/5/2025 | CALL BBAI 02/21/25 $6.00 | (50) | $1.4800 | ($7,400.00) | |
| | | | | | | | | Bought to Close | 2/6/2025 | CALL BBAI 02/21/25 $6.00 | (30) | $1.4700 | ($4,410.00) | ($7,720.00) |
| | Sold To Open | 2/21/2025 | CALL BBAI 03/07/25 $7.50 | 300 | $0.8000 | $24,000.00 | | | | | | | | | |
| | | | | | | | | Bought to Close | 2/21/2025 | CALL BBAI 03/07/25 $7.50 | (100) | $0.9000 | ($9,000.00) | |
| | | | | | | | | Bought to Close | 2/21/2025 | CALL BBAI 03/07/25 $7.50 | (100) | $0.8900 | ($8,900.00) | |
| | | | | | | | | Bought to Close | 2/21/2025 | CALL BBAI 03/07/25 $7.50 | (78) | $0.8700 | ($6,786.00) | |
| | | | | | | | | Bought to Close | 2/21/2025 | CALL BBAI 03/07/25 $7.50 | (22) | $0.8600 | ($1,892.00) | ($2,578.00) |
| | Sold to Open | 3/13/2025 | CALL BBAI 03/14/25 $2.00 | 80 | $1.1500 | $9,200.00 | | | | | | | | | |
| | | | | | | | | Bought to Close | 3/14/2025 | CALL BBAI 03/14/25 $2.00 | (60) | $1.4500 | ($8,700.00) | |
| | | | | | | | | Bought to Close | 3/14/2025 | CALL BBAI 03/14/25 $2.00 | (20) | $1.4500 | ($2,900.00) | ($2,400.00) |
| | Sold to Open | 3/11/2025 | CALL BBAI 03/14/25 $2.50 | 200 | $0.5300 | $10,600.00 | | | | | | | | | |
| | Sold to Open | 3/11/2025 | CALL BBAI 03/14/25 $2.50 | 100 | $0.6000 | $6,000.00 | | | | | | | | | |
| | Sold to Open | 3/11/2025 | CALL BBAI 03/14/25 $2.50 | 84 | $0.6000 | $5,040.00 | | | | | | | | | |
| | Sold to Open | 3/11/2025 | CALL BBAI 03/14/25 $2.50 | 14 | $0.5500 | $770.00 | | | | | | | | | |
| | | | | | | | | Bought to Close | 3/12/2025 | CALL BBAI 03/14/25 $2.50 | (223) | $0.8000 | ($17,840.00) | |
| | | | | | | | | Bought to Close | 3/12/2025 | CALL BBAI 03/14/25 $2.50 | (75) | $0.9500 | ($7,125.00) | |
| | | | | | | | | Bought to Close | 3/14/2025 | CALL BBAI 03/14/25 $2.50 | (50) | $1.0000 | ($5,000.00) | |
| | | | | | | | | Bought to Close | 3/14/2025 | CALL BBAI 03/14/25 $2.50 | (50) | $1.0100 | ($5,050.00) | ($12,605.00) |
| | Sold to Open | 3/11/2025 | CALL BBAI 03/14/25 $3.00 | 16 | $0.3000 | $480.00 | | | | | | | | | |
| | Sold to Open | 3/11/2025 | CALL BBAI 03/14/25 $3.00 | 11 | $0.3000 | $330.00 | | | | | | | | | |
| | Sold to Open | 3/11/2025 | CALL BBAI 03/14/25 $3.00 | 10 | $0.3000 | $300.00 | | | | | | | | | |
| | Sold to Open | 3/11/2025 | CALL BBAI 03/14/25 $3.00 | 6 | $0.3000 | $180.00 | | | | | | | | | |
| | Sold to Open | 3/11/2025 | CALL BBAI 03/14/25 $3.00 | 5 | $0.3000 | $150.00 | | | | | | | | | |
| | Sold to Open | 3/11/2025 | CALL BBAI 03/14/25 $3.00 | 2 | $0.3000 | $60.00 | | | | | | | | | |
| | | | | | | | | Bought to Close | 3/14/2025 | CALL BBAI 03/14/25 $3.00 | (50) | $0.4600 | ($2,300.00) | ($800.00) |
| | Sold To Open | 2/6/2025 | CALL BBAI 03/21/25 $10.00 | 60 | $1.0000 | $6,000.00 | | | | | | | | | |
| | Sold To Open | 2/6/2025 | CALL BBAI 03/21/25 $10.00 | 40 | $1.0000 | $4,000.00 | | | | | | | | | |
| | Sold To Open | 2/7/2025 | CALL BBAI 03/21/25 $10.00 | 30 | $1.0000 | $3,000.00 | | | | | | | | | |
| | | | | | | | | Bought to Close | 2/10/2025 | CALL BBAI 03/21/25 $10.00 | (70) | $2.2000 | ($15,400.00) | |
| | | | | | | | | Bought to Close | 2/10/2025 | CALL BBAI 03/21/25 $10.00 | (20) | $2.0000 | ($4,000.00) | |
| | | | | | | | | Bought to Close | 2/11/2025 | CALL BBAI 03/21/25 $10.00 | (15) | $2.1000 | ($3,150.00) | |
| | | | | | | | | Bought to Close | 2/11/2025 | CALL BBAI 03/21/25 $10.00 | (14) | $2.0900 | ($2,926.00) | |
| | | | | | | | | Bought to Close | 2/11/2025 | CALL BBAI 03/21/25 $10.00 | (10) | $2.2100 | ($2,210.00) | |
| | | | | | | | | Bought to Close | 2/11/2025 | CALL BBAI 03/21/25 $10.00 | (1) | $2.1000 | ($210.00) | ($14,896.00) |
| | Sold To Open | 2/7/2025 | CALL BBAI 03/21/25 $11.00 | 26 | $1.3000 | $3,380.00 | | | | | | | | | |
| | Sold To Open | 2/7/2025 | CALL BBAI 03/21/25 $11.00 | 24 | $1.3000 | $3,120.00 | | | | | | | | | |
| | Sold To Open | 2/7/2025 | CALL BBAI 03/21/25 $11.00 | 10 | $1.3000 | $1,300.00 | | | | | | | | | |
| | | | | | | | | Bought to Close | 2/10/2025 | CALL BBAI 03/21/25 $11.00 | (40) | $2.2400 | ($8,960.00) | |
| | | | | | | | | Bought to Close | 2/10/2025 | CALL BBAI 03/21/25 $11.00 | (20) | $2.0500 | ($4,100.00) | ($5,260.00) |
| | Sold To Open | 2/7/2025 | CALL BBAI 03/21/25 $14.00 | 50 | $1.2300 | $6,150.00 | | | | | | | | | |
| | Sold To Open | 2/7/2025 | CALL BBAI 03/21/25 $14.00 | 30 | $1.2500 | $3,750.00 | | | | | | | | | |
| | Sold To Open | 2/12/2025 | CALL BBAI 03/21/25 $14.00 | 80 | $1.0000 | $8,000.00 | | | | | | | | | |
| | Sold To Open | 2/12/2025 | CALL BBAI 03/21/25 $14.00 | 11 | $1.0000 | $1,100.00 | | | | | | | | | |
| | | | | | | | | Bought to Close | 2/14/2025 | CALL BBAI 03/21/25 $14.00 | (71) | $0.8200 | ($5,822.00) | |
| | | | | | | | | Bought to Close | 2/19/2025 | CALL BBAI 03/21/25 $14.00 | (40) | $0.4800 | ($1,920.00) | |
| | | | | | | | | Bought to Close | 2/20/2025 | CALL BBAI 03/21/25 $14.00 | (40) | $0.2200 | ($880.00) | |
| | | | | | | | | Bought to Close | 2/20/2025 | CALL BBAI 03/21/25 $14.00 | (18) | $0.2500 | ($450.00) | |
| | | | | | | | | Bought to Close | 2/20/2025 | CALL BBAI 03/21/25 $14.00 | (2) | $0.2500 | ($50.00) | $9,878.00 |
| | Sold to Open | 1/27/2025 | CALL BBAI 03/21/25 $4.50 | 20 | $0.5400 | $1,080.00 | | | | | | | | | |
| | | | | | | | | Bought to Close | 1/31/2025 | CALL BBAI 03/21/25 $4.50 | (20) | $0.8000 | ($1,600.00) | ($520.00) |
| | Sold to Open | 1/27/2025 | CALL BBAI 03/21/25 $5.00 | 30 | $0.4000 | $1,200.00 | | | | | | | | | |
| | | | | | | | | Bought to Close | 2/4/2025 | CALL BBAI 03/21/25 $5.00 | (30) | $0.7000 | ($2,100.00) | ($900.00) |
| | Sold to Open | 1/30/2025 | CALL BBAI 03/21/25 $5.50 | 30 | $0.4000 | $1,200.00 | | | | | | | | | |
| | | | | | | | | Bought to Close | 2/6/2025 | CALL BBAI 03/21/25 $5.50 | (30) | $2.3600 | ($7,080.00) | ($5,880.00) |
| | Sold to Open | 1/23/2025 | CALL BBAI 03/21/25 $6.00 | 100 | $0.4000 | $4,000.00 | | | | | | | | | |
| | Sold to Open | 1/23/2025 | CALL BBAI 03/21/25 $6.00 | 70 | $0.4000 | $2,800.00 | | | | | | | | | |
| | | | | | | | | Bought to Close | 2/5/2025 | CALL BBAI 03/21/25 $6.00 | (90) | $1.6100 | ($14,490.00) | |
| | | | | | | | | Bought to Close | 2/5/2025 | CALL BBAI 03/21/25 $6.00 | (60) | $1.5000 | ($9,000.00) | |
| | | | | | | | | Bought to Close | 2/5/2025 | CALL BBAI 03/21/25 $6.00 | (20) | $1.8000 | ($3,600.00) | ($20,290.00) |

| Action | Date | Description | Qty | Price | Amount | Action | Date | Description | Qty | Price | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sold To Open | 2/5/2025 | CALL BBAI 03/21/25 $8.00 | 90 | $0.9400 | $8,460.00 | | | | | | | |
| Sold To Open | 2/5/2025 | CALL BBAI 03/21/25 $8.00 | 25 | $0.8900 | $2,225.00 | | | | | | | |
| Sold To Open | 2/5/2025 | CALL BBAI 03/21/25 $8.00 | 20 | $0.8700 | $1,740.00 | | | | | | | |
| Sold To Open | 2/5/2025 | CALL BBAI 03/21/25 $8.00 | 7 | $1.0000 | $700.00 | | | | | | | |
| Sold To Open | 2/5/2025 | CALL BBAI 03/21/25 $8.00 | 5 | $0.9000 | $450.00 | | | | | | | |
| Sold To Open | 2/5/2025 | CALL BBAI 03/21/25 $8.00 | 3 | $0.8000 | $240.00 | Bought to Close | 2/7/2025 | CALL BBAI 03/21/25 $8.00 | (45) | $1.3000 | ($5,850.00) | |
| | | | | | | Bought to Close | 2/7/2025 | CALL BBAI 03/21/25 $8.00 | (25) | $2.7500 | ($6,875.00) | |
| | | | | | | Bought to Close | 2/7/2025 | CALL BBAI 03/21/25 $8.00 | (15) | $1.6400 | ($2,460.00) | |
| | | | | | | Bought to Close | 2/7/2025 | CALL BBAI 03/21/25 $8.00 | (10) | $1.6900 | ($1,690.00) | |
| | | | | | | Bought to Close | 2/7/2025 | CALL BBAI 03/21/25 $8.00 | (5) | $2.7000 | ($1,350.00) | |
| | | | | | | Bought to Close | 2/19/2025 | CALL BBAI 03/21/25 $8.00 | (20) | $1.5500 | ($3,100.00) | |
| | | | | | | Bought to Close | 2/19/2025 | CALL BBAI 03/21/25 $8.00 | (10) | $1.5000 | ($1,500.00) | |
| | | | | | | Bought to Close | 2/19/2025 | CALL BBAI 03/21/25 $8.00 | (10) | $1.5900 | ($1,590.00) | |
| | | | | | | Bought to Close | 2/24/2025 | CALL BBAI 03/21/25 $8.00 | (10) | $0.4700 | ($470.00) | ($11,070.00) |
| Sold To Open | 2/24/2025 | CALL BBAI 03/28/25 $9.00 | 78 | $0.5000 | $3,900.00 | | | | | | | |
| Sold To Open | 2/24/2025 | CALL BBAI 03/28/25 $9.00 | 69 | $0.5000 | $3,450.00 | | | | | | | |
| Sold To Open | 2/24/2025 | CALL BBAI 03/28/25 $9.00 | 50 | $0.5000 | $2,500.00 | | | | | | | |
| Sold To Open | 2/24/2025 | CALL BBAI 03/28/25 $9.00 | 28 | $0.5000 | $1,400.00 | | | | | | | |
| Sold To Open | 2/24/2025 | CALL BBAI 03/28/25 $9.00 | 25 | $0.5000 | $1,250.00 | Bought to Close | 2/24/2025 | CALL BBAI 03/28/25 $9.00 | (75) | $0.4000 | ($3,000.00) | |
| | | | | | | Bought to Close | 2/24/2025 | CALL BBAI 03/28/25 $9.00 | (75) | $0.3600 | ($2,700.00) | |
| | | | | | | Bought to Close | 2/25/2025 | CALL BBAI 03/28/25 $9.00 | (30) | $0.4000 | ($1,200.00) | |
| | | | | | | Bought to Close | 2/26/2025 | CALL BBAI 03/28/25 $9.00 | (35) | $0.3800 | ($1,330.00) | |
| | | | | | | Bought to Close | 3/11/2025 | CALL BBAI 03/28/25 $9.00 | (35) | $0.0500 | ($175.00) | $4,095.00 |
| Sold To Open | 2/12/2025 | CALL BBAI 04/17/25 $16.00 | 10 | $1.3500 | $1,350.00 | | | | | | | |
| Sold To Open | 2/14/2025 | CALL BBAI 04/17/25 $16.00 | 8 | $0.9500 | $760.00 | | | | | | | |
| Sold To Open | 2/20/2025 | CALL BBAI 04/17/25 $16.00 | 60 | $0.3000 | $1,800.00 | | | | | | | |
| Sold To Open | 2/20/2025 | CALL BBAI 04/17/25 $16.00 | 36 | $0.3000 | $1,080.00 | | | | | | | |
| Sold To Open | 2/20/2025 | CALL BBAI 04/17/25 $16.00 | 3 | $0.3000 | $90.00 | | | | | | | |
| Sold To Open | 2/20/2025 | CALL BBAI 04/17/25 $16.00 | 3 | $0.3000 | $90.00 | Bought to Close | 2/24/2025 | CALL BBAI 04/17/25 $16.00 | (120) | $0.1500 | ($1,800.00) | $3,370.00 |
| Bought to Open | 3/12/2025 | PUT BBAI 03/14/25 $3.50 | (5) | $0.2700 | ($135.00) | | | | | | | |
| Bought to Open | 3/13/2025 | PUT BBAI 03/14/25 $3.50 | (85) | $0.3400 | ($2,890.00) | Sold to Close | 3/14/2025 | PUT BBAI 03/14/25 $3.50 | 50 | $0.1000 | $500.00 | |
| | | | | | | Option Expired | 3/17/2025 | PUT BBAI 03/14/25 $3.50 | 40 | $0.0000 | $0.00 | ($2,525.00) |
| Bought to Open | 3/13/2025 | PUT BBAI 03/14/25 $5.00 | (50) | $1.8500 | ($9,250.00) | Sold to Close | 3/14/2025 | PUT BBAI 03/14/25 $5.00 | 50 | $1.5000 | $7,500.00 | ($1,750.00) |

**Account #2 - Robinhood - Options**

| Action | Date | Description | Qty | Price | Amount | Action | Date | Description | Qty | Price | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bought to Open | 12/9/2024 | CALL BBAI 01/17/25 $4.00 | (4) | $1.0000 | ($400.00) | | | | | | | |
| Bought to Open | 12/9/2024 | CALL BBAI 12/20/24 $4.00 | (10) | $0.8000 | ($800.00) | | | | | | | |
| Bought to Open | 12/9/2024 | CALL BBAI 12/20/24 $4.00 | (5) | $0.8000 | ($400.00) | Sold to Close | 12/18/2024 | CALL BBAI 12/20/24 $4.00 | 8 | $0.0700 | $56.00 | |
| | | | | | | Sold to Close | 12/18/2024 | CALL BBAI 12/20/24 $4.00 | 7 | $0.0700 | $49.00 | ($1,095.00) |
| | | | | | | Sold to Close | 12/24/2024 | CALL BBAI 01/17/25 $4.00 | 4 | $0.3000 | $120.00 | ($280.00) |
| Bought to Open | 2/4/2025 | CALL BBAI 04/17/25 $5.00 | (1) | $0.9500 | ($95.00) | | | | | | | |
| Bought to Open | 2/4/2025 | CALL BBAI 04/17/25 $5.00 | (2) | $0.9500 | ($190.00) | | | | | | | |
| Bought to Open | 2/4/2025 | CALL BBAI 04/17/25 $5.00 | (5) | $0.9500 | ($475.00) | | | | | | | |
| Bought to Open | 2/4/2025 | CALL BBAI 04/17/25 $5.00 | (17) | $0.9500 | ($1,615.00) | | | | | | | |
| Bought to Open | 2/4/2025 | CALL BBAI 04/17/25 $5.00 | (24) | $0.9500 | ($2,280.00) | | | | | | | |
| Bought to Open | 2/4/2025 | CALL BBAI 04/17/25 $5.00 | (9) | $0.9500 | ($855.00) | | | | | | | |
| Bought to Open | 2/4/2025 | CALL BBAI 04/17/25 $5.00 | (22) | $0.9500 | ($2,090.00) | Sold to Close | 2/5/2025 | CALL BBAI 04/17/25 $5.00 | 4 | $1.5000 | $600.00 | |
| | | | | | | Sold to Close | 2/5/2025 | CALL BBAI 04/17/25 $5.00 | 1 | $1.5000 | $150.00 | |
| | | | | | | Sold to Close | 2/5/2025 | CALL BBAI 04/17/25 $5.00 | 11 | $1.5000 | $1,650.00 | |
| | | | | | | Sold to Close | 2/5/2025 | CALL BBAI 04/17/25 $5.00 | 23 | $1.5000 | $3,450.00 | |
| | | | | | | Sold to Close | 2/5/2025 | CALL BBAI 04/17/25 $5.00 | 1 | $1.5000 | $150.00 | |
| | | | | | | Sold to Close | 2/5/2025 | CALL BBAI 04/17/25 $5.00 | 1 | $1.5500 | $155.00 | |
| | | | | | | Sold to Close | 2/5/2025 | CALL BBAI 04/17/25 $5.00 | 1 | $1.5500 | $155.00 | |
| | | | | | | Sold to Close | 2/5/2025 | CALL BBAI 04/17/25 $5.00 | 2 | $1.5500 | $310.00 | |
| | | | | | | Sold to Close | 2/5/2025 | CALL BBAI 04/17/25 $5.00 | 1 | $1.5500 | $155.00 | |
| | | | | | | Sold to Close | 2/5/2025 | CALL BBAI 04/17/25 $5.00 | 1 | $1.5500 | $155.00 | |
| | | | | | | Sold to Close | 2/5/2025 | CALL BBAI 04/17/25 $5.00 | 4 | $2.6000 | $1,040.00 | |
| | | | | | | Sold to Close | 2/6/2025 | CALL BBAI 04/17/25 $5.00 | 3 | $2.8500 | $855.00 | |
| | | | | | | Sold to Close | 2/6/2025 | CALL BBAI 04/17/25 $5.00 | 21 | $2.8500 | $5,985.00 | |
| | | | | | | Sold to Close | 2/6/2025 | CALL BBAI 04/17/25 $5.00 | 2 | $2.8500 | $570.00 | |
| | | | | | | Sold to Close | 2/6/2025 | CALL BBAI 04/17/25 $5.00 | 2 | $2.8500 | $570.00 | |
| | | | | | | Sold to Close | 2/6/2025 | CALL BBAI 04/17/25 $5.00 | 2 | $2.8500 | $570.00 | $8,920.00 |
| Bought to Open | 2/7/2025 | CALL BBAI 03/21/25 $7.00 | (2) | $1.6000 | ($320.00) | | | | | | | |
| Bought to Open | 2/7/2025 | CALL BBAI 03/21/25 $7.00 | (1) | $1.6000 | ($160.00) | | | | | | | |
| Bought to Open | 2/7/2025 | CALL BBAI 03/21/25 $7.00 | (2) | $1.6000 | ($320.00) | | | | | | | |
| Bought to Open | 2/7/2025 | CALL BBAI 03/21/25 $7.00 | (4) | $1.6000 | ($640.00) | | | | | | | |
| Bought to Open | 2/7/2025 | CALL BBAI 03/21/25 $7.00 | (2) | $1.6000 | ($320.00) | | | | | | | |
| Bought to Open | 2/7/2025 | CALL BBAI 03/21/25 $7.00 | (2) | $1.6000 | ($320.00) | | | | | | | |
| Bought to Open | 2/7/2025 | CALL BBAI 03/21/25 $7.00 | (2) | $1.6000 | ($320.00) | | | | | | | |
| Bought to Open | 2/7/2025 | CALL BBAI 03/21/25 $7.00 | (2) | $1.6000 | ($320.00) | | | | | | | |
| Bought to Open | 2/7/2025 | CALL BBAI 03/21/25 $7.00 | (23) | $1.5700 | ($3,611.00) | Sold to Close | 2/7/2025 | CALL BBAI 03/21/25 $7.00 | 2 | $2.7000 | $540.00 | |
| | | | | | | Sold to Close | 2/7/2025 | CALL BBAI 03/21/25 $7.00 | 3 | $2.7000 | $810.00 | |
| | | | | | | Sold to Close | 2/7/2025 | CALL BBAI 03/21/25 $7.00 | 6 | $2.7000 | $1,620.00 | |
| | | | | | | Sold to Close | 2/7/2025 | CALL BBAI 03/21/25 $7.00 | 8 | $2.7000 | $2,160.00 | |
| | | | | | | Sold to Close | 2/7/2025 | CALL BBAI 03/21/25 $7.00 | 1 | $2.7000 | $270.00 | $2,260.00 |
| Bought to Open | 2/10/2025 | CALL BBAI 03/21/25 $7.00 | (8) | $3.1000 | ($2,480.00) | | | | | | | |
| Bought to Open | 2/10/2025 | CALL BBAI 03/21/25 $7.00 | (5) | $3.1000 | ($1,550.00) | | | | | | | |
| Bought to Open | 2/10/2025 | CALL BBAI 03/21/25 $7.00 | (1) | $3.1000 | ($310.00) | | | | | | | |
| Bought to Open | 2/12/2025 | CALL BBAI 03/21/25 $7.00 | (4) | $2.4000 | ($960.00) | | | | | | | |
| Bought to Open | 2/12/2025 | CALL BBAI 03/21/25 $7.00 | (1) | $2.4000 | ($240.00) | | | | | | | |
| Bought to Open | 2/12/2025 | CALL BBAI 03/21/25 $7.00 | (1) | $2.4000 | ($240.00) | | | | | | | |
| Bought to Open | 2/14/2025 | CALL BBAI 03/21/25 $7.00 | (3) | $2.8500 | ($855.00) | | | | | | | |
| Bought to Open | 2/14/2025 | CALL BBAI 03/21/25 $7.00 | (4) | $2.8500 | ($1,140.00) | | | | | | | |
| Bought to Open | 2/14/2025 | CALL BBAI 03/21/25 $7.00 | (1) | $2.8500 | ($285.00) | | | | | | | |
| Bought to Open | 2/14/2025 | CALL BBAI 03/21/25 $7.00 | (12) | $2.8000 | ($3,360.00) | | | | | | | |
| Bought to Open | 2/18/2025 | CALL BBAI 03/21/25 $7.00 | (10) | $2.3000 | ($2,300.00) | | | | | | | |
| Bought to Open | 2/18/2025 | CALL BBAI 02/21/25 $8.50 | (17) | $0.7900 | ($1,343.00) | Option Expiration | 2/24/2025 | CALL BBAI 02/21/25 $8.50 | 17 | $0.0000 | $0.00 | ($1,343.00) |
| | | | | | | Option Expiration | 3/24/2025 | CALL BBAI 03/21/25 $7.00 | 70 | $0.0000 | $0.00 | ($16,911.00) |

*LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale. These transactions are matched together by quantity purchased/sold in order to determine the gain/loss from the transactions, which is done by

**Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.