# EXHIBIT D

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

SEAN PRIEWE, Individually and on Behalf of
All Others Similarly Situated,

                    Plaintiff,

       v.

BIGBEAR.AI HOLDINGS, INC., LOUIS R.
BROTHERS, AMANDA LONG, KEVIN
MCALEENAN, JOSHUA KINLEY, and
JULIE A. PEFFER,

                    Defendants.

Case No: 1:25-cv-00623-PTG-WEF

**DECLARATION OF JASON WAMP IN SUPPORT OF HIS MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL
AND LIAISON COUNSEL**

I, Jason Wamp, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I respectfully submit this Declaration in Support of my Motion for Appointment as Lead Plaintiff and Approval of Lead and Liaison Counsel in the instant class actions on behalf of investors in BigBear.ai Holdings, Inc. ("BigBear" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA.

2. I am a United States citizen and reside in Houston, Texas.

3. I attended the University of Western Michigan and graduated with a degree in economics.

4. I am the owner and manager of LJR Oilfield Well Service and Mud Pumps. I have owned and operated this business for approximately 20 years.

5. I have been investing in the stock market for approximately 20 years and manage my own investments.

6. I believe the securities class action against defendants BigBear, Louis R. Brothers, Amanda Long, Kevin McAleenan, Joshua Kinley, and Julie A. Peffer is meritorious and should be led by an investor who is committed to maximizing the recovery on behalf of the class. I traded in BigBear securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am motivated to recover my losses for my benefit and the benefit of all members of the Class. It is for this reason that I decided to seek appointment as Lead Plaintiff in the action. I understand the responsibilities and duties of being Lead Plaintiff, including my fiduciary duties to the class.

7. I understand and appreciate a Lead Plaintiff's obligation under the PSLRA to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently. I have fulfilled this responsibility by selecting and retaining counsel with a proven history of handling this type of complex litigation. In this case, I have selected Faruqi & Faruqi, LLP (the "Faruqi Firm") to serve as lead counsel. Based on the firm's experience in achieving substantial recoveries in securities class actions, I believe the Faruqi Firm is well qualified to

1

represent the class. As part of my due diligence process, prior to our selection of the Faruqi Firm, I assessed the firm's qualifications and communicated with James M. Wilson, Jr., a partner at the Faruqi Firm about the case and duties and role of a lead plaintiff.

8.      I have directed the Faruqi Firm to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the class. I will continue to supervise lead counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

9.      I understand that a Lead Plaintiff's share of any recovery is the same as every other potential class member. As our certificates state, I will not accept any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

I, Jason Wamp, declare under penalty of perjury that the foregoing is true and correct.


Dated:  June 10, 2025

Jason Wamp (Jun 10, 2025 17:05 CDT)

Jason Wamp