UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| SEAN PRIEWE, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>          v.<br><br>BIGBEAR.AI HOLDINGS, INC., LOUIS R. BROTHERS, AMANDA LONG, KEVIN MCALEENAN, JOSHUA KINLEY, and JULIE A. PEFFER,<br><br>                  Defendants. | Case No.  1:25-cv-00623-PTG-WEF |

**DECLARATION OF STEVEN J. TOLL IN SUPPORT OF MOTION OF MARY LOU CACCAVALE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>SELECTION OF COUNSEL</u>**

I, Steven J. Toll, hereby declare as follows:

1.     I am a partner at the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), liaison counsel for Mary Lou Caccavale ("Caccavale"), and have personal knowledge of the facts set forth herein.

2.     I make this Declaration in support of Caccavale's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of Caccavale's selections of Pomerantz LLP ("Pomerantz") as Lead Counsel and Cohen Milstein as Liaison Counsel for the Class.

3.     Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Assignments of claims from Joseph Caccavale to Caccavale, Dmitry Caccavale to Caccavale, Joseph Alexander Caccavale to Caccavale, and Miraslava Caccavale to Caccavale; |
| Exhibit B: | Chart setting forth the financial interest of Caccavale in this litigation; |
| Exhibit C: | Press release published over *ACCESS Newswire* on April 11, 2025, announcing the pendency of the Action; |
| Exhibit D: | Shareholder Certification executed by Caccavale; |
| Exhibit E: | Declaration executed by Caccavale; |
| Exhibit F: | Firm resume of Pomerantz; and |
| Exhibit G: | Firm resume of Cohen Milstein. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 10, 2025, at Washington, D.C.

/s/ Steven J. Toll
Steven J. Toll

1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing on June 10, 2025.

*/s/ Steven J. Toll*
Steven J. Toll (Va. Bar No. 15300)

2