# EXHIBIT A

# ASSIGNMENT

Joseph Caccavale ("Assignor") hereby assigns, transfers, and sets over to Mary Lou Caccavale all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase, acquisition, or sale of the publicly traded securities of BigBear.ai Holdings, Inc. Further, the Assignor hereby appoints Mary Lou Caccavale as his true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Mary Lou Caccavale agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Mary Lou Caccavale.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed  _6/10/2025_____
                    **(Date)**

Signed by:

Joseph Caccavale
945BF8D1D823412...

**(Signature)**

**Joseph Caccavale**

# ASSIGNMENT

Dmitry Caccavale ("Assignor") hereby assigns, transfers, and sets over to Mary Lou Caccavale all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase, acquisition, or sale of the publicly traded securities of BigBear.ai Holdings, Inc.  Further, the Assignor hereby appoints Mary Lou Caccavale as his true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.  Mary Lou Caccavale agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Mary Lou Caccavale.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** _6/10/2025_____
                                **(Date)**

Signed by:

_____
**(Signature)** F2AF18D78CD84FA...

**Dmitry Caccavale**

# ASSIGNMENT

Joseph Alexander Caccavale ("Assignor") hereby assigns, transfers, and sets over to Mary Lou Caccavale all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase, acquisition, or sale of the publicly traded securities of BigBear.ai Holdings, Inc. Further, the Assignor hereby appoints Mary Lou Caccavale as his true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Mary Lou Caccavale agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Mary Lou Caccavale.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed _____6/10/2025_____
                         **(Date)**

Signed by:

_____
**(Signature)** 142EE56BF91B46E...

**Joseph Caccavale**

# ASSIGNMENT

Miraslava Caccavale ("Assignor") hereby assigns, transfers, and sets over to Mary Lou Caccavale all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase, acquisition, or sale of the publicly traded securities of BigBear.ai Holdings, Inc.  Further, the Assignor hereby appoints Mary Lou Caccavale as her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.  Mary Lou Caccavale agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Mary Lou Caccavale.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed  6/10/2025
_____
          **(Date)**

Signed by:

14071DEA7EDC4CE...

**(Signature)**

**Miraslava Caccavale**