# EXHIBIT B

**BigBear.ai Holdings, Inc. (BBAI)**
**Class Period: March 31, 2022 to March 25, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 76-Days* Mean Price $3.3152 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | |
| Mary Lou Caccavale, Acct 1 | | 67,395 | | ($408,746) | | (67,395) | | $259,318 | 0 | 0 | $0 | ($149,427) |
| Mary Lou Caccavale, Acct 2 | | 26,000 | | ($120,896) | | (26,000) | | $78,900 | 0 | 0 | $0 | ($41,996) |
| Mary Lou Caccavale, Acct 3 | | 25,206 | | ($102,616) | | (25,206) | | $78,440 | 11,706 | 0 | $0 | ($24,176) |
| Mary Lou Caccavale, Acct 4 | | 5,922 | | ($30,807) | | (5,922) | | $18,027 | 57 | 0 | $0 | ($12,780) |
| Mary Lou Caccavale, Acct 5 | | 249 | | ($1,505) | | (249) | | $763 | 134 | 0 | $0 | ($742) |
| Mary Lou Caccavale, Acct 6 | | 2,211 | | ($7,750) | | (2,211) | | $6,523 | 11 | 0 | $0 | ($1,227) |
| Mary Lou Caccavale, Acct 7 | | 2,338 | | ($14,309) | | (2,338) | | $7,197 | 13 | 0 | $0 | ($7,112) |
| Mary Lou Caccavale, Acct 8 | | 1,565 | | ($9,597) | | (1,565) | | $4,741 | 10 | 0 | $0 | ($4,856) |
| Mary Lou Caccavale, Acct 9 | | 3,377 | | ($20,598) | | (3,377) | | $10,463 | 7 | 0 | $0 | ($10,135) |
| **Mary Lou Caccavale** | | **134,262** | | **($716,822)** | | **(134,262)** | | **$464,372** | **11,937** | **0** | **$0** | **($252,451)** |
| | | | | | | | | | | | | |
| Account 1 | | | | | | | | | | | | |
| Mary Lou Caccavale | 1/16/2025 | 3,000 | $3.9300 | ($11,790) | 2/10/2025 | (1,052) | $8.6000 | $9,047 | | | | |
| Mary Lou Caccavale | 1/22/2025 | 2,000 | $4.4000 | ($8,800) | 2/10/2025 | (1,448) | $8.6000 | $12,453 | | | | |
| Mary Lou Caccavale | 2/7/2025 | 2,500 | $7.2000 | ($18,000) | 2/10/2025 | (5,000) | $8.6000 | $43,000 | | | | |
| Mary Lou Caccavale | 2/10/2025 | 2,500 | $9.2600 | ($23,150) | 2/19/2025 | (2,500) | $8.0100 | $20,025 | | | | |
| Mary Lou Caccavale | 2/10/2025 | 5,000 | $9.2200 | ($46,100) | 3/7/2025 | (27,390) | $3.1500 | $86,279 | | | | |
| Mary Lou Caccavale | 2/11/2025 | 7,500 | $8.4000 | ($63,000) | 3/18/2025 | (30,005) | $2.9500 | $88,515 | | | | |
| Mary Lou Caccavale | 2/12/2025 | 5,000 | $9.7000 | ($48,500) | | | | | | | | |
| Mary Lou Caccavale | 2/13/2025 | 5,000 | $10.1000 | ($50,500) | | | | | | | | |
| Mary Lou Caccavale | 2/19/2025 | 2,500 | $8.0000 | ($20,000) | | | | | | | | |
| Mary Lou Caccavale | 2/20/2025 | 1 | $7.3000 | ($4) | | | | | | | | |
| Mary Lou Caccavale | 2/20/2025 | 2,394 | $7.3100 | ($17,500) | | | | | | | | |
| Mary Lou Caccavale | 3/10/2025 | 0 | $3.3800 | ($0) | | | | | | | | |
| Mary Lou Caccavale | 3/10/2025 | 0 | $3.3700 | ($1) | | | | | | | | |
| Mary Lou Caccavale | 3/10/2025 | 5 | $3.3700 | ($17) | | | | | | | | |
| Mary Lou Caccavale | 3/10/2025 | 29,995 | $3.3800 | ($101,383) | | | | | | | | |
| **Mary Lou Caccavale** | | **67,395** | | **($408,746)** | | **(67,395)** | | **$259,318** | **0** | **0** | **$0** | **($149,427)** |
| | | | | | | | | | | | | |
| Account 2 | | | | | | | | | | | | |
| Mary Lou Caccavale | 1/16/2025 | 2,500 | $3.9300 | ($9,825) | 3/7/2025 | (11,000) | $3.1500 | $34,650 | | | | |
| Mary Lou Caccavale | 1/22/2025 | 1,500 | $4.4000 | ($6,600) | 3/18/2025 | (15,000) | $2.9500 | $44,250 | | | | |
| Mary Lou Caccavale | 1/23/2025 | 1,000 | $4.2900 | ($4,290) | | | | $0 | | | | |
| Mary Lou Caccavale | 2/7/2025 | 2,500 | $7.1500 | ($17,875) | | | | $0 | | | | |
| Mary Lou Caccavale | 2/10/2025 | 3,500 | $9.3300 | ($32,655) | | | | $0 | | | | |

*Avg Closing Prices from March 26, 2025 to June 9, 2025

**BigBear.ai Holdings, Inc. (BBAI)**
**Class Period: March 31, 2022 to March 25, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 76-Days* Mean Price $3.3152 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mary Lou Caccavale | 3/10/2025 | 2,735 | $3.3000 | ($9,026) | | | | $0 | | | | |
| Mary Lou Caccavale | 3/10/2025 | 2,966 | $3.2800 | ($9,728) | | | | | | | | |
| Mary Lou Caccavale | 3/10/2025 | 3,000 | $3.3700 | ($10,110) | | | | | | | | |
| Mary Lou Caccavale | 3/10/2025 | 6,299 | $3.3000 | ($20,787) | | | | | | | | |
| **Mary Lou Caccavale** | | **26,000** | | **($120,896)** | | **(26,000)** | | **$78,900** | **0** | **0** | **$0** | **($41,996)** |
| | | | | | | | | | | | | |
| Account 3 | | | | | | | | | | | | |
| Mary Lou Caccavale | 1/17/2025 | 2,000 | $4.3500 | ($8,700) | 3/7/2025 | (4,700) | $3.2000 | $15,040 | | | | |
| Mary Lou Caccavale | 2/7/2025 | 1 | $8.6000 | ($7) | 3/11/2025 | (8,500) | $3.1000 | $26,350 | | | | |
| Mary Lou Caccavale | 2/7/2025 | 293 | $8.4000 | ($2,461) | 3/18/2025 | (300) | $2.9500 | $885 | | | | |
| Mary Lou Caccavale | 2/7/2025 | 2,506 | $8.6000 | ($21,552) | 3/28/2025 | (10,705) | $3.0967 | $33,150 | | | | |
| Mary Lou Caccavale | 3/10/2025 | 0 | $3.4000 | ($0) | 4/4/2025 | (975) | $3.0150 | $2,940 | | | | |
| Mary Lou Caccavale | 3/10/2025 | 202 | $3.3700 | ($681) | 4/15/2025 | (1) | $2.9100 | $3 | | | | |
| Mary Lou Caccavale | 3/10/2025 | 2,700 | $3.3900 | ($9,153) | 4/15/2025 | (25) | $2.9100 | $73 | | | | |
| Mary Lou Caccavale | 3/10/2025 | 5,901 | $3.4000 | ($20,063) | | | | | | | | |
| Mary Lou Caccavale | 3/14/2025 | 0 | $3.4300 | ($1) | | | | | | | | |
| Mary Lou Caccavale | 3/14/2025 | 1 | $3.4600 | ($3) | | | | | | | | |
| Mary Lou Caccavale | 3/14/2025 | 5,005 | $3.4700 | ($17,367) | | | | | | | | |
| Mary Lou Caccavale | 3/14/2025 | 6,597 | $3.4300 | ($22,628) | | | | | | | | |
| **Mary Lou Caccavale** | | **25,206** | | **($102,616)** | | **(25,206)** | | **$78,440** | **11,706** | **0** | **$0** | **($24,176)** |
| | | | | | | | | | | | | |
| Account 4 | | | | | | | | | | | | |
| Mary Lou Caccavale | 2/7/2025 | 0 | $7.9000 | ($3) | 3/7/2025 | (2,215) | $3.2000 | $7,088 | | | | |
| Mary Lou Caccavale | 2/7/2025 | 1 | $8.2700 | ($4) | 3/18/2025 | (3,650) | $2.9500 | $10,768 | | | | |
| Mary Lou Caccavale | 2/7/2025 | 253 | $7.9000 | ($1,999) | 4/4/2025 | (1) | $3.0150 | $3 | | | | |
| Mary Lou Caccavale | 2/7/2025 | 1,968 | $8.2800 | ($16,295) | 4/4/2025 | (56) | $3.0150 | $169 | | | | |
| Mary Lou Caccavale | 3/10/2025 | 3,700 | $3.3800 | ($12,506) | | | | | | | | |
| **Mary Lou Caccavale** | | **5,922** | | **($30,807)** | | **(5,922)** | | **$18,027** | **57** | **0** | **$0** | **($12,780)** |
| | | | | | | | | | | | | |
| Account 5 | | | | | | | | | | | | |
| Mary Lou Caccavale | 2/7/2025 | 0 | $8.8800 | ($2) | 3/7/2025 | (115) | $3.2000 | $368 | | | | |
| Mary Lou Caccavale | 2/7/2025 | 1 | $8.9900 | ($6) | 4/11/2025 | (1) | $2.9585 | $3 | | | | |
| Mary Lou Caccavale | 2/7/2025 | 24 | $8.9900 | ($216) | 4/11/2025 | (108) | $2.9585 | $320 | | | | |
| Mary Lou Caccavale | 2/7/2025 | 97 | $8.8800 | ($861) | 4/15/2025 | (25) | $2.9100 | $73 | | | | |
| Mary Lou Caccavale | 3/10/2025 | 127 | $3.3000 | ($419) | | | | | | | | |
| **Mary Lou Caccavale** | | **249** | | **($1,505)** | | **(249)** | | **$763** | **134** | **0** | **$0** | **($742)** |

*Avg Closing Prices from March 26, 2025 to June 9, 2025

**BigBear.ai Holdings, Inc. (BBAI)**
**Class Period: March 31, 2022 to March 25, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 76-Days* Mean Price $3.3152 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 6 | | | | | | | | | | | | |
| Mary Lou Caccavale | 2/7/2025 | 0 | $9.0800 | ($1) | 3/18/2025 | (2,200) | $2.9500 | $6,490 | | | | |
| Mary Lou Caccavale | 2/7/2025 | 45 | $9.0800 | ($409) | 4/15/2025 | (0) | $2.9100 | $1 | | | | |
| Mary Lou Caccavale | 2/12/2025 | 0 | $9.8000 | ($2) | 4/15/2025 | (11) | $2.9100 | $32 | | | | |
| Mary Lou Caccavale | 2/12/2025 | 26 | $9.8000 | ($255) | | | | | | | | |
| Mary Lou Caccavale | 3/10/2025 | 2,140 | $3.3100 | ($7,083) | | | | | | | | |
| **Mary Lou Caccavale** | | **2,211** | | **($7,750)** | | **(2,211)** | | **$6,523** | **11** | **0** | **$0** | **($1,227)** |
| | | | | | | | | | | | | |
| Account 7 | | | | | | | | | | | | |
| Mary Lou Caccavale | 2/7/2025 | 0 | $8.6500 | ($1) | 3/7/2025 | (1,200) | $3.2000 | $3,840 | | | | |
| Mary Lou Caccavale | 2/7/2025 | 1 | $8.6600 | ($5) | 3/18/2025 | (1,125) | $2.9500 | $3,319 | | | | |
| Mary Lou Caccavale | 2/7/2025 | 395 | $8.6500 | ($3,417) | 4/4/2025 | (1) | $3.0150 | $2 | | | | |
| Mary Lou Caccavale | 2/7/2025 | 817 | $8.6600 | ($7,075) | 4/4/2025 | (12) | $3.0150 | $36 | | | | |
| Mary Lou Caccavale | 3/10/2025 | 225 | $3.3800 | ($761) | | | | | | | | |
| Mary Lou Caccavale | 3/10/2025 | 300 | $3.3900 | ($1,017) | | | | | | | | |
| Mary Lou Caccavale | 3/10/2025 | 600 | $3.3900 | ($2,034) | | | | | | | | |
| **Mary Lou Caccavale** | | **2,338** | | **($14,309)** | | **(2,338)** | | **$7,197** | **13** | **0** | **$0** | **($7,112)** |
| | | | | | | | | | | | | |
| Account 8 | | | | | | | | | | | | |
| Mary Lou Caccavale | 2/7/2025 | 1 | $8.6700 | ($6) | 3/7/2025 | (800) | $3.2000 | $2,560 | | | | |
| Mary Lou Caccavale | 2/7/2025 | 811 | $8.6700 | ($7,031) | 3/21/2025 | (755) | $2.8500 | $2,152 | | | | |
| Mary Lou Caccavale | 3/10/2025 | 753 | $3.4000 | ($2,560) | 4/4/2025 | (1) | $3.0150 | $2 | | | | |
| Mary Lou Caccavale | | | | | 4/4/2025 | (9) | $3.0150 | $27 | | | | |
| **Mary Lou Caccavale** | | **1,565** | | **($9,597)** | | **(1,565)** | | **$4,741** | **10** | **0** | **$0** | **($4,856)** |
| | | | | | | | | | | | | |
| Account 9 | | | | | | | | | | | | |
| Mary Lou Caccavale | 2/7/2025 | 0 | $8.6400 | ($0) | 3/7/2025 | (1,725) | $3.2400 | $5,589 | | | | |
| Mary Lou Caccavale | 2/7/2025 | 1,736 | $8.6400 | ($14,999) | 3/18/2025 | (1,645) | $2.9500 | $4,853 | | | | |
| Mary Lou Caccavale | 3/10/2025 | 141 | $3.3200 | ($468) | 4/4/2025 | (0) | $3.0150 | $0 | | | | |
| Mary Lou Caccavale | 3/10/2025 | 1,500 | $3.4200 | ($5,130) | 4/4/2025 | (7) | $3.0150 | $21 | | | | |
| **Mary Lou Caccavale** | | **3,377** | | **($20,598)** | | **(3,377)** | | **$10,463** | **7** | **0** | **$0** | **($10,135)** |

*Avg Closing Prices from March 26, 2025 to June 9, 2025