**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SEAN PRIEWE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BIGBEAR.AI HOLDINGS, INC., LOUIS R. BROTHERS, AMANDA LONG, KEVIN MCALEENAN, JOSHUA KINLEY, and JULIE A. PEFFER, <br><br> Defendants. | Case No. 1:25-cv-00623-PTG-WEF <br><br> **CLASS ACTION** |

**DECLARATION OF MATTHEW B. KAPLAN IN SUPPORT**
**OF THE MOTION OF MICHELLE LUTTIG FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, MATTHEW B. KAPLAN, hereby declare under penalties of perjury that:

1.    I am the lead attorney of The Kaplan Law Firm. I make this Declaration in Support of The Motion of Michelle Luttig for Appointment as Lead Plaintiff and Approval of Selection of Counsel. The matters set forth herein are within my personal knowledge.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit A:    The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B:    Michelle Luttig's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C:    Michelle Luttig's Loss Chart;

Exhibit D:    Firm Résumé of Bernstein Liebhard LLP; and

Exhibit E:    Résumé of Matthew B. Kaplan.

Dated: June 10, 2025                              /s/ Matthew B. Kaplan
                                                  MATTHEW B. KAPLAN

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Dated: June 10, 2025

/s/ *Matthew B. Kaplan*
Matthew B. Kaplan

2