**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SEAN PRIEWE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BIGBEAR.AI HOLDINGS, INC., LOUIS R. BROTHERS, AMANDA LONG, KEVIN MCALEENAN and JULIE A. PEFFER,<br><br>　　　　　　　Defendants. | Case No. 1:25-cv-00623-PTG-WEF |

**DECLARATION OF STEVEN J. TOLL IN SUPPORT OF MOTION OF YAN ZENG AND NING SUN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>COUNSEL</u>**

I, Steven J. Toll, declare as follows:

1.　　I am a partner at the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), Liaison Counsel for the proposed lead plaintiff group of Yan Zeng and Ning Sun (the "Movants") in the above-captioned action. I submit this declaration in support of the Movants' motion for appointment as Lead Plaintiff for the Class and approval of their selection of Block & Leviton LLP ("Block & Leviton") as Lead Counsel and Cohen Milstein as Liaison Counsel for the Class.

2.　　Attached are true and correct copies of the following exhibits:

**Exhibit A:** Notice of pendency of class action published by Pomerantz LLP through ACCESS Newswire on April 11, 2025;

**Exhibit B:** Certifications of Yan Zeng and Ning Sun;

**Exhibit C:** Loss estimates of Yan Zeng and Ning Sun, prepared by counsel;

**Exhibit D:** Joint declaration of Yan Zeng and Ning Sun**;**

**Exhibit E:** Block & Leviton firm résumé;

**Exhibit F:** Cohen Milstein firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2025, in Washington, DC.

*/s/ Steven J. Toll*
Steven J. Toll (Va. Bar No. 15300)

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification to counsel of record.

*/s/ Steven J. Toll*
Steven J. Toll (Va. Bar No. 15300)
**COHEN MILSTEIN SELLERS**
  **& TOLL PLLC**
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com