# Exhibit B

## Certification Pursuant to Federal Securities Laws

1. I, Yan Zeng, make this declaration pursuant to Section 27(a)(2) of the Securities act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against BigBear.ai Holdings, Inc. ("BigBear.ai" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not transact in BigBear.ai Holdings, Inc. securities at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired: BigBear.ai Holdings, Inc. securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. Attached hereto as Schedule A is a list of all of my transactions in BigBear.ai Holdings, Inc. securities during the Class Period, as specified in the Complaint.

6. During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

7. I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _____5.16 - 2025_____

_____Yan Zeng_____
Yan Zeng

**Schedule A**

Yan Zeng's Transactions in BigBear.ai Holdings, Inc. (BBAI):

| Type of Security | Date | Transaction | Quantity of Shares | Price per Share |
|---|---|---|---|---|
| Common Stock | 2/11/2025 | Buy | 10,000 | $8.54 |
| Common Stock | 2/11/2025 | Buy | 20,000 | $8.40 |
| Common Stock | 2/12/2025 | Buy | 20,000 | $9.58 |

**Certification Pursuant to Federal Securities Laws**

1. I, Ning Sun, make this declaration pursuant to Section 27(a)(2) of the Securities act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against BigBear.ai Holdings, Inc. ("BigBear.ai" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not transact in BigBear.ai Holdings, Inc. securities at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired: BigBear.ai Holdings, Inc. securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. Attached hereto as Schedule A is a list of all of my transactions in BigBear.ai Holdings, Inc. securities during the Class Period, as specified in the Complaint.

6. During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

7. I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: ___06/07/2025___

_____
Ning Sun

**Schedule A**

Ning Sun's Transactions in BigBear.ai Holdings, Inc. (BBAI):

| Type of Security | Date | Transaction | Quantity of Shares | Price per Share |
|---|---|---|---|---|
| Common Stock | 2/7/2025 | Buy | 16,000 | $8.54 |
| Common Stock | 2/7/2025 | Buy | 16,000 | $8.51 |
| Common Stock | 2/7/2025 | Buy | 20,000 | $8.6397 |
| Common Stock | 2/7/2025 | Buy | 6,000 | $8.64 |
| Common Stock | 2/7/2025 | Buy | 30,000 | $8.74 |
| Common Stock | 2/10/2025 | Buy | 35,000 | $8.8798 |
| Common Stock | 2/10/2025 | Buy | 20,000 | $8.41 |
| Common Stock | 2/13/2025 | Buy | 20,000 | $9.5675 |
| Common Stock | 2/13/2025 | Buy | 17,000 | $9.11 |
| Common Stock | 2/13/2025 | Sell | -1,600 | $9.82 |
| Common Stock | 2/13/2025 | Sell | -970 | $9.84 |
| Common Stock | 2/14/2025 | Buy | 2,570 | $9.11 |
| Common Stock | 3/19/2025 | Sell | -30,000 | $2.94 |