# Exhibit C

LIFO Loss Summary

| Ning Sun | $997,524.05 |
|---|---|
| Yan Zeng | $279,240.38 |
| **Combined Losses** | **$1,276,764.43** |

**LIFO Loss Chart Report**

| | |
|---|---|
| | Class Period Beginning: 03/31/2022 |
| Ning Sun | Class Period End: 03/25/2025 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Lookback Period Beginning: 03/26/2025 |
| Security: 08975B109 | Lookback Period End: 06/24/2025 |
| Class Period: March 31,2022 - March 25,2025 | Days in Lookback Period: 90 |
| Currency: USD | Lookback Period Average Closing Price: 3.31 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @06/24/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| 1A. Total | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @06/24/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| 1B. Total | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @06/24/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| 1C. Total | | 0.0000 | | | | | | | | 0.0000 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @06/24/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 02/13/2025 | 1,600.0000 | 9.11 | 14,576.00 | Sale | 02/13/2025 | 1,600.0000 | 9.82 | 15,712.00 | 0.0000 | 1,136.00 |
| Purchase | 02/13/2025 | 970.0000 | 9.11 | 8,836.69 | Sale | 02/13/2025 | 970.0000 | 9.84 | 9,544.80 | 0.0000 | 708.10 |
| Purchase | 02/14/2025 | 2,570.0000 | 9.11 | 23,412.69 | Sale | 03/19/2025 | 2,570.0000 | 2.94 | 7,555.80 | 0.0000 | (15,856.90) |
| Purchase | 02/13/2025 | 14,430.0000 | 9.11 | 131,457.30 | Sale | 03/19/2025 | 14,430.0000 | 2.94 | 42,424.20 | 0.0000 | (89,033.10) |
| Purchase | 02/13/2025 | 13,000.0000 | 9.56 | 124,377.50 | Sale | 03/19/2025 | 13,000.0000 | 2.94 | 38,220.00 | 0.0000 | (86,157.50) |
| 2A. Total | | 32,570.0000 | | 302,660.20 | | | 32,570.0000 | | 113,456.79 | 0.00 | (189,203.40) |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @06/24/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| 2B. Total | | 0.0000 | | 0.00 | | | 0.0000 | | 0.00 | 0.00 | 0.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @06/24/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @06/24/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 02/13/2025 | 7,000.0000 | 9.56 | 66,972.50 | | | | | | 7,000.0000 | (43,766.15) |
| Purchase | 02/10/2025 | 20,000.0000 | 8.41 | 168,200.00 | | | | | | 20,000.0000 | (101,896.15) |
| Purchase | 02/10/2025 | 35,000.0000 | 8.87 | 310,793.00 | | | | | | 35,000.0000 | (194,761.26) |
| Purchase | 02/07/2025 | 16,000.0000 | 8.51 | 136,160.00 | | | | | | 16,000.0000 | (83,116.92) |
| Purchase | 02/07/2025 | 16,000.0000 | 8.54 | 136,640.00 | | | | | | 16,000.0000 | (83,596.92) |
| Purchase | 02/07/2025 | 20,000.0000 | 8.63 | 172,794.00 | | | | | | 20,000.0000 | (106,490.15) |
| Purchase | 02/07/2025 | 6,000.0000 | 8.64 | 51,840.00 | | | | | | 6,000.0000 | (31,948.84) |
| Purchase | 02/07/2025 | 30,000.0000 | 8.74 | 262,200.00 | | | | | | 30,000.0000 | (162,744.23) |
| **2C. Total** | | **150,000.0000** | | **1,305,599.50** | | | **0.000** | | **$0.00** | **150,000.0000** | **(808,320.65)** |
| Class Period Total | | 182,570.0000 | | 1,608,259.70 | | | 32,570.0000 | | 113,456.79 | 150,000.0000 | (997,524.05) |
| Grand Total | | 182,570.0000 | | 1,608,259.70 | | | 32,570.0000 | | 113,456.79 | 150,000.0000 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **(997,524.05)** |

**Loss Methodology:**
1934 Act,Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg.Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.

**LIFO Loss Chart Report**

| | |
|---|---|
| | Class Period Beginning: 03/31/2022 |
| Yan Zeng | Class Period End: 03/25/2025 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Lookback Period Beginning: 03/26/2025 |
| Security: 08975B109 | Lookback Period End: 06/24/2025 |
| Class Period: March 31,2022 - March 25,2025 | Days in Lookback Period: 90 |
| Currency: USD | Lookback Period Average Closing Price: 3.31 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @06/24/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @06/24/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @06/24/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | 0.0000 | | | | | | | | 0.0000 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @06/24/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| **2A. Total** | | 0.0000 | 0.00 | | | | 0.0000 | | 0.00 | 0.00 | 0.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @06/24/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| **2B. Total** | | 0.0000 | 0.00 | | | | 0.0000 | | 0.00 | 0.00 | 0.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @06/24/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|

**2.C ClassPeriod Purchases Held at the End of Lookback Period**

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @06/24/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 02/12/2025 | 20,000.0000 | 9.58 | 191,600.00 | | | | | | 20,000.0000 | (125,296.15) |
| Purchase | 02/11/2025 | 20,000.0000 | 8.40 | 168,000.00 | | | | | | 20,000.0000 | (101,696.15) |
| Purchase | 02/11/2025 | 10,000.0000 | 8.54 | 85,399.99 | | | | | | 10,000.0000 | (52,248.07) |
| **2C. Total** | | **50,000.0000** | | **445,000.00** | | | **0.000** | | **$0.00** | **50,000.0000** | **(279,240.38)** |
| Class Period Total | | 50,000.0000 | | 445,000.00 | | | 0.0000 | | 0.00 | 50,000.0000 | (279,240.38) |
| Grand Total | | 50,000.0000 | | 445,000.00 | | | 0.0000 | | 0.00 | 50,000.0000 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **(279,240.38)** |

**Loss Methodology:**
1934 Act, Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg. Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.