# Exhibit D

## JOINT DECLARATION IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

We, the undersigned, declare under penalty of perjury under the laws of the United States of America as follows:

1. We, Yan Zeng and Ning Sun ("Movants") respectfully submit this declaration in support of our motion for appointment as Lead Plaintiff and approval of our selection of counsel. We have personal knowledge of the information in this declaration.

2. I, Yan Zeng, am 54 years old and an American citizen who resides in Walnut, California. The Certification submitted with my motion accurately reflects my transactions in BigBear.ai securities between March 31, 2022 and March 25, 2025. I attended Azusa Pacific University in California. I currently work at Kaiser Permanente in Los Angeles as a registered nurse. I have over 20 years of experience investing in the stock market.

3. I, Ning Sun, am 62 years old and a permanent resident of Hong Kong. The Certification submitted with my motion accurately reflects my transactions in BigBear.ai securities between March 31, 2022 and March 25, 2025. I attended Jinan University in China and am currently retired. I have over 20 years of experience investing in the stock market.

4. We, Yan Zeng and Ning Sun, are sisters-in-law who have known each other for 30 years.

5. After a thorough consultation, and after considering the merits of this action, we retained Block & Leviton LLP to act as our attorney and to seek the status of Lead Plaintiff in this lawsuit. We conferred with Block & Leviton regarding the merits of the claims against BigBear.ai, and we decided to seek appointment as Lead Plaintiff and selected Block & Leviton as our counsel in light of its significant experience and success achieving substantial recoveries in securities class actions.

6. We are prepared to fulfill the responsibilities and requirements of being a Lead Plaintiff in a securities fraud class action. We understand that the Lead Plaintiff is responsible for overseeing Lead Counsel, ensuring the efficient and vigorous representation of the class, ensuring that the resulting fees are fair and reasonable, and maximizing recovery for the

class. We believe that our experience, knowledge, and sophistication will enable us to vigorously represent the interests of the proposed Class.

7. We understand that we could have chosen to take no action and remain an absent class member. However, due to our large financial losses and desire to actively oversee this litigation, we affirmatively decided that it would benefit ourselves and the Class if we jointly sought appointment as lead plaintiff.

8. We are committed to the zealous prosecution of this case and will remain actively involved in it, including through attendance at depositions and trial, if necessary. We understand that if appointed, we owe a fiduciary duty to all members of the Class to provide fair and adequate representation, and to work with Lead Counsel to obtain the largest possible recovery for the Class consistent with good faith and vigorous advocacy.

9. We have frequently communicated with our counsel regarding our seeking appointment as Lead Plaintiff in this action and will continue to regularly communicate with counsel to oversee the prosecution of this litigation, including receiving regular reports and updates regarding the prosecution of the case, discussing case strategy, and, if applicable, any communications regarding resolution of the action. We communicate with each other regularly through WeChat and have extensively discussed this case.

10. We understand that, as Lead Plaintiff in this action, we will be subject to the jurisdiction of the Court and will be bound by the rulings of the Court, including rulings regarding any judgments. We understand that as Lead Plaintiff, we will be responsible for directing the activities of our counsel for the duration of the litigation, and that our counsel shall

    a. Determine and present the position of Lead Plaintiff on all matters that may arise during the litigation;

    b. Coordinate the initiation of and conduct discovery on behalf of the Lead Plaintiff, including the preparation of interrogatories and requests for the production of documents and the examination of witnesses at depositions;

    c. Conduct settlement negotiations on behalf of the Lead Plaintiff;

d.  Negotiate and enter into those stipulations with opposing counsel necessary for the conduct of the litigation;

e.  Retain expert consultants and witnesses;

f.  Prepare and distribute periodic status reports to the Lead Plaintiff;

g.  Maintain adequate time and disbursement records covering services as Lead Counsel; and

h.  Perform such other duties as may be incidental to the proper and efficient coordination of the litigation or which may be authorized by further order of the Court.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _____06/06/2025_____

_____
Yan Zeng

Executed on: _____06/07/2025_____

_____
Ning Sun