# Exhibit F

COHENMILSTEIN

**COHEN**MILSTEIN

# | About the Firm

We are trailblazers in plaintiff-side and class action litigation, handling groundbreaking cases resulting in landmark decisions involving antitrust, securities, consumer rights, civil rights, and other far-reaching matters.

We fight corporate abuse by pursuing litigation on behalf of individuals, investors, whistleblowers, small businesses, and other institutions in lawsuits that have raised significant and often novel legal issues.

With more than 100 attorneys in 10 practice areas in eight offices across the country, including Boston, Chicago, Minneapolis, New York, Palm Beach Gardens, Philadelphia, Raleigh, and Washington, we are recognized as one of the largest and most diversified plaintiffs' firms in the country.

We regularly litigate complex matters across a wide range of practice areas:

- Antitrust
- Civil Rights & Employment
- Complex Tort Litigation
- Consumer Protection
- Employee Benefits / ERISA
- Ethics and Fiduciary Counseling
- Human Rights
- Public Client
- Securities Litigation & Investor Protection
- Whistleblower/False Claims Act

In 2025, *Law360* recognized our Antitrust and Employment practices as "2024 Practice of the Year." In 2024, *The National Law Journal* also named Cohen Milstein's Securities Litigation and Mass Torts practices "Practice of the Year." *Chambers USA* and *Legal 500* have also consistently ranked Cohen Milstein as a "Top Tier Firm" and "Leading Firm" in Antitrust, Securities Litigation, Product Liability, Mass Torts, ERISA, and Employment Law.  Likewise, the firm is consistently named among the "Best Law Firms for Female Attorneys" by *Law360's* "Glass Ceiling Report," including in 2024.

Our attorneys, individually, are heralded as among the best in their practices by industry surveys and organizations, such as American Antitrust Institute, *The American Lawyer, Benchmark Litigation, Chambers USA, Global Competition Review, Law360, Lawdragon, Legal 500,* and *The National Law Journal*.

cohenmilstein.com

**COHENMILSTEIN**

# Securities Litigation & Investor Protection

## We are a powerful ally for institutional investors seeking to recover assets lost due to securities fraud and other unlawful behavior.

We have earned national recognition for using innovative strategies to hold defendants accountable and obtain favorable rulings for our clients, which include some of the country's largest public employee and Taft-Hartley pension funds. Our attorneys are strong advocates with a demonstrated willingness to take cases to trial and appeal adverse rulings to obtain the best possible results.

## Making An Impact

For four decades, we have prevailed against corporate defendants.

- **Mortgage-Backed Securities (MBS) Class Actions:** Since 2013, we recovered more than $2.5 billion for investors. Those results include landmark settlements of $500 million each on behalf of the Iowa Public Employees Retirement System and Oregon Public Employees Retirement System in the Countrywide and Bear Stearns MBS cases, two of a dozen MBS cases in which we successfully represented pension funds as plaintiffs.

- **Groundbreaking Shareholder Derivative Lawsuits:** We represented shareholders in a series of groundbreaking derivative lawsuits that alleged corporate leaders turned a blind eye to pervasive workplace sexual harassment, discrimination, or abuse that put shareholder value at risk. Four derivative settlements, Alphabet ($310M) and Wynn Resorts ($90M), L Brands ($100M), and Pinterest ($50M) resulted in sweeping governance and policy changes and unlocked over half a billion dollars in commitments to diversity, equity, and inclusion programs.

- **Groundbreaking Financial Market Manipulation Class Actions:** We are leading proprietary class actions attempting to break big banks' stranglehold over multi-trillion-dollar markets for interest rate swaps and securities lending. These far-reaching lawsuits seek to modernize antiquated markets and recover billions of dollars investors were improperly forced to pay because of investment banks' collusive and unlawful conduct. Thus far, we have achieved more than $650 million in settlements.

cohenmilstein.com

COHENMILSTEIN

## Industry Recognitions

Victories in the courtroom have earned us accolades, including *Law 360's* Practice Group of the Year for both Securities and Class Actions, and its Most Feared Plaintiffs Law Firm honors. Our work on behalf of investors has won thanks from our pension fund clients, respect from opposing counsel, and praise from judges.

- Of the *RALI MBS Securities Litigation,* Judge Katherine Failla of the U.S. District Court for the Southern District of New York, said: *"Plaintiffs' counsel took on an enormous amount of risk and stuck with it for nearly seven years."*

- In approving the *Alphabet Shareholder Derivative Litigation,* California Superior Court Judge Brian C. Walsh, U.S. District Court Judge said the *"groundbreaking"* agreement stands as *"a credit to what your profession can do to solve a problem."*

## Our People

- Our attorneys have served in leadership roles for state pension funds and as regulators in both state and federal government. Their experience helps us understand the demands placed on, and needs of, institutional investors.

- Our partners are frequently asked to speak to institutional investor groups; some serve as leaders of legal organizations and publications or teach and lecture at law schools.

- Our partners regularly appear on prestigious rankings, such as *The National Law Journal's* Elite Women of the Plaintiffs Bar; *Law360's* MVPs, Rising Stars, Titans of the Plaintiffs' Bar, and Most Influential Women in Securities Law; *Crain's* Notable Women in Law; *Legal 500's* Leading Attorneys; Lawdragon's 500 Leading Lawyers; and Benchmark Plaintiff's Litigation Stars.

## Leaders in Diversity, Equity & Inclusion

In addition to our groundbreaking working in shareholder derivative litigation, we are proud of the firm's culture of equality and diversity.

- *Law360's* 2024 "Glass Ceiling Report," for example, named us a "ceiling smasher" and ranked the firm No. 2 for having the highest representation of women in the equity partnership."

- Seven of our firm's 10 practice groups are led or co-led by female partners, including women of color. The firm's executive committee also includes a woman of color.

Our Securities Litigation & Investor Protection practice is no different: half the attorneys and half the partners, including the practice co-chair, Julie Goldsmith Reiser, are women.

cohenmilstein.com

# Accolades – Securities Litigation

**Practice Achievement:** Our Securities Litigation & Investor Protection practice is recognized as among the most preeminent in the United States:

| | |
|---|---|
| *The National Law Journal* "Elite Trial Lawyers Practice of the Year – Securities Litigation – Winner" (2024) | *Legal 500* "Leading Practices - Securities Litigation: Mainly Plaintiff" (2018 - 2024) |
| *Law360* "Practice Group of the Year – Securities" (2020, 2022, 2023) | *The National Law Journal* "Elite Trial Lawyers Practice of the Year – Securities Litigation - Finalist" (2018, 2019, 2021, 2024) |
| *Chambers USA* "Securities Litigation: Plaintiffs – Nationwide" (2021 - 2024) | *Law360* "Practice Group of the Year - Class Action" (2020, 2021) |
| *Chambers USA* "Securities Litigation: Plaintiffs – New York" (2024) | *Benchmark Litigation* "Top Plaintiffs Firm" (2021) |

**Individual Achievement:** Our litigators are recognized as among the best in the industry:

| | |
|---|---|
| *New York Law Journal* "Attorney of the Year - Winner" (2024) – Laura Posner | *Legal 500* "Leading Lawyers" (Since 2020) - Steve Toll, Julie Reiser |
| *Chambers USA* "Securities Litigation: Plaintiffs – New York" (2024) – Laura Posner | *Lawdragon* "500 Leading Lawyers in America" (2011–2024) - Steve Toll, Julie Reiser, Laura Posner, Chris Lometti |
| *The National Law Journal* "Elite Women of the Plaintiffs Bar" (2018, 2021, 2024) - Julie Reiser, Laura Posner, Molly Bowen | *Lawdragon* "500 Global Plaintiff Lawyers" (2024) - Steve Toll, Julie Reiser, Doug Bunch |
| *Law360* "Titans of the Plaintiffs Bar" (2018, 2021) - Steve Toll, Julie Reiser | *Lawdragon* "500 Leading Plaintiff Financial Lawyers" (2018–2024) - Steve Toll, Julie Reiser, Dan Sommers, Molly Bowen, Doug Bunch, Suzanne Dugan, Michael Eisenkraft, Carol Gilden, Chris Lometti, Laura Posner, Christina Saler |
| *Law360* "MVP - Securities" (2015, 2023) - Steve Toll, Laura Posner | |
| *Lawdragon* "Hall of Fame" (2021) - Steve Toll | |
| *The National Law Journal* & *The Trial Lawyer* "America's 50 Most Influential Trial Lawyers" (2020) - Steve Toll | Benchmark Litigation "Litigation Stars" (2023 – 2025) – Steve Toll, Julie Reiser, Dan Sommers |
| *Law360* "25 Most Influential Women in Securities Law" (2018) - Julie Reiser | |

Benchmark Litigation "Top 250 Women in Litigation" (2022 – 2025) – Julie Reiser

*Super Lawyers Magazine* "Super Lawyers" (2005 – 2024) - Steve Toll, Julie Reiser, Dan Sommers, Laura Posner, Carol Gilden, Michael Eisenkraft, Doug Bunch, Chris Lometti

*The National Law Journal,* "Attorney of the Year" – Finalist (2024) – Steve Toll

*Attorney Intel* "Top 25 Attorneys in Illinois" (2024) – Carol Gilden

*Crain's Chicago Business* "Notable Leader: Accounting, Consulting & Law" (2024) – Carol Gilden

*The National Law Journal* "Plaintiffs' Attorney Trailblazer" (2023) - Carol Gilden

*American Lawyer* "Litigator of the Week- Runner Up" (2023) - Michael Eisenkraft

*Crain's New York* "Notable Women in Law" (2022) - Laura Posner

*American Lawyer* "Trailblazer - Midwest" (2022) - Carol Gilden

*American Lawyer* "Litigator of the Week" (2020) - Julie Reiser

Crain's Chicago Business "Notable Women in Law" (2020) - Carol Gilden

*Legal 500* "Next Generation Partners" (Since 2019) - Laura Posner, Michael Eisenkraft

Benchmark Litigation "Future Stars" - Michael Eisenkraft, Laura Posner

*Bloomberg Law* "They've Got Next: 40 Under 40" (2024) – Molly Bowen

*Law360* "Rising Stars" (2017, 2018, 2022) - Doug Bunch, Michael Eisenkraft, Molly Bowen

*The National Law Journal* "Rising Stars" (2021, 2022) - Molly Bowen, Jan Messerschmidt

*Super Lawyers Magazine* "Rising Stars" (2021 - 2024) – Benjamin Jackson

COHENMILSTEIN

## | Judicial Recognition

We have been honored to receive enthusiastic praise from courts for our work in securities class actions and shareholder derivative litigation.

*In re Wells Fargo Securities Litigation was a case "of substantial magnitude, including complex and disputed issues of truth on the market, privilege issues, loss causation, and damages."*

*"Lead Counsel conducted the litigation and achieved the settlement with skill, perseverance and diligent advocacy."*

*"Had Lead Counsel not achieved the settlement there would remain a significant risk that [investors] may have recovered less or nothing from Defendants."*

~ Hon. Jennifer L. Rochon U.S. District Court for the Southern District of New York (*In re Wells Fargo & Company Securities Litigation*)

*""This litigation is particularly complex. . . . Plaintiffs' counsel really had to begin at the ground level, because there was no investigation or academic treatise or anything sort of giving them a leg up on the facts of this case; they had to find it out themselves. . . . There were very complicated issues and great lawyers on both sides."*

~ Hon. Katherine Polk Failla, U.S. District Court for the Southern District of New York (*Iowa Public Employees Retirement System, et al. v. Bank of America Corp., et al.*)

*The In re Alphabet settlement is "groundbreaking." It codifies a "best in class approach . . . to address sexual harassment, sexual misconduct, discrimination, retaliation, inequity and inclusion in the workplace." Achieving such a settlement, is "a credit to what . . . your profession can do to solve a problem."*

~ Hon. Brian C. Walsh, California Superior Court Judge (*In re Alphabet Shareholder Derivative Litigation*)

cohenmilstein.com

# COHENMILSTEIN

*"Before we adjourn, I just want to thank all of you really for the excellent lawyering. It's a pleasure, as I think I said at the motion to dismiss stage, to get lawyering of this caliber…. It's my pleasure to have presided over this case."*

~ Hon. Paul A. Engelmayer, U.S. District Court for the Southern District of New York (*Braskem S.A. Securities Litigation*)

*"this hard-fought settlement which is very beneficial to the members of the classes, [is] impressive."*

~ Hon. Laura Taylor Swain, U.S. District Court for the Southern District of New York (*In re Bear Stearns Mortgage PassThrough Certificates Litigation.*)

*"Lead Counsel successfully obtained the first derivative demand futility decision in the country in a case involving claims of sexual misconduct, and after significant litigation, numerous hearings and substantial discovery, negotiated the largest derivative settlement in Nevada history …. At all times throughout the litigation, Lead Counsel's work was professional and of exceptionally high quality. What the settlement achieved is a testament to their hard work throughout the litigation."*

~ Hon. Timothy Williams, Nevada State Court (*Thomas P. DiNapoli v. Stephen A. Wynn*)

*"I think it is the most striking factor here, that in 2008 no one else seemed to want to take this particular tack with litigation, and in 2011 they seemed to be proven correct, but here we are with a rather substantial settlement. I don't want to demean this by saying that fortune favors the brave, but that is what happened here. Plaintiffs' counsel took on an enormous amount of risk and stuck with it for nearly seven years."*

~ Hon. Katherine P. Failla, U.S. District Court for the Southern District of New York (*New Jersey Carpenters Health Fund v. Residential Capital, LLC*)

*". . . one of the most interesting and different class actions I've seen."*

~ Hon. Loretta A. Preska, U.S. District Court for the Southern District of New York (*New Jersey Carpenters Health Fund v. The Royal Bank of Scotland Group, PLC*)

# COHENMILSTEIN

"[T]his is a very, very good result for the plaintiffs … the vigorously fought class action here and well represented class action is something of which plaintiff[s'] counsel can be proud …"

~ Hon. Katherine B. Forrest, U.S. District Court for the Southern District of New York (*Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, N.A. and U.S. Bank Nat'l Association*)

". . . the efforts undertaken by [counsel] were more generative and exceeded the investigative work of the other applicants by an order of magnitude."

~ Hon. Paul A. Engelmayer, U.S. District Court for the Southern District of New York (*Public School Teachers' Pension and retirement Fund of Chicago v. Bank of America Corp.*)

"Let me also say, this has been a long process, I know, more than six years, and I want to reiterate how fortunate I feel to have … worked with such able lawyers on both sides. It's been one of the highlights of my career as a judge. We had difficult issues and even some novel issues, and through it all you provided me with the highest standards both of scholarship and of advocacy and I am grateful."

~ Hon. Keith P. Ellison, U.S. District Court for the Southern District of Texas (*In re BP plc Securities Litigation*)

". . . people who run corporations are generally deterred by the fact that there are … Cohen Milsteins out there."

~ Hon. T.S. Ellis III, U.S. District Court for the Southern District of New York (*In re Bearing Point Securities Litigation*)

"[Cohen Milstein] did a wonderful job here for the class and were in all respects totally professional and totally prepared. I wish I had counsel this good in front of me in every case."

~ Hon. Lewis A. Kaplan, U.S. District Court for the Southern District of New York (*In re Parmalat Securities Litigation*)

cohenmilstein.com

**COHEN**MILSTEIN

# | Representative Matters – Securities Litigation

## We have recovered billions of dollars in settlements for our institutional investor clients.

## Recent Settlements

- *In re Wells Fargo & Company Securities Litigation* (S.D.N.Y.): Cohen Milstein, as Co-Lead Counsel, represented the Public Employees' Retirement System of Mississippi and the Employees Retirement System of Rhode Island in this securities class action, which alleged that Wells Fargo and certain former executives misrepresented the Bank's compliance with a series of 2018 consent orders with the CFPB, OCC, and the Federal Reserve arising from the Bank's widespread consumer fraud banking scandal. On September 8, 2023, the Court granted final approval of a historic $1 billion settlement, which is the 17th largest securities class action settlement ever, the sixth largest in the last decade, the ninth largest ever in the Second Circuit, and the largest ever without a restatement or related actions by the Securities Exchange Commission or U.S. Department of Justice.

- *Iowa Public Employees Retirement System, et al. v. Bank of America Corp., et al.* (S.D.N.Y.): Cohen Milstein is co-counsel in this groundbreaking putative class action, in which investors accuse Wall Street banks of engaging in a group boycott and conspiring to thwart the modernization of and preserve their dominance over the $1.7 trillion stock loan market. On September 4, 2024, the court granted final approval of a historic $580 million cash settlement and significant injunctive relief against defendants Morgan Stanley, Goldman Sachs, UBS, JP Morgan, Credit Suisse, and EquiLend. Litigation against Bank of America continues.

- *In re Alphabet Shareholder Derivative Litigation* (Sup. Crt. Cal., Santa Clara Cnty.): Cohen Milstein, as Co-Lead Counsel, represented Northern California Pipe Trades Pension Plan and Teamsters Local 272 Labor Management Pension Fund in a shareholder derivative lawsuit against Alphabet, Inc.'s Board of Directors. Shareholders alleged that the Board allowed powerful executives to sexually harass and discriminate against women without consequence. In November 2020, the Court granted final approval of a historic settlement, including a $310 million commitment to fund diversity, equity, and inclusion initiatives and robust reforms including limiting non-disclosure agreements and ending mandatory arbitration in sexual harassment, gender discrimination, and retaliation-related disputes.

cohenmilstein.com

COHENMILSTEIN

- *FirstEnergy Shareholder Derivative Litigation* (S.D. Ohio; N.D. Ohio): We represented shareholders of FirstEnergy Corp. in related derivative lawsuits, filed in two U.S. District courts in Ohio.  In both cases, plaintiffs sought to hold against certain current and former FirstEnergy officers and directors accountable for orchestrating one of Ohio's largest public bribery schemes, which resulted in a deferred prosecution agreement with the U.S. Department of Justice in which the Company agreed to pay a fine of $230 million and admitted it had paid more than $60 million in illegal contributions to an elected official in return for his pursuit of favorable legislation. In August 2022, the court granted final approval of a $180 million global settlement, ending all shareholder derivative cases.

- *NovaStar Mortgage-Backed Securities Litigation* (S.D.N.Y.): We were lead counsel in this certified MBS class action filed on behalf of unionized workers and other individual and institutional investors in connection with losses incurred from securities issued by NovaStar Mortgage Inc., a major subprime lender that specialized in authorizing risky residential mortgage loans. In March 2019, the court granted final approval of a $165 million all-cash settlement, which was affirmed by the 2nd U.S. Circuit Court of Appeals in March 2022.  With the NovaStar settlement, we closed a chapter in which we successfully represented named plaintiffs in a dozen financial-crisis-era MBS class actions.

- *Boeing Derivative Shareholder Litigation* (N.D. Ill.): Cohen Milstein served as sole lead counsel in a federal derivative case brought by the Seafarers Pension Plan against The Boeing Company's directors and officers arising out of the 737 MAX crashes and alleging federal proxy statement violations in connection with director elections. After the case was dismissed on forum non conveniens grounds, Plaintiffs successfully argued before the U.S. Court of Appeals for the Seventh Circuit, obtaining a 2-to1, precedent-setting decision reversing the district court's dismissal of the case based on enforcement of Boeing's forum selection bylaw. The derivative action ultimately settled, along with a companion class action filed by the Seafarers in Delaware Chancery Court after the district court's dismissal and challenging the bylaw under Delaware law, for corporate governance reforms valued in excess of $100 million and a $6.25 million payment by the Directors' insurers to the Company.

- *Wynn Resorts, Ltd. Derivative Litigation* (Eighth Jud. Dist. Crt., Clark Cnty., Nev.): Cohen Milstein represented the New York State Common Retirement Fund and the New York City Pension Funds as Lead Counsel in a derivative shareholder lawsuit against certain officers and directors of Wynn Resorts, Ltd., arising out of their failure to hold Mr. Wynn,

cohenmilstein.com

COHEN MILSTEIN

the former CEO and Chairman of the Board, accountable for his longstanding pattern of sexual abuse and harassment of company employees. In March 2020, the Court granted final approval of a $90 million settlement in the form of cash payments and landmark corporate governance reforms, placing it among the largest, most comprehensive derivative settlements in history.

- *L Brands, Inc. Derivative Litigation* (S.D. Ohio): In partnership with the State of Oregon, the Oregon Public Employees Retirement Fund, and other shareholders, Cohen Milstein helped resolve allegations that officers and directors of L Brands, Inc., previous owners of Victoria's Secret, breached their fiduciary duties by maintaining ties with alleged sex offender and pedophile Jeffrey Epstein and fostering a culture of discrimination and misogyny at the company. Following a Delaware General Corporate Law Section 220 books and records demand and an extensive, proprietary investigation, L Brands and the now-standalone company, Victoria's Secret, agreed to stop enforcing non-disclosure agreements that prohibit the discussion of a sexual harassment claim's underlying facts; stop using forced arbitration agreements; implement sweeping reforms to their codes of conduct, policies and procedures related to sexual misconduct and retaliation; and to invest $45 million each, for a total of $90 million, in diversity, equity and inclusion initiatives and DEI Advisory Councils. On May 16, 2022, the court granted final approval of the settlement.

- *In re Interest Rate Swaps Antitrust Litigation* (S.D.N.Y.): Cohen Milstein serves as Co-Lead Counsel and represents the Public School Teachers' Pension and Retirement Fund of Chicago and other proposed buy-side investor class members in this ground breaking putative antitrust class action against numerous Wall Street investment banks. Plaintiffs allege that the defendants conspired to prevent class members from trading IRS on modern electronic trading platforms and from trading with each other, all to protect the banks' trading profits from inflated bid/ask spreads. On July 11, 2024, in two separate orders, the court granted preliminary approval of $71 million in total cash settlements against Credit Suisse, Bank of America, JP Morgan Chase, Deutsche Bank, and all remaining defendants.

- *Pinterest Derivative Litigation* (N.D. Cal.): Cohen Milstein represented the Employees Retirement System of Rhode Island and other Pinterest shareholders in a shareholder derivative lawsuit against certain Board members and executives. Shareholders alleged that Defendants personally engaged in and facilitated a systematic practice of illegal discrimination of employees on the basis of race and sex. On June 9, 2022,

# COHEN MILSTEIN

the Court granted final approval of a settlement including a $50 million funding commitment and holistic workplace and Board-level reforms.

- *Lewis Cosby et al. v. KPMG, LLP* (E.D. Tenn.):  As Co-Lead Counsel, Cohen Milstein settled for $35 million investors' claims that KPMG perpetuated a massive fraud by signing off on Miller Energy's $480 million valuation of Alaskan oil reserve assets that were largely worthless. The alleged fraud, plaintiffs claim, caused millions of dollars in investor damages and led to Miller Energy's bankruptcy. In July 2022, the Court granted final approval of the settlement.

- *GreenSky Securities Litigation* (S.D.N.Y.): Cohen Milstein, as Co-Lead Counsel, negotiated a $27.5 million settlement in a securities class action against fintech startup GreenSky, its directors and officers, as well as its underwriters, including Goldman Sachs, J.P. Morgan, Morgan Stanley, Citigroup Global Markets, Credit Suisse Securities. The case alleged that defendants made false and misleading statements in GreenSky's Initial Public Offering documents in violation of the Securities Act of 1933. On October 22, 2021, the court granted final approval of a $27.5 million settlement.

- *Tradex Global Master Fund SPC Ltd. et al. v. Lancelot Investment Management, LLC, et al.* (Crc. Crt., Cook Cnty., Ill.): In August 2018, the Court granted final approval of a $27.5 million settlement, concluding a nearly decade-old putative investor class action against McGladrey & Pullen LLP, an accounting firm, for its alleged fraud and negligence arising out of the Tom Petters' Ponzi scheme, one of the largest Ponzi schemes in U.S. history.

- *Pluralsight, Inc. Securities Litigation* (D. Utah): Cohen Milstein is sole Lead Counsel in this securities class action, alleging that Pluralsight, a provider of cloud-based and video training courses, and its senior officers misrepresented and omitted material information from investors concerning the company's sales force before a $37 million stock cash-out by Pluralsight insiders and in an over $450 million secondary public offering orchestrated by those insiders. On August 2, 2024, the court granted Lead Plaintiffs' unopposed motion for preliminary approval of a $20 million settlement.

- *City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Credit Suisse Group AG, et al.* (S.D.N.Y.): Cohen Milstein, as Co-Lead Counsel, represented plaintiffs in this class action against Credit Suisse Group AG, regarding its misrepresentations of its trading limits and risk controls and resulting in accumulation of billions of dollars in extremely risky, highly illiquid investments, including the

cohenmilstein.com

**COHEN**MILSTEIN

surreptitious accumulation of nearly $3 billion in distressed debt and U.S. collateralized loan obligations ("CLOs"). On December 16, 2020, the court granted final approval of a $15.5 million settlement.

- *Plumbers & Pipefitters National Pension Fund v. Davis* (S.D.N.Y.): Cohen Milstein was Lead Counsel in this high-profile, putative securities class action involving Performance Sports Group's failure to disclose that its purported financial success was not based on sustainable, "organic" growth as represented, but was driven by the company's manipulative and coercive sales practices, which included pulling orders forward to earlier quarters and pressuring customers to increase their orders without regard for market demand. The SEC and Canadian authorities subsequently initiated investigations, and PSG filed for bankruptcy. On November 22, 2022, the Court granted final approval of a $13 million settlement, which is in addition to the $1.15 million settlement plaintiff obtained in Performance Sports Group's 2016 bankruptcy proceedings through the prior approval of the U.S. Bankruptcy Court for the District of Delaware and the Ontario Superior Court in Canada.

## Other High-Profile Settlements

- *In re BP Securities Litigation* (S.D. Tex.): Cohen Milstein served as Co-Lead Counsel, representing the New York State Common Retirement Fund in this certified securities class action, stemming from the Deepwater Horizon oil spill. Plaintiffs allege that after the Deepwater Horizon explosion, BP and two of its senior executives misled investors about the severity of the oil spill in the Gulf of Mexico which impeded investors' ability to assess the financial implications of the spill on BP. The case settled for $175 million a few weeks before trial was set to begin. Final approval was granted in February 2017.

- *HEMT MBS Litigation* (S.D.N.Y.): In May 2016, the court granted final approval of a $110 million settlement in this mortgage-backed securities class action brought by investors against Credit Suisse AG and its affiliates. This settlement ends claims brought by the New Jersey Carpenters Health Fund and other investors who claimed that the offering documents for the mortgage-backed securities at issue violated the Securities Act as they contained false and misleading misstatements concerning compliance with underwriting standards.

- *RALI MBS Litigation* (S.D.N.Y.): Cohen Milstein was Lead counsel in a securities class action alleging RALI and its affiliates sold shoddy MBS securities that did not meet the standards of their underwriters. In July 2015, the court granted final approval to a

cohenmilstein.com

# COHENMILSTEIN

global settlement totaling $335 million, marking an end to a long and complicated class action that took seven years of intense litigation to resolve.

- *In re: Bear Stearns Mortgage Pass-Through Certificates Litigation* (S.D.N.Y.): In May 2015, the court granted final approval of this securities class action settlement with JPMorgan Chase & Co., which agreed to pay $500 million and up to an additional $5 million in litigation-related expenses to resolve claims arising from the sale of $27.2 billion of mortgage-backed securities issued by Bear Stearns & Co. during 2006 and 2007 in 22 separate public offerings.

- *Harborview MBS Litigation* (S.D.N.Y.): In February 2014, Cohen Milstein reached a settlement with the Royal Bank of Scotland (RBS) in the Harborview MBS Litigation, resolving claims that RBS duped investors into buying securities backed by shoddy home loans. The $275 million settlement is the fifth largest class action settlement in a federal MBS case. This case is one of eight significant MBS actions for which we had been named lead or co-lead counsel by courts and one of three that were nearly thrown out by the court, only to be revived in 2012.

- *Countrywide MBS Litigation* (C.D. Cal.): Cohen Milstein represented Iowa Public Employees' Retirement System (IPERS) and other plaintiffs in a securities class action against Countrywide Financial Corporation and others for misstatements and omissions involving the packaging and sale of mortgage-backed securities (MBS). On December 5, 2013, the court granted final approval to a landmark $500 million settlement – the nation's largest MBS-federal securities class action settlement at the time and the largest (top 20) class action securities settlements of all time.

- *In re Parmalat Securities Litigation* (S.D.N.Y.): Cohen Milstein, as co-lead counsel, successfully negotiated several settlements totaling approximately $90 million, including two settlements with Parmalat's outside auditors. Judge Lewis A. Kaplan remarked that plaintiffs' counsel "did a wonderful job here for the class and were in all respects totally professional and totally prepared. I wish I had counsel this good in front of me in every case." Parmalat's bankruptcy filing was the biggest corporate bankruptcy in Europe, and in December 2003, the U.S. Securities and Exchange Commission filed a suit charging Parmalat with "one of the largest and most brazen corporate financial frauds in history." During the litigation, the company subsequently emerged from bankruptcy, as a result we added "New Parmalat" as a defendant because of the egregious fraud committed by the now-bankrupt old Parmalat. New Parmalat strenuously objected and the ruled in the class plaintiffs' favor, a ruling which was affirmed on appeal. This innovative approach of adding New Parmalat

cohenmilstein.com

**COHEN**MILSTEIN

enabled the class to obtain an important additional source of compensation, as we subsequently settled with New Parmalat for shares worth approximately $26 million.

- *Rubin v. MF Global, Ltd.* (S.D.N.Y.): Acting as co-lead counsel in this class action, Cohen Milstein represented the Central States, Southeast and Southwest Areas Pension Fund as one of the co- lead plaintiffs in the case.  In September 2010, as a result of Plaintiffs' decision to appeal, the U.S. Second Circuit Court of Appeals vacated in part the lower court's dismissal of the case and remanded the case for further proceedings.  In overturning the district court decision, the Second Circuit issued a decision which differentiated between a forecast or a forward-looking statement accompanied by cautionary language -- which the Appellate Court said would be insulated from liability under the bespeaks caution doctrine -- from a factual statement, or non-forward-looking statement, for which liability may exist.  Importantly, the Second Circuit accepted Plaintiffs' position that where a statement is mixed, the court can sever the forward-looking aspect of the statement from the non-forward-looking aspect.  The court further stated that statements or omissions as to existing operations (and present intentions as to future operations) are not protected by the bespeaks caution doctrine. Mediation followed this decision and resulted in a settlement comprised of $90 million in cash.

- *Hughes v. Huron Consulting Group* (N.D. Ill.):  Cohen Milstein represented lead plaintiffs, Public School Teachers' Pension & Retirement Fund of Chicago and the Arkansas Public Employees Retirement System ("APERS") in this case against Huron Consulting Group, founded by former Arthur Anderson personnel following its collapse in the wake of the Enron scandal.   In August 2010, the court denied defendants' motions to dismiss in their entirety and upheld plaintiffs' allegations that defendants intentionally improperly accounted for acquisition- related payments, which allowed plaintiffs to move forward with discovery.  The case was settled for $40 million, comprised of $27 million in cash and 474,547 shares in Huron common stock, with an aggregate value at the time of final approval in 2011 of approximately $13 million.

- *In re Lucent Technologies Securities Litigation* (D.N.J.):  A settlement in this massive securities fraud class action was reached in late March 2003. The class portion of the settlement amounts to over $500 million in cash, stock and warrants and ranks as the second largest securities class action settlement ever completed.  We represented one of the co-lead plaintiffs in this action, a private mutual fund.

cohenmilstein.com

COHEN MILSTEIN



# Steven J. Toll

Partner

**WASHINGTON, DC**
**T** 202.408.4600
**stoll@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

District of Columbia | Virginia

**EDUCATION**

Georgetown University Law Center, J.D., 1975 | University of Pennsylvania, B.S., cum laude, 1972

## Overview

Steven J. Toll, co-chair of the Securities Litigation & Investor Protection practice, has built a distinguished career and reputation as a fierce advocate for the rights of shareholders and has guided the strategy and mediation efforts on the firm's largest and most important matters -- both securities fraud and other consumer cases. His skill and steadiness have earned the trust of mediators and the respect of defense counsel.

Steve also serves as a model inside the law firm. For nearly three decades, Cohen Milstein prospered under his leadership as managing partner and a member of the executive committee.

Steve has been lead or principal counsel on some of the most high-profile stock fraud lawsuits in the past 30 years, arguing important matters before the highest courts in the country. He was involved in settling some of the most important mortgage-backed securities (MBS) class-action lawsuits in the aftermath of the financial crisis, including: Countrywide Financial Corp., which settled for $500 million in 2013; Residential Accredited Loans Inc. (RALI), which settled for $335 million in 2014; Harborview MBS, which settled for $275 million, also in 2014; and Novastar MBS, which settled for $165 million in 2019.

Most recently, Steve was involved in the landmark $1 billion settlement with Wells Fargo, ending a three-year securities fraud class action lawsuit brought on behalf of investors nationwide. The settlement is the 17th largest securities class action settlement of all time.

cohenmilstein.com

COHENMILSTEIN

Among Steve's most important wins is the Harman class action suit, where he argued and won an important ruling from the U.S. Court of Appeals for the District of Columbia Circuit. The Circuit Court reinstated the suit against electronics maker Harman International Industries; the ruling is significant in that it places limits on the protection allowed by the safe harbor rule for forward-looking statements. A $28.25 million settlement was achieved in this action in 2017.

Steve was co-lead counsel in the BP Securities class action securities fraud lawsuit that arose from the devastating Deepwater oil spill in the Gulf of Mexico. The Fifth Circuit Court of Appeals affirmed the certification of the class of investors alleged to have been injured by BP's misrepresentation of the amount of oil spilling into the Gulf of Mexico, and thus minimizing the extent of the cost and financial impact to BP of the clean-up and resulting damages. In 2017, the court granted final approval to a $175 million settlement reached between BP and lead plaintiffs for the "post-explosion" class.

Steve was co-lead counsel in the consumer class action suit against Lumber Liquidators, a lawsuit that alleged the nationwide retailer sold Chinese-made laminate flooring containing hazardous levels of the carcinogen formaldehyde while falsely labeling their products as meeting or exceeding California emissions standards, a story that was profiled twice on 60 Minutes in 2015. In 2018, the court granted final approval of a settlement of $36 million between Lumber Liquidators and plaintiffs.

## Current Cases

### In Re Nike, Inc. Securities Litigation

In Re Nike, Inc. Securities Litigation (D. Or.): Cohen Milstein represents investors in a securities class action against Nike and certain directors and officers for making misstatements and omissions about the success of a key corporate strategy called "Consumer Direct Acceleration," which had the purpose and effect of propelling long-term sustainable financial growth for the benefit of Nike and its shareholders. However, when Nike's alleged fraud was finally revealed Nike's stock collapsed nearly 20%—the largest stock price drop in Nike's history, wiping out billions of dollars in shareholder value.

### In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation

In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation (N.D. Ill.): Cohen Milstein is Co-Lead Counsel in this shareholder derivative lawsuit against Abbott's board of directors for breaching their fiduciary duties related to the company's manufacture and sale of infant formula products, prompting a major recall and nationwide infant formula shortage and allegedly causing billions of dollars of damage to Abbott. Plaintiffs also allege claims of insider trading, corporate waste, and unjust enrichment, as well as violations of the federal securities laws.

cohenmilstein.com

COHENMILSTEIN

## Bayer Securities Litigation

Bayer Securities Litigation (N.D. Cal.): Cohen Milstein is Lead Counsel in this certified securities class action, in which Plaintiffs allege that in connection with its $63 billion acquisition of Monsanto, Bayer misrepresented the rigor of its due diligence and the nature of the legal risk presented by Monsanto's flagship product, the herbicide Roundup. Bayer investors incurred significant losses after bellwether jury trials in toxic tort cases repeatedly found in favor of the plaintiffs against Monsanto, including finding that Roundup was a "substantial factor" in causing the plaintiffs' non-Hodgkin's lymphoma, and leading to jury awards totaling hundreds of millions of dollars.

## IBEW Local 98 Pension Fund v. Deloitte

IBEW Local 98 Pension Fund v. Deloitte (D.S.C.): Cohen Milstein is sole Lead Counsel in this putative securities class action against Deloitte for allegedly breaching its external auditor duties related to SCANA's multi-billion-dollar nuclear energy expansion project in South Carolina - the largest fraud in South Carolina history.

## In re EQT Corporation Securities Litigation

In re EQT Corporation Securities Litigation (W.D. Pa.): Cohen Milstein is Co-Lead Counsel in this securities class action, in which Plaintiffs allege that EQT misrepresented the "substantial synergies" that were expected to arise from a planned merger with rival natural gas producer Rice Energy due to "the contiguous and complementary nature of Rice's asset base with EQT's."

## In re Interest Rate Swaps Antitrust Litigation

In re Interest Rate Swaps Antitrust Litigation (S.D.N.Y.): Cohen Milstein serves as Co-Lead Counsel and represents the Public School Teachers' Pension and Retirement Fund of Chicago and other proposed buy-side investor class members in this ground breaking putative antitrust class action against numerous Wall Street investment banks. Plaintiffs allege that the defendants conspired to prevent class members from trading IRS on modern electronic trading platforms and from trading with each other, all to protect the banks' trading profits from inflated bid/ask spreads. On July 11, 2024, in two separate orders, the court granted preliminary approval of $71 million in total cash settlements against Credit Suisse, Bank of America, JP Morgan Chase, Deutsche Bank, and all remaining defendants.

## In re Bed Bath & Beyond Corporation Securities Litigation

In re Bed Bath & Beyond Corporation Securities Litigation (D.D.C.): Cohen Milstein is Liaison Counsel in this securities class action against Ryan Cohen, RC Ventures LLC, and Bed Bath & Beyond, alleging that Cohen, an influential activist investor and purported leader of the "meme stock" movement, manipulated the market for Bed Bath & Beyond's securities by orchestrating a massive "pump and dump" scheme, based on insider information.

cohenmilstein.com

COHEN MILSTEIN

### In re Bristol-Meyers Squibb CVR Securities Litigation

In re Bristol-Myers Squibb Company CVR Securities Litigation (S.D.N.Y.): Cohen Milstein is sole Lead Counsel in this securities class action arising from Bristol Myers' alleged subversion of the FDA approval process for the cancer therapy Liso-cel for the purpose of avoiding a $6.4 billion payment to holders of contingent value rights (CVRs).

### In re Silvergate Capital Corporation Securities Litigation

In re Silvergate Capital Corporation Securities Litigation (S.D. Cal.): Cohen Milstein, as Co-Lead Counsel, represents shareholders in this securities class action, alleging that Silvergate, a holding company for Silvergate Bank, a federally regulated depository and lender for major cryptocurrency platforms, including Coinbase, Genesis, and FTX, made materially false and misleading statements about the bank's compliance framework, as well as its anti-money laundering and customer identification programs. Plaintiffs also assert claims against the underwriters and Silvergate's directors and executives in connection with the sale of $1.3 billion of securities.

## Past Cases

### In re Wells Fargo & Company Securities Litigation

In re Wells Fargo & Company Securities Litigation (S.D.N.Y.): Cohen Milstein, as Co-Lead Counsel, represented Public Employees' Retirement System of Mississippi and the Employees Retirement System of Rhode Island in this securities fraud class action. Plaintiffs alleged that Wells Fargo and certain former executives misrepresented its compliance with a series of 2018 consent orders with the CFPB, OCC, and the Federal Reserve arising from the Bank's widespread consumer fraud banking scandal. On September 8, 2023, the Court granted final approval of a historic $1 billion settlement, which is the largest securities class action settlement in 2023, the sixth largest in the last decade, the ninth largest ever in the Second Circuit, and the 17th largest ever. It is also the largest settlement ever without a restatement or related actions by the Securities Exchange Commission or U.S. Department of Justice.

### Boeing Derivative Shareholder Litigation

Boeing Derivative Shareholder Litigation (N.D. Ill.): Cohen Milstein served as sole lead counsel in a federal derivative case brought by the Seafarers Pension Plan against The Boeing Company's directors and officers arising out of the 737 MAX crashes and alleging federal proxy statement violations in connection with director elections. After the case was dismissed on forum non conveniens grounds, Plaintiffs successfully argued before the U.S. Court of Appeals for the Seventh Circuit, obtaining a 2-to-1, precedent-setting decision reversing the district court's dismissal of the case based on enforcement of Boeing's forum selection bylaw. The derivative action ultimately settled on December 14, 2022, along with a companion class action January 13, 2023, which was filed by the Seafarers in Delaware Chancery Court after the district court's dismissal and challenging the bylaw under

cohenmilstein.com

COHENMILSTEIN

Delaware law, for corporate governance reforms valued in excess of $100 million and a $6.25 million payment by the Directors' insurers to the Company.

## FirstEnergy Shareholder Derivative Litigation

FirstEnergy Shareholder Derivative Litigation (S.D. Ohio; N.D. Ohio): Cohen Milstein represented the Massachusetts Laborers Pension Fund in two shareholder derivative actions against certain officers and directors and nominal defendant FirstEnergy related to the Company's involvement in Ohio's largest public bribery schemes. On August 23, 2022, the Court granted final approval of a $180 million global settlement. Law360 ranked this case as one of the top 10 securities litigation settlements in 2022.

## In re GreenSky Securities Litigation

In re GreenSky Securities Litigation (S.D.N.Y.): Cohen Milstein was Co-Lead Counsel in this securities class action involving fintech company GreenSky's failure to disclose in its Initial Public Offering documents significant facts about the Company's decision to pivot away from its most profitable line of business. This failure led to its stock plummeting and causing significant investor harm. In October 2021, the Court granted final approval of a $27.5 million settlement.

## Lewis Cosby, et al. v. KPMG, LLP

Lewis Cosby et al. v. KPMG, LLP (E.D. Tenn.): As Co-Lead Counsel, Cohen Milstein settled for $35 million investors' claims that KPMG perpetuated a massive fraud by signing off on Miller Energy's $480 million valuation of Alaskan oil reserve assets that were largely worthless. The alleged fraud, plaintiffs claim, caused millions of dollars in investor damages and led to Miller Energy's bankruptcy. In July 2022, the Court granted final approval of the settlement.

## BP Securities Litigation

BP Securities Litigation (S.D. Tex.): Cohen Milstein served as Co-Lead Counsel, representing the New York State Common Retirement Fund in this certified securities class action, stemming from the Deepwater Horizon oil spill. Plaintiffs allege that after the Deepwater Horizon explosion, BP and two of its senior executives misled investors about the severity of the oil spill in the Gulf of Mexico which impeded investors' ability to assess the financial implications of the spill on BP. The case settled for $175 million a few weeks before trial was set to begin. Final approval was granted in February 2017.

## Pluralsight, Inc. Securities Litigation

Pluralsight, Inc. Securities Litigation (D. Utah): Cohen Milstein is sole Lead Counsel in this securities class action, alleging that Pluralsight, a provider of cloud-based and video training courses, and its senior officers misrepresented and omitted material information from investors concerning the company's sales force before a $37 million stock cash-out by Pluralsight insiders and in an over $450 million

cohenmilstein.com

COHENMILSTEIN

secondary public offering orchestrated by those insiders. On February 4, 2025, the court granted final approval of a $20 million settlement.

### In re Harman International Industries, Inc. Securities Litigation

In re Harman International Industries, Inc. Securities Litigation (D.D.C.): Cohen Milstein obtained a precedent-setting ruling by the U.S. Court of Appeals for the D.C. Circuit, reversing the dismissal of the case by the lower court, protecting investors by limiting the scope of protection afforded by the so-called "safe-harbor" for forward-looking statements in the Private Securities Litigation Reform Act of 1995.

### Countrywide Mortgage Backed Securities (MBS) Litigation

Countrywide Mortgage Backed Securities (MBS) Litigation (C.D. Cal.): Cohen Milstein represented Iowa Public Employees' Retirement System (IPERS) and other plaintiffs in a securities class action against Countrywide Financial Corporation and others for misstatements and omissions involving the packaging and sale of mortgage-backed securities (MBS). On December 5, 2013, the court granted final approval to a landmark $500 million settlement – the nation's largest MBS-federal securities class action settlement at the time and the largest (top 20) class action securities settlements of all time.

### Bear Stearns Mortgage Pass-Through Certificates Litigation

Bear Stearns MBS Litigation (S.D.N.Y.): Cohen Milstein as co-lead counsel represented the New Jersey Carpenters Health Fund in a $505 million landmark settlement (including a $5 million expense fund) of a securities class action suit alleging that Bear Stearns violated securities laws in the sale of mortgage-backed securities to investors. This is the largest recovery ever obtained in a securities class action on behalf of investors in mortgage-backed securities.

### In re Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation

In re Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation (E.D. Va.): Cohen Milstein is co-lead counsel in a consumer class action lawsuit, alleging the nationwide retailer sold Chinese-made laminate flooring containing hazardous levels of the carcinogen formaldehyde while falsely labeling their products as meeting or exceeding California emissions standards, a story that was profiled twice on 60 Minutes in 2015. On October 9, 2018, the Court granted final approval of a $36 million settlement. Mr. McNamara was involved in all aspects of the litigation, including discovery, writing and arguing pleadings, and settlement.

cohenmilstein.com

COHENMILSTEIN

## Harborview MBS Litigation

New Jersey Carpenters Health Fund, et al., v. The Royal Bank of Scotland Group, PLC (S.D.N.Y.): Litigation gave rise to a $275 million settlement with Royal Bank of Scotland. Cohen Milstein was lead counsel in a complex case, in which presiding Judge Loretta A. Preska, of the U.S. District Court, Southern District of New York, commented on the "job well done" by the Cohen Milstein team.

## Plumbers & Pipefitters National Pension Fund v. Davis

Plumbers & Pipefitters National Pension Fund v. Davis (S.D.N.Y.): Cohen Milstein was sole Lead Counsel in this high-profile securities class action involving Performance Sports Group's failure to disclose that its purported financial success was not based on sustainable, "organic" growth as represented, but was driven by the company's manipulative and coercive sales practices, which included pulling orders forward to earlier quarters and pressuring customers to increase their orders without regard for market demand. The SEC and Canadian authorities subsequently initiated investigations, and PSG filed for bankruptcy. On November 22, 2022, the Court granted final approval of a $13 million settlement, which is in addition to the $1.15 million settlement plaintiff obtained in Performance Sports Group's 2016 bankruptcy proceedings through the prior approval of the U.S. Bankruptcy Court for the District of Delaware and the Ontario Superior Court in Canada.

## In re China Mediaexpress Holding, Inc. Shareholder Litigation

In re China Mediaexpress Holding, Inc. Shareholder Litigation (S.D.N.Y.): Cohen Milstein was Co-Lead Counsel in this certified securities fraud class action and represented investors against U.S. listed China Mediaexpress, one of China's largest TV advertising networks in an alleged "pump and dump" scheme. Investors further alleged that Deloitte Touche Tohmatsu, its independent auditor, misled investors about its client's financial health. In January 2014, the Court ordered a default judgment and $535 million settlement against CME and in May 2015 a $12 million settlement against DTT. The Court issued a final judgment in September 2015.

## RALI MBS Litigation

RALI MBS Litigation (S.D.N.Y.): Cohen Milstein was Lead counsel in a securities class action alleging RALI and its affiliates sold shoddy MBS securities that did not meet the standards of their underwriters. In July 2015, the court granted final approval to a global settlement totaling $335 million, marking an end to a long and complicated class action that took seven years of intense litigation to resolve.

## Commonwealth of Pennsylvania v. International Business Machines Corp.

Commonwealth of Pennsylvania v. International Business Machines Corp. (Crt. Common Pleas, Dauphin Cnty., Penn.): Cohen Milstein represented the Commonwealth of Pennsylvania, Department of Labor and Industry in a breach of contract dispute against IBM related to the modernization of an unemployment compensation delivery system for the Commonwealth. On August 24, 2021, the parties

cohenmilstein.com

COHENMILSTEIN

announced, after extensive discovery and the exchange of expert reports, that they had reached a confidential settlement.

### In re Woodbridge Investments Litigation

In re Woodbridge Investments Litigation (C.D. Cal.): Cohen Milstein is a part of the executive leadership team in a consolidated securities class action against Comerica Bank for violating California statutory law and breaching its fiduciary duties by aiding and abetting an elaborate multi-billion-dollar Ponzi-scheme fraud committed by Robert H. Shapiro and the Woodbridge Group of Companies, a real estate investment company that transacted the scheme through Comerica bank accounts. On September 3, 2021, the Court granted preliminary approval of a $54.2 million settlement between Woodbridge investors and Comerica Bank.

cohenmilstein.com



# Julie G. Reiser

Partner

**WASHINGTON, DC**
**T** 202.408.4600
jreiser@cohenmilstein.com

**PRACTICE AREAS**

Securities Litigation & Investor Protection | Employee Benefits / ERISA

**ADMISSIONS**

District of Columbia | Washington

**EDUCATION**

University of Virginia School of Law, J.D., 1997 | Vassar College, B.A., With Honors, 1992

## Overview

Julie Goldsmith Reiser, co-chair of Cohen Milstein's Securities Litigation & Investor Protection practice, is a highly accomplished securities class action attorney. Clients, co-counsel, and opposing counsel recognize her tenacious advocacy, shrewd understanding of complex financial and economic issues, meticulous preparation, and dynamic leadership.

Julie has led or played an instrumental role in the prosecution of more than 100 matters during her more than 20 years of practice, recovering billions of dollars for investors. She was recognized by *The American Lawyer* as "Litigator of the Week" for her role in negotiating an historic $310 million settlement in *In re Alphabet Shareholder Derivative Litigation,* a shareholder derivative action which established a framework for board accountability following allegations of systemic sexual harassment, discrimination, and retaliation claims. Including *Alphabet*, Julie has helped shareholders achieve a total of $550 million in corporate commitments and workplace policy changes at Wynn Resorts, Pinterest, and L Brands through novel shareholder derivative litigation she helped pioneer.

In addition, Julie has led litigation teams in several of the country's most complex securities class actions and landmark settlements, including a $500 million settlement related to Countrywide's issuance of mortgage-backed securities and the Fifth Circuit affirmation of an investor class in the BP securities fraud litigation stemming from the 2010 Deepwater Horizon oil spill, which settled for $175 million. She was also a member of the Cohen Milstein team that secured an historic, all-cash $1

cohenmilstein.com

COHEN MILSTEIN

billion settlement against Wells Fargo in 2023, now the 17th largest securities class action settlement of all time and the 6th largest in the last decade.

Julie's accomplishments have not gone unnoticed. *Law360* recognized Julie as a Titan of the Plaintiffs Bar, not long after citing her as one of the 25 Most Influential Women in Securities Law. *Benchmark Litigation* named her one of the Top 250 Women in Litigation, *Corporate Counsel* recognized her with a Women, Influence & Power in Law Award in the Innovative Leadership category, *The National Law Journal* placed her among the Elite Women of the Plaintiffs Bar and, *Lawdragon* has repeatedly named her one of the leading 500 lawyers in America.

## Current Cases

### In re Fox Corporation Derivative Litigation

In re Fox Corporation Derivative Litigation (Del. Ch.): Cohen Milstein is leading a shareholder derivative lawsuit representing New York City's five pension funds and the State of Oregon, by and through the Oregon State Treasurer and the Oregon Department of Justice, on behalf of the Oregon Investment Council and the Oregon Public Employee Retirement Fund, against various directors and officers of Fox Corporation, the corporate parent of Fox News Network, LLC. Plaintiffs allege that Fox News' leadership breached its fiduciary duties by adopting a business model that promoted or endorsed defamation by failing to establish systems or practices to minimize defamation risk despite the known risk of liability, including broadcasting false claims about election technology companies Dominion Voting Systems and Smartmatic USA.

### Stock Loan Antitrust Litigation

Iowa Public Employees Retirement System, et al. v. Bank of America Corp., et al. (S.D.N.Y.): Cohen Milstein is co-counsel in this groundbreaking putative class action, in which investors accuse Wall Street banks of engaging in a group boycott and conspiring to thwart the modernization of and preserve their dominance over the $1.7 trillion stock loan market. On September 4, 2024, the court granted final approval of a historic $580 million cash settlement and significant injunctive relief against defendants Morgan Stanley, Goldman Sachs, UBS, JP Morgan, Credit Suisse, and EquiLend. Litigation against Bank of America continues.

### Texas and Indiana Pension Funds v. InnovAge Holding Corp. et al.

Texas and Indiana Pension Funds v. InnovAge Holding Corp. et al. (D. Colo.): Cohen Milstein is Class Counsel in this certified securities class action that alleges InnovAge "substantially failed" to "provide to its participants medically necessary items and services" as required by government regulation. As a result, CMS and the State of Colorado suspended enrollment at InnovAge's Colorado facilities. InnovAge's stock price declined 78% just nine months after its IPO, giving InnovAge the distinction of being one of 2021's five worst performing stocks.

cohenmilstein.com

COHENMILSTEIN

### Matterport Shareholder Derivative Litigation

Matterport Shareholder Derivative Litigation (Del. Ch.): On February 6, 2024, Cohen Milstein and co-counsel filed a verified stockholders' derivative complaint nominally, on behalf of Matterport Inc., against the Company's directors, officers, their affiliated entities, and others, who were unjustly enriched by the Board of Directors' approval of a self-interested transaction.

### Nikola Corp. Derivative Litigation

Nikola Corporation Derivative Litigation (Del. Ch.): Cohen Milstein is co-lead counsel in a shareholder derivative action against Trevor Milton, the founder and former CEO and Executive Chairman of Nikola Corporation, a zero-emissions vehicle startup company, and certain other current and former directors and officers of Nikola. The action alleges that Milton engaged in an ongoing criminal fraud involving the dissemination of materially false and misleading statements about Nikola's business, technology and expected financial performance. The action further alleges that Nikola and VectoIQ entered into a de-SPAC transaction harmful to stockholders.

### Seavitt, et al. v. N-Able

Seavitt, et al. v. N-Able, Inc. (Del. Ch.): Cohen Milstein represents a shareholder of N-able's common stock in a groundbreaking legal issue challenging the validity of nine provisions in a governance agreement N-able entered into with its lead investors at the time of its IPO. Plaintiff claims the provisions violate Delaware General Corporations Law because they unduly favor certain shareholder control over the company. On July 25, 2024, the court agreed that many of the provisions are statutorily invalid. This is only the second time the court has addressed the validity of such provisions.

## Past Cases

### In re Alphabet Shareholder Derivative Litigation

In re Alphabet Shareholder Derivative Litigation (Cal. Sup. Crt., Santa Clara Cnty.): Cohen Milstein, as co-lead counsel, represented Northern California Pipe Trades Pension Plan and Teamsters Local 272 Labor Management Pension Fund in a shareholder derivative lawsuit against Alphabet, Inc.'s Board of Directors. Shareholders alleged that the Board allowed powerful executives to sexually harass and discriminate against women without consequence. In November 2020, the Court granted final approval of a historic settlement, including a $310 million commitment to fund diversity, equity, and inclusion initiatives and robust reforms including limiting non-disclosure agreements and ending mandatory arbitration in sexual harassment, gender discrimination, and retaliation-related disputes.

### In re Wells Fargo & Company Securities Litigation

In re Wells Fargo & Company Securities Litigation (S.D.N.Y.): Cohen Milstein, as Co-Lead Counsel, represented Public Employees' Retirement System of Mississippi and the Employees Retirement

cohenmilstein.com

COHENMILSTEIN

System of Rhode Island in this securities fraud class action. Plaintiffs alleged that Wells Fargo and certain former executives misrepresented its compliance with a series of 2018 consent orders with the CFPB, OCC, and the Federal Reserve arising from the Bank's widespread consumer fraud banking scandal. On September 8, 2023, the Court granted final approval of a historic $1 billion settlement, which is the largest securities class action settlement in 2023, the sixth largest in the last decade, the ninth largest ever in the Second Circuit, and the 17th largest ever. It is also the largest settlement ever without a restatement or related actions by the Securities Exchange Commission or U.S. Department of Justice.

## L Brands, Inc. Derivative Litigation

L Brands, Inc. Derivative Litigation (S.D. Ohio): In partnership with the State of Oregon, the Oregon Public Employees Retirement Fund, and other shareholders, Cohen Milstein helped resolve allegations that officers and directors of L Brands, Inc., previous owners of Victoria's Secret, breached their fiduciary duties by maintaining ties with alleged sex offender and pedophile Jeffrey Epstein and fostering a culture of discrimination and misogyny at the company. Following a Delaware General Corporate Law Section 220 books and records demand and an extensive, proprietary investigation, L Brands and the now-standalone company, Victoria's Secret, agreed to stop enforcing non-disclosure agreements that prohibit the discussion of a sexual harassment claim's underlying facts; stop using forced arbitration agreements; implement sweeping reforms to their codes of conduct, policies and procedures related to sexual misconduct and retaliation; and to invest $45 million each, for a total of $90 million, in diversity, equity and inclusion initiatives and DEI Advisory Councils. On May 16, 2022, the court granted final approval of the settlement.

## In re Pinterest Derivative Litigation

In re Pinterest Derivative Litigation (N.D. Cal.): Cohen Milstein represented the Employees Retirement System of Rhode Island and other Pinterest shareholders in a shareholder derivative lawsuit against certain Board members and executives. Shareholders alleged that Defendants personally engaged in and facilitated a systematic practice of illegal discrimination of employees on the basis of race and sex. On June 9, 2022, the Court granted final approval of a settlement including a $50 million funding commitment and holistic workplace and Board-level reforms.

## Wynn Resorts, Ltd. Derivative Litigation

Wynn Resorts, Ltd. Derivative Litigation (Eighth Jud. Dist. Crt., Clark Cnty., Nev.): Cohen Milstein represented the New York State Common Retirement Fund and the New York City Pension Funds as Lead Counsel in a derivative shareholder lawsuit against certain officers and directors of Wynn Resorts, Ltd., arising out of their failure to hold Mr. Wynn, the former CEO and Chairman of the Board, accountable for his longstanding pattern of sexual abuse and harassment of company employees. In March 2020, the Court granted final approval of a $90 million settlement in the form of cash payments

**COHEN**MILSTEIN

and landmark corporate governance reforms, placing it among the largest, most comprehensive derivative settlements in history.

## Bear Stearns Mortgage Pass-Through Certificates Litigation

Bear Stearns MBS Litigation (S.D.N.Y.): Cohen Milstein as co-lead counsel represented the New Jersey Carpenters Health Fund in a $505 million landmark settlement (including a $5 million expense fund) of a securities class action suit alleging that Bear Stearns violated securities laws in the sale of mortgage-backed securities to investors. This is the largest recovery ever obtained in a securities class action on behalf of investors in mortgage-backed securities.

## ERISA Industry Committee v. Tobias Read

ERISA Industry Committee v. Tobias Read (D. Or.) Cohen Milstein represented the ERISA Industry Committee (ERIC) in a lawsuit against the Oregon Retirement Savings Board (ORSB). The lawsuit, filed in 2017, and dismissed by ERIC claimed that the process for exempting large employers from OregonSaves violated the Employee Retirement Income Security Act of 1974 (ERISA).

## In re American Realty Capital Properties Inc. Litigation

In re American Realty Capital Properties Inc. Litigation (S.D.N.Y.): On January 21, 2020, the court granted final approval to a $1.025 billion settlement against American Realty Capital Properties (ACRP) in this high-profile securities class action, in which plaintiffs alleged that ARCP, a real estate investment trust now known as VEREIT, Inc., misrepresented its financials, including manipulating its adjusted funds from operations, a key measure of performance.  Beyond the class action, criminal charges led to a guilty plea from ARCP's former chief accounting officer and a June 2017 conviction of its former chief financial officer. Cohen Milstein represented the New York City Employees Retirement Systems, as court-appointed class representative.

## In re Harman International Industries, Inc. Securities Litigation

In re Harman International Industries, Inc. Securities Litigation (D.D.C.): Cohen Milstein obtained a precedent-setting ruling by the U.S. Court of Appeals for the D.C. Circuit, reversing the dismissal of the case by the lower court, protecting investors by limiting the scope of protection afforded by the so-called "safe-harbor" for forward-looking statements in the Private Securities Litigation Reform Act of 1995.

## In re Valeant Pharmaceuticals International, Inc. Third-Party Payor Litigation

In re Valeant Pharmaceuticals International, Inc. Third-Party Payor Litigation (D.N.J.): On February 22, 2022, the court granted final approval of a $23 million settlement against Valeant Pharmaceuticals International Inc., as well as a $125,000 settlement against specialty pharmacy Philidor RX Services LLC

cohenmilstein.com

COHEN MILSTEIN

and certain officers and directors for their roles in an alleged RICO Act scheme to shield the company's drugs from competition, fraudulently inflate the prices of its products, and artificially boost sales at the expense of third-party payors.

## Harborview MBS Litigation

New Jersey Carpenters Health Fund, et al., v. The Royal Bank of Scotland Group, PLC (S.D.N.Y.): Litigation gave rise to a $275 million settlement with Royal Bank of Scotland. Cohen Milstein was lead counsel in a complex case, in which presiding Judge Loretta A. Preska, of the U.S. District Court, Southern District of New York, commented on the "job well done" by the Cohen Milstein team.

## Novastar MBS Litigation

NovaStar MBS Litigation: Cohen Milstein is lead counsel in litigation alleging that RBS, Wells Fargo (formerly Wachovia) and Deutsche Bank sold toxic mortgage-backed securities to investors. The litigation is one of the last outstanding class action MBS lawsuits. The Second Circuit Court of Appeals reversed an earlier dismissal of the lawsuit, paving the way for prosecution of the case. In March 2019, the Court granted final approval of a $165 million all-cash settlement.

## RALI MBS Litigation

RALI MBS Litigation (S.D.N.Y.): Cohen Milstein was Lead counsel in a securities class action alleging RALI and its affiliates sold shoddy MBS securities that did not meet the standards of their underwriters. In July 2015, the court granted final approval to a global settlement totaling $335 million, marking an end to a long and complicated class action that took seven years of intense litigation to resolve.

## BP Securities Litigation

BP Securities Litigation (S.D. Tex.): Cohen Milstein served as Co-Lead Counsel, representing the New York State Common Retirement Fund in this certified securities class action, stemming from the Deepwater Horizon oil spill. Plaintiffs allege that after the Deepwater Horizon explosion, BP and two of its senior executives misled investors about the severity of the oil spill in the Gulf of Mexico which impeded investors' ability to assess the financial implications of the spill on BP. The case settled for $175 million a few weeks before trial was set to begin. Final approval was granted in February 2017.

## Countrywide Mortgage Backed Securities (MBS) Litigation

Countrywide Mortgage Backed Securities (MBS) Litigation (C.D. Cal.): Cohen Milstein represented Iowa Public Employees' Retirement System (IPERS) and other plaintiffs in a securities class action against Countrywide Financial Corporation and others for misstatements and omissions involving the packaging and sale of mortgage-backed securities (MBS). On December 5, 2013, the court granted

cohenmilstein.com

**COHEN**MILSTEIN

final approval to a landmark $500 million settlement – the nation's largest MBS–federal securities class action settlement at the time and the largest (top 20) class action securities settlements of all time.

cohenmilstein.com



# Molly J. Bowen

Partner

**WASHINGTON, DC**
**T** 202.408.4600
**mbowen@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

District of Columbia | Florida | Ohio

**EDUCATION**

Washington University in St. Louis School of Law, J.D., summa cum laude, 2013 | Macalester College, B.A., magna cum laude, 2007

## Overview

Molly J. Bowen, a partner in the Securities Litigation & Investor Protection practice, represents public pension funds and other institutional investors in securities class actions and shareholder derivative lawsuits.

Molly is recognized in the legal industry for her clear judgment and unique blend of appellate and trial experience, making her an exceptional litigator. She has played a leading role in some of the firm's most high-profile lawsuits, including *In re Wells Fargo & Co. Securities Litigation*, which resulted in a $1 billion settlement, the largest recovery ever in a securities class action not involving a restatement, an SEC, or DOJ criminal charges; *FirstEnergy Shareholder Derivative Litigation*, achieving the largest recovery in a shareholder derivative suit in the Sixth Circuit as well as unprecedented corporate governance reform; *In re Alphabet Shareholder Derivative Litigation* and *In re Pinterest Derivative Litigation*, both of which resulted in groundbreaking settlements to hold corporate boards of directors accountable for systemic workplace discrimination, harassment, and toxic work cultures.

Molly also maintains an active pro bono practice, including representing low-income individuals in DC family court and small claims court. She also was a key member of the *Englund v. World Pawn* litigation team that obtained precedent-setting rulings on the legal liability of firearms dealers

cohenmilstein.com

COHENMILSTEIN

involved in online straw sales. The extraordinary results achieved in this case resulted in the team's selection as a finalist in the 2019 Public Justice Trial Lawyer of the Year Award.

Molly regularly publishes on developments in securities law and was named a winner of a Burton Award in 2019 for "INSIGHT: Holding Firearms Dealers Accountable for Online Straw Sales," *Bloomberg Law*.

Prior to joining Cohen Milstein, Molly was an associate at a prominent defense firm in Miami, Florida, and clerked for Hon. Karen Nelson Moore of the United States Court of Appeals for the Sixth Circuit. Molly graduated first in her class from Washington University in St. Louis School of Law and served as the articles editor for the *Washington University Law Review*.

## Current Cases

### In re Fox Corporation Derivative Litigation

In re Fox Corporation Derivative Litigation (Del. Ch.): Cohen Milstein is leading a shareholder derivative lawsuit representing New York City's five pension funds and the State of Oregon, by and through the Oregon State Treasurer and the Oregon Department of Justice, on behalf of the Oregon Investment Council and the Oregon Public Employee Retirement Fund, against various directors and officers of Fox Corporation, the corporate parent of Fox News Network, LLC. Plaintiffs allege that Fox News' leadership breached its fiduciary duties by adopting a business model that promoted or endorsed defamation by failing to establish systems or practices to minimize defamation risk despite the known risk of liability, including broadcasting false claims about election technology companies Dominion Voting Systems and Smartmatic USA.

### In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation

In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation (N.D. Ill.): Cohen Milstein is Co-Lead Counsel in this shareholder derivative lawsuit against Abbott's board of directors for breaching their fiduciary duties related to the company's manufacture and sale of infant formula products, prompting a major recall and nationwide infant formula shortage and allegedly causing billions of dollars of damage to Abbott. Plaintiffs also allege claims of insider trading, corporate waste, and unjust enrichment, as well as violations of the federal securities laws.

### Texas and Indiana Pension Funds v. InnovAge Holding Corp. et al.

Texas and Indiana Pension Funds v. InnovAge Holding Corp. et al. (D. Colo.): Cohen Milstein is Class Counsel in this certified securities class action that alleges InnovAge "substantially failed" to "provide to its participants medically necessary items and services" as required by government regulation. As a result, CMS and the State of Colorado suspended enrollment at InnovAge's Colorado facilities. InnovAge's stock price declined 78% just nine months after its IPO, giving InnovAge the distinction of being one of 2021's five worst performing stocks.

cohenmilstein.com

COHENMILSTEIN

**In Re Nike, Inc. Securities Litigation**

In Re Nike, Inc. Securities Litigation (D. Or.): Cohen Milstein represents investors in a securities class action against Nike and certain directors and officers for making misstatements and omissions about the success of a key corporate strategy called "Consumer Direct Acceleration," which had the purpose and effect of propelling long-term sustainable financial growth for the benefit of Nike and its shareholders. However, when Nike's alleged fraud was finally revealed Nike's stock collapsed nearly 20%—the largest stock price drop in Nike's history, wiping out billions of dollars in shareholder value.

## Past Cases

**In re Wells Fargo & Company Securities Litigation**

In re Wells Fargo & Company Securities Litigation (S.D.N.Y.): Cohen Milstein, as Co-Lead Counsel, represented Public Employees' Retirement System of Mississippi and the Employees Retirement System of Rhode Island in this securities fraud class action. Plaintiffs alleged that Wells Fargo and certain former executives misrepresented its compliance with a series of 2018 consent orders with the CFPB, OCC, and the Federal Reserve arising from the Bank's widespread consumer fraud banking scandal. On September 8, 2023, the Court granted final approval of a historic $1 billion settlement, which is the largest securities class action settlement in 2023, the sixth largest in the last decade, the ninth largest ever in the Second Circuit, and the 17th largest ever. It is also the largest settlement ever without a restatement or related actions by the Securities Exchange Commission or U.S. Department of Justice.

**FirstEnergy Shareholder Derivative Litigation**

FirstEnergy Shareholder Derivative Litigation (S.D. Ohio; N.D. Ohio): Cohen Milstein represented the Massachusetts Laborers Pension Fund in two shareholder derivative actions against certain officers and directors and nominal defendant FirstEnergy related to the Company's involvement in Ohio's largest public bribery schemes. On August 23, 2022, the Court granted final approval of a $180 million global settlement. Law360 ranked this case as one of the top 10 securities litigation settlements in 2022.

**In re Alphabet Shareholder Derivative Litigation**

In re Alphabet Shareholder Derivative Litigation (Cal. Sup. Crt., Santa Clara Cnty.): Cohen Milstein, as co-lead counsel, represented Northern California Pipe Trades Pension Plan and Teamsters Local 272 Labor Management Pension Fund in a shareholder derivative lawsuit against Alphabet, Inc.'s Board of Directors. Shareholders alleged that the Board allowed powerful executives to sexually harass and discriminate against women without consequence. In November 2020, the Court granted final approval of a historic settlement, including a $310 million commitment to fund diversity, equity, and

cohenmilstein.com

COHENMILSTEIN

inclusion initiatives and robust reforms including limiting non-disclosure agreements and ending mandatory arbitration in sexual harassment, gender discrimination, and retaliation-related disputes.

### In re Pinterest Derivative Litigation

In re Pinterest Derivative Litigation (N.D. Cal.): Cohen Milstein represented the Employees Retirement System of Rhode Island and other Pinterest shareholders in a shareholder derivative lawsuit against certain Board members and executives. Shareholders alleged that Defendants personally engaged in and facilitated a systematic practice of illegal discrimination of employees on the basis of race and sex. On June 9, 2022, the Court granted final approval of a settlement including a $50 million funding commitment and holistic workplace and Board-level reforms.

### City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Credit Suisse Group AG, et al.

City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Credit Suisse Group AG, et al. (S.D.N.Y.): Cohen Milstein, as Co-Lead Counsel, represented plaintiffs in this class action against Credit Suisse Group AG, regarding its misrepresentations of its trading limits and risk controls and resulting in accumulation of billions of dollars in extremely risky, highly illiquid investments, including the surreptitious accumulation of nearly $3 billion in distressed debt and U.S. collateralized loan obligations ("CLOs"). On December 16, 2020, the court granted final approval of a $15.5 million settlement.

cohenmilstein.com



# S. Douglas Bunch

Partner

**WASHINGTON, DC**
**T** 202.408.4600
**dbunch@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

District of Columbia | New York

**EDUCATION**

William & Mary Law School, J.D., Benjamin Rush Medal, 2006 | Harvard University, Ed.M., 2003 | College of William & Mary, B.A., summa cum laude, Phi Beta Kappa, 2002

## Overview

S. Douglas Bunch is a partner at Cohen Milstein, a member of the Securities Litigation & Investor Protection practice, and co-chair of the firm's Pro Bono Committee.

Doug has also had the unique honor of being appointed by President Joseph R. Biden as Public Delegate of the United States to the United Nations.

As a securities litigator, Doug represents individual and institutional investors in securities and shareholder class actions. His work and legal arguments in precedent-setting cases, such as In re Harman International Industries, Inc. Securities Litigation, have earned him numerous accolades, including being named to Benchmark Litigation's "40 & Under Hot List" and a Law360 "Rising Star – Securities," honoring lawyers under the age of 40 whose professional accomplishments transcend their age.

Doug is co-founder and chairman of Global Playground, Inc., a nonprofit that builds schools and other educational infrastructure in the developing world and serves or has served on the boards of the Northeast Conference on the Teaching of Foreign Languages. He has twice been appointed, in 2016 and again in 2020, by governors of Virginia to the Board of Visitors of the College of William & Mary.

cohenmilstein.com

COHENMILSTEIN

In 2011, Doug was awarded William & Mary's inaugural W. Taylor Reveley III award, recognizing alumni who have demonstrated a sustained commitment to public service.

## Current Cases

### In re Silvergate Capital Corporation Securities Litigation

In re Silvergate Capital Corporation Securities Litigation (S.D. Cal.): Cohen Milstein, as Co-Lead Counsel, represents shareholders in this securities class action, alleging that Silvergate, a holding company for Silvergate Bank, a federally regulated depository and lender for major cryptocurrency platforms, including Coinbase, Genesis, and FTX, made materially false and misleading statements about the bank's compliance framework, as well as its anti-money laundering and customer identification programs. Plaintiffs also assert claims against the underwriters and Silvergate's directors and executives in connection with the sale of $1.3 billion of securities.

### In re EQT Corporation Securities Litigation

In re EQT Corporation Securities Litigation (W.D. Pa.): Cohen Milstein is Co-Lead Counsel in this securities class action, in which Plaintiffs allege that EQT misrepresented the "substantial synergies" that were expected to arise from a planned merger with rival natural gas producer Rice Energy due to "the contiguous and complementary nature of Rice's asset base with EQT's."

### Texas and Indiana Pension Funds v. InnovAge Holding Corp. et al.

Texas and Indiana Pension Funds v. InnovAge Holding Corp. et al. (D. Colo.): Cohen Milstein is Class Counsel in this certified securities class action that alleges InnovAge "substantially failed" to "provide to its participants medically necessary items and services" as required by government regulation. As a result, CMS and the State of Colorado suspended enrollment at InnovAge's Colorado facilities. InnovAge's stock price declined 78% just nine months after its IPO, giving InnovAge the distinction of being one of 2021's five worst performing stocks.

### Cape Fear River PFAS Litigation: Nix, et al. v. The Chemours Company FC, LLC et al.

Cape Fear River Contaminated Water Litigation (E.D.N.C.): Cohen Milstein is representing North Carolina residents and homeowners along the Cape Fear River in this certified toxic tort class action against DuPont and Chemours for allegedly dumping toxic GenX chemicals, a form of PFAS aka "forever chemicals," into the Cape Fear River, impacting the drinking water and homes of more than 770,000 residents throughout the region.

cohenmilstein.com

COHENMILSTEIN

# Past Cases

### In re Wells Fargo & Company Securities Litigation

In re Wells Fargo & Company Securities Litigation (S.D.N.Y.): Cohen Milstein, as Co-Lead Counsel, represented Public Employees' Retirement System of Mississippi and the Employees Retirement System of Rhode Island in this securities fraud class action. Plaintiffs alleged that Wells Fargo and certain former executives misrepresented its compliance with a series of 2018 consent orders with the CFPB, OCC, and the Federal Reserve arising from the Bank's widespread consumer fraud banking scandal. On September 8, 2023, the Court granted final approval of a historic $1 billion settlement, which is the largest securities class action settlement in 2023, the sixth largest in the last decade, the ninth largest ever in the Second Circuit, and the 17th largest ever. It is also the largest settlement ever without a restatement or related actions by the Securities Exchange Commission or U.S. Department of Justice.

### Pluralsight, Inc. Securities Litigation

Pluralsight, Inc. Securities Litigation (D. Utah): Cohen Milstein is sole Lead Counsel in this securities class action, alleging that Pluralsight, a provider of cloud-based and video training courses, and its senior officers misrepresented and omitted material information from investors concerning the company's sales force before a $37 million stock cash-out by Pluralsight insiders and in an over $450 million secondary public offering orchestrated by those insiders. On February 4, 2025, the court granted final approval of a $20 million settlement.

### In re China Mediaexpress Holding, Inc. Shareholder Litigation

In re China Mediaexpress Holding, Inc. Shareholder Litigation (S.D.N.Y.): Cohen Milstein was Co-Lead Counsel in this certified securities fraud class action and represented investors against U.S. listed China Mediaexpress, one of China's largest TV advertising networks in an alleged "pump and dump" scheme. Investors further alleged that Deloitte Touche Tohmatsu, its independent auditor, misled investors about its client's financial health. In January 2014, the Court ordered a default judgment and $535 million settlement against CME and in May 2015 a $12 million settlement against DTT. The Court issued a final judgment in September 2015.

### Plumbers & Pipefitters National Pension Fund v. Davis

Plumbers & Pipefitters National Pension Fund v. Davis (S.D.N.Y.): Cohen Milstein was sole Lead Counsel in this high-profile securities class action involving Performance Sports Group's failure to disclose that its purported financial success was not based on sustainable, "organic" growth as represented, but was driven by the company's manipulative and coercive sales practices, which included pulling orders forward to earlier quarters and pressuring customers to increase their orders without regard

cohenmilstein.com

COHENMILSTEIN

for market demand. The SEC and Canadian authorities subsequently initiated investigations, and PSG filed for bankruptcy. On November 22, 2022, the Court granted final approval of a $13 million settlement, which is in addition to the $1.15 million settlement plaintiff obtained in Performance Sports Group's 2016 bankruptcy proceedings through the prior approval of the U.S. Bankruptcy Court for the District of Delaware and the Ontario Superior Court in Canada.

## City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Credit Suisse Group AG, et al.

City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Credit Suisse Group AG, et al. (S.D.N.Y.): Cohen Milstein, as Co-Lead Counsel, represented plaintiffs in this class action against Credit Suisse Group AG, regarding its misrepresentations of its trading limits and risk controls and resulting in accumulation of billions of dollars in extremely risky, highly illiquid investments, including the surreptitious accumulation of nearly $3 billion in distressed debt and U.S. collateralized loan obligations ("CLOs"). On December 16, 2020, the court granted final approval of a $15.5 million settlement.

## MF Global Securities Litigation

MF Global Securities Litigation (S.D.N.Y.): Cohen Milstein represented the Central States, Southeast and Southwest Areas Pension Fund and achieved a $90 million settlement in this precedent–setting securities class action in which the U.S. Court of Appeals for the Second Circuit sided with the plaintiffs and held that companies cannot make false or misleading statements in their offering documents and then hide behind risk disclosures related to those facts to escape liability. The National Law Journal singled out Cohen Milstein's work on the case in connection with its selection of the firm as a Hot Plaintiffs' Firm for that year. Cohen Milstein was Co-Lead Counsel.

## Bear Stearns Mortgage Pass-Through Certificates Litigation

Bear Stearns MBS Litigation (S.D.N.Y.): Cohen Milstein as co-lead counsel represented the New Jersey Carpenters Health Fund in a $505 million landmark settlement (including a $5 million expense fund) of a securities class action suit alleging that Bear Stearns violated securities laws in the sale of mortgage-backed securities to investors. This is the largest recovery ever obtained in a securities class action on behalf of investors in mortgage-backed securities.

## RALI MBS Litigation

RALI MBS Litigation (S.D.N.Y.): Cohen Milstein was Lead counsel in a securities class action alleging RALI and its affiliates sold shoddy MBS securities that did not meet the standards of their underwriters. In July 2015, the court granted final approval to a global settlement totaling $335 million, marking an end to a long and complicated class action that took seven years of intense litigation to resolve.

cohenmilstein.com

COHENMILSTEIN

## Harborview MBS Litigation

New Jersey Carpenters Health Fund, et al., v. The Royal Bank of Scotland Group, PLC (S.D.N.Y.): Litigation gave rise to a $275 million settlement with Royal Bank of Scotland. Cohen Milstein was lead counsel in a complex case, in which presiding Judge Loretta A. Preska, of the U.S. District Court, Southern District of New York, commented on the "job well done" by the Cohen Milstein team.

## In re GreenSky Securities Litigation

In re GreenSky Securities Litigation (S.D.N.Y.): Cohen Milstein was Co-Lead Counsel in this securities class action involving fintech company GreenSky's failure to disclose in its Initial Public Offering documents significant facts about the Company's decision to pivot away from its most profitable line of business. This failure led to its stock plummeting and causing significant investor harm. In October 2021, the Court granted final approval of a $27.5 million settlement.

## In re Harman International Industries, Inc. Securities Litigation

In re Harman International Industries, Inc. Securities Litigation (D.D.C.): Cohen Milstein obtained a precedent-setting ruling by the U.S. Court of Appeals for the D.C. Circuit, reversing the dismissal of the case by the lower court, protecting investors by limiting the scope of protection afforded by the so-called "safe-harbor" for forward-looking statements in the Private Securities Litigation Reform Act of 1995.

## In re Valeant Pharmaceuticals International, Inc. Third-Party Payor Litigation

In re Valeant Pharmaceuticals International, Inc. Third-Party Payor Litigation (D.N.J.): On February 22, 2022, the court granted final approval of a $23 million settlement against Valeant Pharmaceuticals International Inc., as well as a $125,000 settlement against specialty pharmacy Philidor RX Services LLC and certain officers and directors for their roles in an alleged RICO Act scheme to shield the company's drugs from competition, fraudulently inflate the prices of its products, and artificially boost sales at the expense of third-party payors.

## Opus Bank Securities Litigation

Nancy Schwartz v. Opus Bank, et al. (C.D. Cal.): Cohen Milstein was appointed lead counsel in this securities class action litigation against defendants Opus Bank. Arkansas Public Employees Retirement System was appointed Lead Plaintiff. On November 5, 2018, the Honorable André Birotte Jr. for U.S. District Court Central District of California granted final approval of a $17 million settlement.

## ITT Educational Services Securities Litigation

In re ITT Educational Services, Inc. Securities Litigation (S.D.N.Y.): Cohen Milstein, as Lead Counsel, represented Plumbers and Pipefitters National Pension Fund and Metropolitan Water Reclamation

cohenmilstein.com

COHENMILSTEIN

District Retirement Fund in this consolidated securities fraud class action against ITT Educational Services, Inc., and certain officers. Investors claimed that ITT made material misrepresentations and omissions related to the company's liabilities involving certain risk-sharing agreements it had entered into with third-party lenders in connection with ITT student loans. On March 8, 2016, the Court granted final approval to an approximately $16.96 million cash settlement.

**Orthofix International N.V. Securities Litigation**

Plumbers & Pipefitters Nat'l Pension Fund v. Orthofix Int'l N.V. (S.D.N.Y.): Cohen Milstein served as Lead Counsel in this securities fraud class action against Orthofix International N.V., a medical device company, and three of its officers for making alleged material misrepresentations and omissions about the company's financial performance and future prospects in the company's financial statements. On April 29, 2016, the court granted final approval to an $11 million settlement.

cohenmilstein.com



# Michael B. Eisenkraft

Partner

**NEW YORK**
**T** 212.838.0177
**meisenkraft@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection | Antitrust

**ADMISSIONS**

New Jersey | New York

**EDUCATION**

Harvard Law School, J.D., cum laude, 2004 | Brown University, B.A., magna cum laude, Phi Beta Kappa, 2001

## Overview

Michael B. Eisenkraft leads Cohen Milstein's efforts in prosecuting innovative cases relating to the protection of the global financial markets.

He serves in both the Antitrust and Securities practices, is the administrative partner of the firm's New York office, chair of the New Business Development Committee, and a member of the firm's Executive Committee.

Michael currently represents putative classes of investors asserting antitrust or securities claims in the Stock Lending, Interest Rate Swaps, Bristol CVR, XIV ETN, and Pesticides markets. In addition to recently securing $580 million in settlements in the Stock Lending litigation, Michael helped investors recover hundreds of millions of dollars in the firm's mortgage-backed securities cases and represents businesses in commercial contingency litigation, including breach of contract cases.

## Current Cases

### Stock Loan Antitrust Litigation

Iowa Public Employees Retirement System, et al. v. Bank of America Corp., et al. (S.D.N.Y.): Cohen Milstein is co-counsel in this groundbreaking putative class action, in which investors accuse Wall Street banks of engaging in a group boycott and conspiring to thwart the modernization of and preserve their dominance over the $1.7 trillion stock loan market. On September 4, 2024, the court

cohenmilstein.com

COHENMILSTEIN

granted final approval of a historic $580 million cash settlement and significant injunctive relief against defendants Morgan Stanley, Goldman Sachs, UBS, JP Morgan, Credit Suisse, and EquiLend. Litigation against Bank of America continues.

### In re Interest Rate Swaps Antitrust Litigation

In re Interest Rate Swaps Antitrust Litigation (S.D.N.Y.): Cohen Milstein serves as Co-Lead Counsel and represents the Public School Teachers' Pension and Retirement Fund of Chicago and other proposed buy-side investor class members in this ground breaking putative antitrust class action against numerous Wall Street investment banks. Plaintiffs allege that the defendants conspired to prevent class members from trading IRS on modern electronic trading platforms and from trading with each other, all to protect the banks' trading profits from inflated bid/ask spreads. On July 11, 2024, in two separate orders, the court granted preliminary approval of $71 million in total cash settlements against Credit Suisse, Bank of America, JP Morgan Chase, Deutsche Bank, and all remaining defendants.

### Set Capital, et al. v. Credit Suisse Group AG, et al.

Set Capital, et al. v. Credit Suisse Grp. AG, et al. (S.D.N.Y.): Cohen Milstein is Co-Lead Counsel in this path-breaking securities class action alleging fraud and market manipulation of XIV Exchange Traded Notes. On March 17, 2023, the court certified one of three proposed investor classes.

### Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC, et al.

Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC, et al. (S.D.N.Y.): Cohen Milstein is leading this securities litigation against market makers Canaccord Genuity LLC, Citadel Securities LLC, G1 Execution Services LLC, GTS Securities LLC, Instinet LLC, Lime Trading Corp., Susquehanna International Group LLP, and Virtu Americas LLC for repeated market manipulation tactics involving the spoofing of company stock.

### Phunware, Inc. v. UBS Securities LLC

Phunware, Inc. v. UBS Securities (S.D.N.Y.): Cohen Milstein is leading this securities litigation against UBS Securities for Its repeated market manipulation tactics involving the spoofing of Phunware's stock.

### Mohawk Gaming Enterprises v. Scientific Games

Mohawk Gaming Enterprises v. Scientific Games, et al. (AAA/NY State Court): Cohen Milstein represents casinos that purchased/leased an automatic shuffler from Scientific Games, Bally Technologies, and Bally Gaming in a novel, certified class arbitration, alleging that the Respondents control virtually 100% of the relevant card shuffler market and maintain monopoly power through deceptive tactics such as fraudulently procuring patents and then assert those patents in sham lawsuits against competitors,

cohenmilstein.com

COHENMILSTEIN

thereby suppressing competition and deterring entry of new competitors, thereby allowing Respondents to set inflated prices.

### In re Bristol-Meyers Squibb CVR Securities Litigation

In re Bristol-Myers Squibb Company CVR Securities Litigation (S.D.N.Y.): Cohen Milstein is sole Lead Counsel in this securities class action arising from Bristol Myers' alleged subversion of the FDA approval process for the cancer therapy Liso-cel for the purpose of avoiding a $6.4 billion payment to holders of contingent value rights (CVRs).

### In re Crop Protection Products Loyalty Program Antitrust Litigation

In re Crop Protection Products Loyalty Program Antitrust Litigation (M.D.N.C.): Cohen Milstein serves as Interim Co-Lead Class Counsel in this antirust multidistrict litigation against Syngenta Crop Protection and Corteva, Inc., two of the world's largest pesticide manufactures. Plaintiffs allege these defendants have illegally blocked competition through exclusive distributor "loyalty agreements," thereby forcing farmers to pay supracompetitive prices while restricting their ability to benefit from new, innovative products.

## Past Cases

### Treasuries Antitrust Litigation

In re: Treasuries Securities Antitrust Litigation (S.D.N.Y.):  Cohen Milstein was Co-Lead Counsel in this ground-breaking antitrust and Commodity Exchange Act class action alleging many of the nation's biggest banks manipulated the $13 trillion market for U.S. Treasuries and related instruments. Cohen Milstein and co-counsel developed the case independently, without the assistance or benefit of any preceding government investigation or enforcement action.

### Novastar MBS Litigation

NovaStar MBS Litigation: Cohen Milstein is lead counsel in litigation alleging that RBS, Wells Fargo (formerly Wachovia) and Deutsche Bank sold toxic mortgage-backed securities to investors. The litigation is one of the last outstanding class action MBS lawsuits. The Second Circuit Court of Appeals reversed an earlier dismissal of the lawsuit, paving the way for prosecution of the case. In March 2019, the Court granted final approval of a $165 million all-cash settlement.

### Harborview MBS Litigation

New Jersey Carpenters Health Fund, et al., v. The Royal Bank of Scotland Group, PLC (S.D.N.Y.): Litigation gave rise to a $275 million settlement with Royal Bank of Scotland. Cohen Milstein was lead counsel in a complex case, in which presiding Judge Loretta A. Preska, of the U.S. District Court, Southern District of New York, commented on the "job well done" by the Cohen Milstein team.

cohenmilstein.com

COHENMILSTEIN

## LIBOR Antitrust Litigation (Exchange Traded Class)

In re: Libor-Based Financial Instruments Antitrust Litigation (S.D.N.Y.): Cohen Milstein played a significant role in representing the putative Exchange-Based Plaintiffs class that was a part of this large multi-district litigation that was consolidated in 2011. On September 17, 2020, after significant litigation, the court granted final approval of a $187 million settlement between the Exchange-Based Plaintiffs and seven of the 16 of the world's largest banks, and on April 26, 2024, the court preliminarily approved an additional $3.45 in settlements against the remaining defendants. The combined settlements totaling more than $190 million represent the largest recovery in a "futures-only" commodities class action litigation.

## RALI MBS Litigation

RALI MBS Litigation (S.D.N.Y.): Cohen Milstein was Lead counsel in a securities class action alleging RALI and its affiliates sold shoddy MBS securities that did not meet the standards of their underwriters. In July 2015, the court granted final approval to a global settlement totaling $335 million, marking an end to a long and complicated class action that took seven years of intense litigation to resolve.

## New Jersey Carpenters Health Fund v. DLJ Mortgage Capital, Inc., et al.

HEMT MBS Litigation (S.D.N.Y.): $110 million settlement with Credit Suisse. Cohen Milstein was lead counsel in a case alleging Credit Suisse and its affiliates sold toxic securities to pension fund investors. The suit, filed in 2008, was one of the first class action cases involving mortgage-backed securities to be filed.

## In re China Mediaexpress Holding, Inc. Shareholder Litigation

In re China Mediaexpress Holding, Inc. Shareholder Litigation (S.D.N.Y.): Cohen Milstein was Co-Lead Counsel in this certified securities fraud class action and represented investors against U.S. listed China Mediaexpress, one of China's largest TV advertising networks in an alleged "pump and dump" scheme. Investors further alleged that Deloitte Touche Tohmatsu, its independent auditor, misled investors about its client's financial health. In January 2014, the Court ordered a default judgment and $535 million settlement against CME and in May 2015 a $12 million settlement against DTT. The Court issued a final judgment in September 2015.

## In re Dynex Capital, Inc. Securities Litigation

In re Dynex Capital, Inc. Securities Litigation (S.D.N.Y.): Cohen Milstein, as Lead Counsel, represented Lead Plaintiff Pension Fund Local 445 and a certified class of investors of collateralized bonds known as Merit Series 12-1 and Merit Series 13. Investors alleged that Dynex, its subsidiary Merit Securities Corp., and senior executives lied about the quality of mobile home loans that were collateral for the bonds. Unique to the case were rulings addressing corporate scienter and arguments addressing bond certification and bond market efficiency. It is also the first class certification granted to a class of

cohenmilstein.com

COHENMILSTEIN

asset-backed bond purchasers under the 1934 Act within the Second Circuit. On March 13, 2012, after six years of litigation, the Court granted final approval of $7.5 million settlement.

### Bains, et al. v. American Tactical, Inc.

Bains, et al. v. American Tactical, Inc., et al. (W.D.N.Y.): On April 13, 2023, Cohen Milstein and Brady Center to Prevent Gun Violence filed a negligence, public nuisance and unlawful marketing lawsuit against American Tactical, Inc. and others involved in the manufacturing, marketing, and sale of the 60-round high-capacity magazine (HCM) used by the perpetrator in a deadly mass shooting on April 15, 2021 at a FedEx Ground Package facility in Indianapolis, Indiana. Tragically, thirteen people were shot during the attack. Eight died. At least five other people were injured.

cohenmilstein.com



# Carol V. Gilden

Partner

**CHICAGO**
**T** 312.629.3737
**cgilden@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

Illinois

**EDUCATION**

Chicago-Kent College of Law, J.D., With Honors, Law Review, 1983 | University of Illinois Urbana-Champaign, B.S., Business Administration, 1979

## Overview

Carol V. Gilden, a partner in the Securities Litigation & Investor Protection practice, is a nationally recognized securities litigator and a tenacious advocate for her clients, which include public pension funds, Taft-Hartley pension and health and welfare funds, and other institutional investors. She litigates securities class actions, individual actions, transaction and derivative litigation, and other types of complex litigation and class actions nationwide in state and federal courts. Carol's experience includes cases involving stock, bonds, preferred stock, ADRs, and other complex financial instruments, including interest rate swaps, Treasury bonds and exchange-traded notes.

Carol has litigated some of the most novel securities disputes in the financial markets, resulting in aggregate recoveries of several billion dollars for investors. Her guiding principle – those who commit fraud on the financial markets should be held accountable.

Carol has led the litigation as Lead or Co-Lead Counsel in numerous high-profile securities cases, including:

- Co-Lead Counsel in MF Global, where the U.S. Court of Appeals for the Second Circuit held that companies that make false or misleading statements cannot hide behind risk disclosures to escape liability.

cohenmilstein.com

COHENMILSTEIN

- Lead Counsel in the IntraLinks Securities Litigation, which, as one of the first securities class actions certified after the Supreme Court's Halliburton II decision, provided a roadmap for obtaining class certification in other securities cases.

- Lead Counsel in Seafarers Pension Plan v. Bradway, et al., a federal derivative case against The Boeing Company's directors and officers arising out of the 737 MAX crashes and alleging federal proxy statement violations in connection with director elections. After the case was dismissed on forum non conveniens grounds, Carol successfully argued before the U.S. Court of Appeals for the Seventh Circuit, obtaining a 2-to1, precedent-setting decision reversing the district court's dismissal based on enforcement of Boeing's forum selection bylaw. The derivative action ultimately settled, along with a companion class action by the Seafarers in Delaware Chancery Court challenging the bylaw under Delaware law after the district court's dismissal, for corporate governance reforms valued more than $100 million and a $6.25 million payment by the directors' insurers to the company.

Carol is currently serving as Lead Counsel in a securities class action against Bayer AG stemming from its acquisition of Monsanto, with its flagship product, the herbicide Roundup; as Lead Counsel in a securities class action against Pluralsight and its senior officers, alleging they misrepresented and omitted material information concerning the size of the company's sales force, which impacted billing's growth; and as Co-Lead Counsel in the securities class action against Silvergate Capital Corp., its officers, directors, and underwriters involving the defendants' alleged misrepresentations regarding the strength of Silvergate's internal controls and procedures to combat money laundering and other misconduct on its digital cryptocurrency platform. In addition, she is Co-Lead Counsel in the Abbott Derivative Litigation involving the manufacture and sale of infant formula products, which includes the sale of allegedly contaminated infant formula. Further, Carol serves on the Co-Lead Counsel team in a groundbreaking antitrust lawsuit involving one of the world's largest financial markets.

Carol also has served in Executive Committee roles in other high-profile cases, Global Crossing Securities Litigation (settlements of $448 million) and the Merrill Lynch Analyst cases ($125 million settlement), as well as an active litigation team member in the Waste Management Litigation (N.D. Il) ($220 million settlement). Under her leadership, her former firm was an active member of the litigation teams in the AOL Time Warner Securities Litigation ($2.5 billion settlement), CMS Securities Litigation ($200 million settlement) and the Salomon Analyst Litigation/In re AT&T ($75 million settlement). Further, she was lead counsel in an opt-out securities litigation action on behalf of a large group of individual plaintiffs in connection with the McKesson/HBOC merger, Pacha, et al. v. McKesson Corporation, et al., which settled for a substantial, confidential sum.

cohenmilstein.com

COHENMILSTEIN

## Current Cases

### Bayer Securities Litigation

Bayer Securities Litigation (N.D. Cal.): Cohen Milstein is Lead Counsel in this certified securities class action, in which Plaintiffs allege that in connection with its $63 billion acquisition of Monsanto, Bayer misrepresented the rigor of its due diligence and the nature of the legal risk presented by Monsanto's flagship product, the herbicide Roundup. Bayer investors incurred significant losses after bellwether jury trials in toxic tort cases repeatedly found in favor of the plaintiffs against Monsanto, including finding that Roundup was a "substantial factor" in causing the plaintiffs' non-Hodgkin's lymphoma, and leading to jury awards totaling hundreds of millions of dollars.

### In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation

In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation (N.D. Ill.): Cohen Milstein is Co-Lead Counsel in this shareholder derivative lawsuit against Abbott's board of directors for breaching their fiduciary duties related to the company's manufacture and sale of infant formula products, prompting a major recall and nationwide infant formula shortage and allegedly causing billions of dollars of damage to Abbott. Plaintiffs also allege claims of insider trading, corporate waste, and unjust enrichment, as well as violations of the federal securities laws.

### Set Capital, et al. v. Credit Suisse Group AG, et al.

Set Capital, et al. v. Credit Suisse Grp. AG, et al. (S.D.N.Y.): Cohen Milstein is Co-Lead Counsel in this path-breaking securities class action alleging fraud and market manipulation of XIV Exchange Traded Notes. On March 17, 2023, the court certified one of three proposed investor classes.

### In re Silvergate Capital Corporation Securities Litigation

In re Silvergate Capital Corporation Securities Litigation (S.D. Cal.): Cohen Milstein, as Co-Lead Counsel, represents shareholders in this securities class action, alleging that Silvergate, a holding company for Silvergate Bank, a federally regulated depository and lender for major cryptocurrency platforms, including Coinbase, Genesis, and FTX, made materially false and misleading statements about the bank's compliance framework, as well as its anti-money laundering and customer identification programs. Plaintiffs also assert claims against the underwriters and Silvergate's directors and executives in connection with the sale of $1.3 billion of securities.

### In re Interest Rate Swaps Antitrust Litigation

In re Interest Rate Swaps Antitrust Litigation (S.D.N.Y.): Cohen Milstein serves as Co-Lead Counsel and represents the Public School Teachers' Pension and Retirement Fund of Chicago and other proposed buy-side investor class members in this ground breaking putative antitrust class action against numerous Wall Street investment banks. Plaintiffs allege that the defendants conspired to prevent

cohenmilstein.com

COHENMILSTEIN

class members from trading IRS on modern electronic trading platforms and from trading with each other, all to protect the banks' trading profits from inflated bid/ask spreads. On July 11, 2024, in two separate orders, the court granted preliminary approval of $71 million in total cash settlements against Credit Suisse, Bank of America, JP Morgan Chase, Deutsche Bank, and all remaining defendants.

### Texas and Indiana Pension Funds v. InnovAge Holding Corp. et al.

Texas and Indiana Pension Funds v. InnovAge Holding Corp. et al. (D. Colo.): Cohen Milstein is Class Counsel in this certified securities class action that alleges InnovAge "substantially failed" to "provide to its participants medically necessary items and services" as required by government regulation. As a result, CMS and the State of Colorado suspended enrollment at InnovAge's Colorado facilities. InnovAge's stock price declined 78% just nine months after its IPO, giving InnovAge the distinction of being one of 2021's five worst performing stocks.

## Past Cases

### ITT Educational Services Securities Litigation

In re ITT Educational Services, Inc. Securities Litigation (S.D.N.Y.): Cohen Milstein, as Lead Counsel, represented Plumbers and Pipefitters National Pension Fund and Metropolitan Water Reclamation District Retirement Fund in this consolidated securities fraud class action against ITT Educational Services, Inc., and certain officers. Investors claimed that ITT made material misrepresentations and omissions related to the company's liabilities involving certain risk-sharing agreements it had entered into with third-party lenders in connection with ITT student loans. On March 8, 2016, the Court granted final approval to an approximately $16.96 million cash settlement.

### Orthofix International N.V. Securities Litigation

Plumbers & Pipefitters Nat'l Pension Fund v. Orthofix Int'l N.V. (S.D.N.Y.): Cohen Milstein served as Lead Counsel in this securities fraud class action against Orthofix International N.V., a medical device company, and three of its officers for making alleged material misrepresentations and omissions about the company's financial performance and future prospects in the company's financial statements. On April 29, 2016, the court granted final approval to an $11 million settlement.

### Boeing Derivative Shareholder Litigation

Boeing Derivative Shareholder Litigation (N.D. Ill.): Cohen Milstein served as sole lead counsel in a federal derivative case brought by the Seafarers Pension Plan against The Boeing Company's directors and officers arising out of the 737 MAX crashes and alleging federal proxy statement violations in connection with director elections. After the case was dismissed on forum non conveniens grounds, Plaintiffs successfully argued before the U.S. Court of Appeals for the Seventh Circuit, obtaining a 2-to-1, precedent-setting decision reversing the district court's dismissal of the case based on enforcement of Boeing's forum selection bylaw. The derivative action ultimately settled on December

cohenmilstein.com

COHENMILSTEIN

14, 2022, along with a companion class action January 13, 2023, which was filed by the Seafarers in Delaware Chancery Court after the district court's dismissal and challenging the bylaw under Delaware law, for corporate governance reforms valued in excess of $100 million and a $6.25 million payment by the Directors' insurers to the Company.

## In re Alphabet Shareholder Derivative Litigation

In re Alphabet Shareholder Derivative Litigation (Cal. Sup. Crt., Santa Clara Cnty.):  Cohen Milstein, as co-lead counsel, represented Northern California Pipe Trades Pension Plan and Teamsters Local 272 Labor Management Pension Fund in a shareholder derivative lawsuit against Alphabet, Inc.'s Board of Directors. Shareholders alleged that the Board allowed powerful executives to sexually harass and discriminate against women without consequence. In November 2020, the Court granted final approval of a historic settlement, including a $310 million commitment to fund diversity, equity, and inclusion initiatives and robust reforms including limiting non-disclosure agreements and ending mandatory arbitration in sexual harassment, gender discrimination, and retaliation-related disputes.

## MF Global Securities Litigation

MF Global Securities Litigation (S.D.N.Y.): Cohen Milstein represented the Central States, Southeast and Southwest Areas Pension Fund and achieved a $90 million settlement in this precedent–setting securities class action in which the U.S. Court of Appeals for the Second Circuit sided with the plaintiffs and held that companies cannot make false or misleading statements in their offering documents and then hide behind risk disclosures related to those facts to escape liability. The National Law Journal singled out Cohen Milstein's work on the case in connection with its selection of the firm as a Hot Plaintiffs' Firm for that year. Cohen Milstein was Co-Lead Counsel.

## City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Credit Suisse Group AG, et al.

City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Credit Suisse Group AG, et al. (S.D.N.Y.): Cohen Milstein, as Co-Lead Counsel, represented plaintiffs in this class action against Credit Suisse Group AG, regarding its misrepresentations of its trading limits and risk controls and resulting in accumulation of billions of dollars in extremely risky, highly illiquid investments, including the surreptitious accumulation of nearly $3 billion in distressed debt and U.S. collateralized loan obligations ("CLOs"). On December 16, 2020, the court granted final approval of a $15.5 million settlement.

## Plumbers & Pipefitters National Pension Fund v. Davis

Plumbers & Pipefitters National Pension Fund v. Davis (S.D.N.Y.): Cohen Milstein was sole Lead Counsel in this high-profile securities class action involving Performance Sports Group's failure to disclose that its purported financial success was not based on sustainable, "organic" growth as represented, but

cohenmilstein.com

COHENMILSTEIN

was driven by the company's manipulative and coercive sales practices, which included pulling orders forward to earlier quarters and pressuring customers to increase their orders without regard for market demand. The SEC and Canadian authorities subsequently initiated investigations, and PSG filed for bankruptcy. On November 22, 2022, the Court granted final approval of a $13 million settlement, which is in addition to the $1.15 million settlement plaintiff obtained in Performance Sports Group's 2016 bankruptcy proceedings through the prior approval of the U.S. Bankruptcy Court for the District of Delaware and the Ontario Superior Court in Canada.

## Pluralsight, Inc. Securities Litigation

Pluralsight, Inc. Securities Litigation (D. Utah): Cohen Milstein is sole Lead Counsel in this securities class action, alleging that Pluralsight, a provider of cloud-based and video training courses, and its senior officers misrepresented and omitted material information from investors concerning the company's sales force before a $37 million stock cash-out by Pluralsight insiders and in an over $450 million secondary public offering orchestrated by those insiders. On February 4, 2025, the court granted final approval of a $20 million settlement.

## Tradex Global Master Fund SPC Ltd. et al. v. Lancelot Investment Management, LLC, et al.

Tradex Global Master Fund SPC Ltd. et al. v. Lancelot Investment Management, LLC, et al. (Crc. Crt., Cook Cnty., Ill.): In August 2018, the Court granted final approval of a $27.5 million settlement, concluding a nearly decade-old putative investor class action against McGladrey & Pullen LLP, an accounting firm, for its alleged fraud and negligence arising out of the Tom Petters' Ponzi scheme, one of the largest Ponzi schemes in U.S. history.

## Treasuries Antitrust Litigation

In re: Treasuries Securities Antitrust Litigation (S.D.N.Y.):  Cohen Milstein was Co-Lead Counsel in this ground-breaking antitrust and Commodity Exchange Act class action alleging many of the nation's biggest banks manipulated the $13 trillion market for U.S. Treasuries and related instruments. Cohen Milstein and co-counsel developed the case independently, without the assistance or benefit of any preceding government investigation or enforcement action.

## Intuitive Surgical Inc. Derivative Litigation

Public School Teachers' Pension and Retirement Fund of Chicago v. Gary Guthart, et al. (Cal. Sup. Crt., San Mateo Cnty.): As Co-Lead Counsel, Cohen Milstein represented the Public School Teachers' Pension and Retirement Fund of Chicago in this derivative action against Intuitive's directors and officers, alleging they covered up safety defects in the da Vinci robotic surgery system. Plaintiffs achieved a settlement one day before trial for a settlement worth $137 million. This consisted of extensive corporate governance reforms and included cash and options worth $20.2 million paid by the Individual Defendants back to Intuitive. The settlement required Intuitive Surgical to adopt

cohenmilstein.com

COHENMILSTEIN

extensive corporate governance, insider trading, product safety, and FDA compliance measures designed to prevent the reoccurrence of the alleged wrongdoing. In the plaintiff's expert's opinion, the reduction in the risk of recurrence of the events similar to the ones experienced (which resulted in a 30% drop in stock value and the establishment of a $100 million product liability reserve) translated into a benefit of $117 million to Intuitive and its shareholders.

### In Re Teva Securities Litigation

In Re Teva Securities Litigation (D. Conn.): Cohen Milstein represented the Public School Teachers' Pension and Retirement Fund of Chicago and the State of Oregon and the Oregon Public Employee Retirement Fund in two separate, but related matters to recover damages caused by Teva Pharmaceutical and certain officers for alleged misstatements and omissions about the company's financial performance, business growth strategy, competitive factors, as well as its failure to disclose that state attorneys general and U.S. Department of Justice were investigating it for participating in a vast industrywide price-fixing conspiracy. In December 2022, Teva settled the matters for a confidential sum.

cohenmilstein.com

COHEN MILSTEIN

# Benjamin F. Jackson

Partner

**NEW YORK**
**T** 212.838.7797
**bjackson@cohenmilstein.com**



**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

New York

**EDUCATION**

Harvard Law School, J.D., magna cum laude, 2013 | Washington University in St. Louis, A.B., summa cum laude, 2008

## Overview

Ben Jackson is a sophisticated and tenacious advocate with extensive experience in high-stakes litigation involving stocks, ADRs, and complex financial instruments. He is passionate about holding corporations and executives accountable for fraud and misconduct.

As a partner in the Securities Litigation & Investor Protection practice, Ben represents institutional and individual shareholders in securities class actions and derivative lawsuits. Ben is a creative and innovative litigator whose work draws on his experience across a wide range of cases, including antitrust, complex commercial, employment, patent, and white-collar matters.

Ben understands how corporations operate, having spent years advising and litigating on their behalf. Before law school, he worked as a consultant in the financial services practice of a prestigious management consulting firm, helping Fortune 500 executives sell financial products and tackle complex business challenges. After law school, as a litigation associate at a top defense firm, Ben learned the tactics corporations use to block discovery and win in court. Now, he uses what he learned inside corporate America to punish corporate wrongdoing when it puts investors in harm's way.

Ben has significant experience litigating cases with an international dimension. He has successfully investigated, obtained discovery from, and litigated against entities and individuals located in Canada, Mexico, the United Kingdom, Germany, Belgium, the Netherlands, and South Korea. He is

cohenmilstein.com

COHENMILSTEIN

skilled at using the Hague Evidence Convention, 28 U.S.C. § 1782 petitions, and other cross-border discovery methods, and is registered as a Foreign Legal Consultant in Ontario, Canada.

Ben clerked for the Honorable Katherine B. Forrest of the U.S. District Court for the Southern District of New York and the Honorable Robert D. Sack of the U.S. Court of Appeals for the Second Circuit. He graduated *magna cum laude* from Harvard Law School, where he served as Forum Chair of the Harvard Law Review and won the Ames Moot Court Competition.

Ben is the secretary for the Institute for Law & Economic Policy (ILEP), a public policy research and educational foundation focused on the development of securities law and investor and consumer access to the civil justice system. He has also served as co-chair of the Securities and Exchanges Committee of the New York County Lawyers Association and served on the Banking Law Committee of the New York City Bar Association. Ben has maintained an active *pro bono* practice throughout his legal career, with a focus on civil rights and voting rights cases.

## Current Cases

### Bayer Securities Litigation

Bayer Securities Litigation (N.D. Cal.): Cohen Milstein is Lead Counsel in this certified securities class action, in which Plaintiffs allege that in connection with its $63 billion acquisition of Monsanto, Bayer misrepresented the rigor of its due diligence and the nature of the legal risk presented by Monsanto's flagship product, the herbicide Roundup. Bayer investors incurred significant losses after bellwether jury trials in toxic tort cases repeatedly found in favor of the plaintiffs against Monsanto, including finding that Roundup was a "substantial factor" in causing the plaintiffs' non-Hodgkin's lymphoma, and leading to jury awards totaling hundreds of millions of dollars.

### In re Bristol-Meyers Squibb CVR Securities Litigation

In re Bristol-Myers Squibb Company CVR Securities Litigation (S.D.N.Y.): Cohen Milstein is sole Lead Counsel in this securities class action arising from Bristol Myers' alleged subversion of the FDA approval process for the cancer therapy Liso-cel for the purpose of avoiding a $6.4 billion payment to holders of contingent value rights (CVRs).

### In re EQT Corporation Securities Litigation

In re EQT Corporation Securities Litigation (W.D. Pa.): Cohen Milstein is Co-Lead Counsel in this securities class action, in which Plaintiffs allege that EQT misrepresented the "substantial synergies" that were expected to arise from a planned merger with rival natural gas producer Rice Energy due to "the contiguous and complementary nature of Rice's asset base with EQT's."

cohenmilstein.com

COHENMILSTEIN

### Nikola Corp. Derivative Litigation

Nikola Corporation Derivative Litigation (Del. Ch.): Cohen Milstein is co-lead counsel in a shareholder derivative action against Trevor Milton, the founder and former CEO and Executive Chairman of Nikola Corporation, a zero-emissions vehicle startup company, and certain other current and former directors and officers of Nikola. The action alleges that Milton engaged in an ongoing criminal fraud involving the dissemination of materially false and misleading statements about Nikola's business, technology and expected financial performance. The action further alleges that Nikola and VectoIQ entered into a de-SPAC transaction harmful to stockholders.

cohenmilstein.com



COHENMILSTEIN

# Jan E. Messerschmidt

Partner

**WASHINGTON, DC**
**T** 202.408.3644
**jmesserschmidt@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

District of Columbia | New York

**EDUCATION**

Columbia Law School, J.D., 2014 | New York University, B.A., magna cum laude, 2007

## Overview

Jan E. Messerschmidt, a partner in the Securities Litigation & Investor Protection practice, represents institutional and individual shareholders in derivative lawsuits and securities class actions.

Prior to joining Cohen Milstein, Jan was an associate at a highly regarded national litigation boutique, where he represented both plaintiffs and defendants in a range of issues involving antitrust, securities, cybersecurity, contract, personal tort, and malicious prosecution claims.

Before entering private practice, Jan served as a law clerk to the Honorable Beryl A. Howell, Chief Judge of the United States District Court for the District of Columbia. He was also a law clerk to the Honorable Rosemary S. Pooler of the United States Court of Appeals for the Second Circuit.

While an undergraduate at New York University, Jan co-founded and was the editor of *Journal of Politics & International Affairs*. In law school, he was a Harlan Fiske Stone Scholar, received the Parker School Certificate for Achievement in International and Comparative Law, and had the distinction of participating in the Philip C. Jessup International Law Moot Court Competition (U.S. National Champions (2012, 2013)). He was also the head articles editor for *Columbia Journal of Transnational Law* and the note author of, "Hackback: Permitting Retaliatory Hacking by Non-State Actors as Proportionate Countermeasures to Transboundary Cyberharm," 52 COLUM. J. TRANSNAT'L L. 275 (2013).

Prior to law school, Jan was a legislative policy analyst for the New York City Council, Policy Division.

cohenmilstein.com

COHENMILSTEIN

## Current Cases

### IBEW Local 98 Pension Fund v. Deloitte

IBEW Local 98 Pension Fund v. Deloitte (D.S.C.): Cohen Milstein is sole Lead Counsel in this putative securities class action against Deloitte for allegedly breaching its external auditor duties related to SCANA's multi-billion-dollar nuclear energy expansion project in South Carolina - the largest fraud in South Carolina history.

### In re Bed Bath & Beyond Corporation Securities Litigation

In re Bed Bath & Beyond Corporation Securities Litigation (D.D.C.): Cohen Milstein is Liaison Counsel in this securities class action against Ryan Cohen, RC Ventures LLC, and Bed Bath & Beyond, alleging that Cohen, an influential activist investor and purported leader of the "meme stock" movement, manipulated the market for Bed Bath & Beyond's securities by orchestrating a massive "pump and dump" scheme, based on insider information.

### In re Silvergate Capital Corporation Securities Litigation

In re Silvergate Capital Corporation Securities Litigation (S.D. Cal.): Cohen Milstein, as Co-Lead Counsel, represents shareholders in this securities class action, alleging that Silvergate, a holding company for Silvergate Bank, a federally regulated depository and lender for major cryptocurrency platforms, including Coinbase, Genesis, and FTX, made materially false and misleading statements about the bank's compliance framework, as well as its anti-money laundering and customer identification programs. Plaintiffs also assert claims against the underwriters and Silvergate's directors and executives in connection with the sale of $1.3 billion of securities.

### Texas and Indiana Pension Funds v. InnovAge Holding Corp. et al.

Texas and Indiana Pension Funds v. InnovAge Holding Corp. et al. (D. Colo.): Cohen Milstein is Class Counsel in this certified securities class action that alleges InnovAge "substantially failed" to "provide to its participants medically necessary items and services" as required by government regulation. As a result, CMS and the State of Colorado suspended enrollment at InnovAge's Colorado facilities. InnovAge's stock price declined 78% just nine months after its IPO, giving InnovAge the distinction of being one of 2021's five worst performing stocks.

## Past Cases

### Pluralsight, Inc. Securities Litigation

Pluralsight, Inc. Securities Litigation (D. Utah): Cohen Milstein is sole Lead Counsel in this securities class action, alleging that Pluralsight, a provider of cloud-based and video training courses, and its senior officers misrepresented and omitted material information from investors concerning the company's sales force before a $37 million stock cash-out by Pluralsight insiders and in an over $450 million

cohenmilstein.com

COHENMILSTEIN

secondary public offering orchestrated by those insiders. On February 4, 2025, the court granted final approval of a $20 million settlement.

## In re GreenSky Securities Litigation

In re GreenSky Securities Litigation (S.D.N.Y.): Cohen Milstein was Co-Lead Counsel in this securities class action involving fintech company GreenSky's failure to disclose in its Initial Public Offering documents significant facts about the Company's decision to pivot away from its most profitable line of business. This failure led to its stock plummeting and causing significant investor harm. In October 2021, the Court granted final approval of a $27.5 million settlement.

## Lewis Cosby, et al. v. KPMG, LLP

Lewis Cosby et al. v. KPMG, LLP (E.D. Tenn.): As Co-Lead Counsel, Cohen Milstein settled for $35 million investors' claims that KPMG perpetuated a massive fraud by signing off on Miller Energy's $480 million valuation of Alaskan oil reserve assets that were largely worthless. The alleged fraud, plaintiffs claim, caused millions of dollars in investor damages and led to Miller Energy's bankruptcy. In July 2022, the Court granted final approval of the settlement.

cohenmilstein.com



COHENMILSTEIN

## Laura H. Posner

Partner

**NEW YORK**
**T** 212.220.2925
**lposner@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection | Ethics & Fiduciary Counseling

**ADMISSIONS**

New York

**EDUCATION**

Harvard Law School, J.D., 2004 | University of California, Los Angeles, B.A., magna cum laude, 2001

## Overview

Laura H. Posner, a partner in the Securities Litigation & Investor Protection practice, has recovered billions on behalf of defrauded investors. Her cases include 6 of the top 100 securities fraud class action settlements of all time, including *In re Wells Fargo*, the 17th largest securities fraud recovery for investors ever. Laura has also been instrumental in successfully resolving for hundreds of millions of dollars and sweeping governance changes, groundbreaking derivative actions arising out of allegations of sexual misconduct and race discrimination, including obtaining the first ever, and to date only, demand futility decision in such a case.

Laura is also a partner in the firm's Ethics & Fiduciary Counseling practice, where she works closely with public pension plan trustees and administrators across the country to navigate changing economic conditions and organizational challenges and advises on governance matters and management of investment portfolios.

Prior to joining the firm, Laura was appointed by the New Jersey Attorney General to serve as the Bureau Chief for the New Jersey Bureau of Securities – the top securities regulator in New Jersey. In that capacity, she was responsible for administrating and enforcing the New Jersey Uniform Securities Law and regulations thereunder, as well as managing and overseeing the employees who staff the Bureau of Securities. Cases prosecuted under Laura's direction as Bureau Chief resulted in hundreds of millions of dollars in recoveries for New Jersey residents and more than 20 criminal convictions.

cohenmilstein.com

COHENMILSTEIN

Outside of the firm, Laura is a thought leader on investor protection issues, helming the Institute for Law & Economic Policy, a public policy research and educational foundation focused on the development of securities law and investor and consumer access to the civil justice system, drafting numerous successful *amici* briefs to the U.S. Supreme Court and appellate courts across the country, and serving on the Public Policy Council of the CFP Board.

## Current Cases

### IBEW Local 98 Pension Fund v. Deloitte

IBEW Local 98 Pension Fund v. Deloitte (D.S.C.): Cohen Milstein is sole Lead Counsel in this putative securities class action against Deloitte for allegedly breaching its external auditor duties related to SCANA's multi-billion-dollar nuclear energy expansion project in South Carolina - the largest fraud in South Carolina history.

### Set Capital, et al. v. Credit Suisse Group AG, et al.

Set Capital, et al. v. Credit Suisse Grp. AG, et al. (S.D.N.Y.): Cohen Milstein is Co-Lead Counsel in this path-breaking securities class action alleging fraud and market manipulation of XIV Exchange Traded Notes. On March 17, 2023, the court certified one of three proposed investor classes.

### Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC, et al.

Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC, et al. (S.D.N.Y.): Cohen Milstein is leading this securities litigation against market makers Canaccord Genuity LLC, Citadel Securities LLC, G1 Execution Services LLC, GTS Securities LLC, Instinet LLC, Lime Trading Corp., Susquehanna International Group LLP, and Virtu Americas LLC for repeated market manipulation tactics involving the spoofing of company stock.

### Phunware, Inc. v. UBS Securities LLC

Phunware, Inc. v. UBS Securities (S.D.N.Y.): Cohen Milstein is leading this securities litigation against UBS Securities for Its repeated market manipulation tactics involving the spoofing of Phunware's stock.

### In re Bristol-Meyers Squibb CVR Securities Litigation

In re Bristol-Myers Squibb Company CVR Securities Litigation (S.D.N.Y.): Cohen Milstein is sole Lead Counsel in this securities class action arising from Bristol Myers' alleged subversion of the FDA approval process for the cancer therapy Liso-cel for the purpose of avoiding a $6.4 billion payment to holders of contingent value rights (CVRs).

cohenmilstein.com

COHENMILSTEIN

## Past Cases

### In re Wells Fargo & Company Securities Litigation

In re Wells Fargo & Company Securities Litigation (S.D.N.Y.): Cohen Milstein, as Co-Lead Counsel, represented Public Employees' Retirement System of Mississippi and the Employees Retirement System of Rhode Island in this securities fraud class action. Plaintiffs alleged that Wells Fargo and certain former executives misrepresented its compliance with a series of 2018 consent orders with the CFPB, OCC, and the Federal Reserve arising from the Bank's widespread consumer fraud banking scandal. On September 8, 2023, the Court granted final approval of a historic $1 billion settlement, which is the largest securities class action settlement in 2023, the sixth largest in the last decade, the ninth largest ever in the Second Circuit, and the 17th largest ever. It is also the largest settlement ever without a restatement or related actions by the Securities Exchange Commission or U.S. Department of Justice.

### Lewis Cosby, et al. v. KPMG, LLP

Lewis Cosby et al. v. KPMG, LLP (E.D. Tenn.): As Co-Lead Counsel, Cohen Milstein settled for $35 million investors' claims that KPMG perpetuated a massive fraud by signing off on Miller Energy's $480 million valuation of Alaskan oil reserve assets that were largely worthless. The alleged fraud, plaintiffs claim, caused millions of dollars in investor damages and led to Miller Energy's bankruptcy. In July 2022, the Court granted final approval of the settlement.

### In re Pinterest Derivative Litigation

In re Pinterest Derivative Litigation (N.D. Cal.): Cohen Milstein represented the Employees Retirement System of Rhode Island and other Pinterest shareholders in a shareholder derivative lawsuit against certain Board members and executives. Shareholders alleged that Defendants personally engaged in and facilitated a systematic practice of illegal discrimination of employees on the basis of race and sex. On June 9, 2022, the Court granted final approval of a settlement including a $50 million funding commitment and holistic workplace and Board-level reforms.

### L Brands, Inc. Derivative Litigation

L Brands, Inc. Derivative Litigation (S.D. Ohio): In partnership with the State of Oregon, the Oregon Public Employees Retirement Fund, and other shareholders, Cohen Milstein helped resolve allegations that officers and directors of L Brands, Inc., previous owners of Victoria's Secret, breached their fiduciary duties by maintaining ties with alleged sex offender and pedophile Jeffrey Epstein and fostering a culture of discrimination and misogyny at the company. Following a Delaware General Corporate Law Section 220 books and records demand and an extensive, proprietary investigation, L Brands and the now-standalone company, Victoria's Secret, agreed to stop enforcing non-disclosure agreements that prohibit the discussion of a sexual harassment claim's underlying facts; stop using forced arbitration agreements; implement sweeping reforms to their codes of conduct, policies and

cohenmilstein.com

COHENMILSTEIN

procedures related to sexual misconduct and retaliation; and to invest $45 million each, for a total of $90 million, in diversity, equity and inclusion initiatives and DEI Advisory Councils. On May 16, 2022, the court granted final approval of the settlement.

### Wynn Resorts, Ltd. Derivative Litigation

Wynn Resorts, Ltd. Derivative Litigation (Eighth Jud. Dist. Crt., Clark Cnty., Nev.): Cohen Milstein represented the New York State Common Retirement Fund and the New York City Pension Funds as Lead Counsel in a derivative shareholder lawsuit against certain officers and directors of Wynn Resorts, Ltd., arising out of their failure to hold Mr. Wynn, the former CEO and Chairman of the Board, accountable for his longstanding pattern of sexual abuse and harassment of company employees. In March 2020, the Court granted final approval of a $90 million settlement in the form of cash payments and landmark corporate governance reforms, placing it among the largest, most comprehensive derivative settlements in history.

### Tradex Global Master Fund SPC Ltd. et al. v. Lancelot Investment Management, LLC, et al.

Tradex Global Master Fund SPC Ltd. et al. v. Lancelot Investment Management, LLC, et al. (Crc. Crt., Cook Cnty., Ill.): In August 2018, the Court granted final approval of a $27.5 million settlement, concluding a nearly decade-old putative investor class action against McGladrey & Pullen LLP, an accounting firm, for its alleged fraud and negligence arising out of the Tom Petters' Ponzi scheme, one of the largest Ponzi schemes in U.S. history.

cohenmilstein.com



COHEN MILSTEIN

## Christina D. Saler

Partner

**PHILADELPHIA**
**T** 267.479.5707
**csaler@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection | Public Client

**ADMISSIONS**

New Jersey | Pennsylvania

**EDUCATION**

Rutgers University Law School, J.D., with honors, 2003 | Fairfield University, B.A., 1995

## Overview

Christina Donato Saler focuses primarily on shareholder litigation, representing public pension funds and other institutional investors as plaintiffs in class actions against publicly traded corporations and their officers and directors for securities fraud or breaches of fiduciary duty. In recent years, Christina has expanded her representation to serving as outside counsel to state attorneys general and, in working with those state enforcement offices, has recovered over $1 billion from pharmacy benefit managers that were overcharging state funded health plans, including Medicaid plans.

Christina also advises clients on regulatory trends and legal decisions that may impact the management of their funds. In this capacity, she is the editor of the *Shareholder Advocate*, a quarterly publication focused on legal issues relevant to public and Taft-Hartley pension funds and the institutional investor community.

Prior to joining Cohen Milstein in 2017, Christina was a securities class action litigator at a nationally recognized plaintiffs law firm, where she distinguished herself as a skilled litigator and trusted client counselor of public pension funds and other institutional investors. She also has substantial trial experience prosecuting First Amendment cases involving individual plaintiffs against media defendants.

In 2023, Governor Josh Shapiro of Pennsylvania reappointed Christina to the board of the Pennsylvania Humanities, whose mission is to find ways of using the humanities to help people take action for positive change in their lives and communities, and to demonstrate this effectiveness to

cohenmilstein.com

COHENMILSTEIN

leaders and organizations invested in making Pennsylvania a better place to live. Ms. Saler is a member of the executive committee and chairs the Government Advocacy Committee.

In law school, Christina was selected for the *Rutgers University Law Review* and served as the lead articles editor.

## Current Cases

### In re EQT Corporation Securities Litigation

In re EQT Corporation Securities Litigation (W.D. Pa.): Cohen Milstein is Co-Lead Counsel in this securities class action, in which Plaintiffs allege that EQT misrepresented the "substantial synergies" that were expected to arise from a planned merger with rival natural gas producer Rice Energy due to "the contiguous and complementary nature of Rice's asset base with EQT's."

### In re Silvergate Capital Corporation Securities Litigation

In re Silvergate Capital Corporation Securities Litigation (S.D. Cal.): Cohen Milstein, as Co-Lead Counsel, represents shareholders in this securities class action, alleging that Silvergate, a holding company for Silvergate Bank, a federally regulated depository and lender for major cryptocurrency platforms, including Coinbase, Genesis, and FTX, made materially false and misleading statements about the bank's compliance framework, as well as its anti-money laundering and customer identification programs. Plaintiffs also assert claims against the underwriters and Silvergate's directors and executives in connection with the sale of $1.3 billion of securities.

### Ohio Highway Patrol Retirement System v. Express Scripts, Inc.

Ohio Highway Patrol Retirement System v. Express Scripts, Inc. (Franklin C.P., Ohio): Cohen Milstein serves as Special Counsel to the Ohio Attorney General In this breach of contract litigation alleging that Express Scripts, Inc. overcharged HPRS on the pharmaceutical claims that Express Scripts processed as HPRS' PBM.

### PBM Investigations & Litigation

PBM State Investigations: Cohen Milstein serves as Special Counsel to state Attorneys General throughout the United States in their investigation into the billing practices and fee structures of managed care organizations (MCOs) and PBMs in their delivery of services to state-funded health plans. To date, Cohen Milstein's work with Attorneys General has resulted in more than $950 million in recoveries on behalf of state Medicaid programs.

cohenmilstein.com

COHEN MILSTEIN

## Past Cases

### In re Tintri, Inc. Securities Litigation

In Re Tintri, Inc. Securities Litigation (Sup. Crt., San Mateo Cnty., Cal.): Cohen Milstein represents investors in this securities class action, alleging that Tintri made misstatements and omissions in in its IPO registration statement and prospectus.

### In re Woodbridge Investments Litigation

In re Woodbridge Investments Litigation (C.D. Cal.): Cohen Milstein is a part of the executive leadership team in a consolidated securities class action against Comerica Bank for violating California statutory law and breaching its fiduciary duties by aiding and abetting an elaborate multi-billion-dollar Ponzi-scheme fraud committed by Robert H. Shapiro and the Woodbridge Group of Companies, a real estate investment company that transacted the scheme through Comerica bank accounts. On September 3, 2021, the Court granted preliminary approval of a $54.2 million settlement between Woodbridge investors and Comerica Bank.

### Ohio Bureau of Workers Compensation v. OptumRx Administrative Services, LLC

Ohio Bureau of Workers Compensation v. OptumRx Administrative Services, LLC (Franklin C.P., Ohio): Cohen Milstein served as Special Counsel to the Ohio Attorney General's Office in breach of contract litigation against OptumRx Administrative Services, LLC for its allegedly overcharging BWC on certain pharmaceutical claims that OptumRx processed as BWC's PBM. On October 28, 2022, OptumRx agreed to pay the State of Ohio $15 million to settle the litigation.

### Ohio Department of Medicaid et al. v. Centene Corporation et al.

Ohio Department of Medicaid v. Centene, Corp. (Franklin C.P., Ohio): Cohen Milstein served as Special Counsel to the Ohio Attorney General's Office in this litigation. On June 14, 2021, the Ohio Attorney General announced a $88.3 million settlement with Centene Corporation and its wholly owned subsidiaries for their alleged role in not only breaching contractual and fiduciary obligations to the Ohio Department of Medicaid (ODM), but also defrauding ODM out of millions of dollars through an elaborate scheme with pharmacy benefit subcontractors to maximize company profits at the expense of the ODM and millions of Ohioans who rely on Medicaid.

### Weiner, et al. v. Tivity Health, Inc., et al.

Eric Weiner v. Tivity Health, Inc. (M.D. Tenn.): Cohen Milstein was Class Counsel, representing Class Representative Oklahoma Firefighters' Pension and Retirement System and other purchasers of Tivity Health stock in a putative securities class action for Exchange Act violations related to Tivity's misleading the public about its relationship with United Healthcare, Inc. On October 7, 2021, the Court granted final approval of a $7.5 million settlement.

cohenmilstein.com



COHEN MILSTEIN

# Daniel S. Sommers

Partner

**WASHINGTON, DC**
**T** 202.408.4600
**dsommers@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

District of Columbia | New Jersey | New York

**EDUCATION**

The George Washington University Law School, J.D., 1986 | Union College, B.A., magna cum laude, 1983

## Overview

Daniel S. Sommers is a highly regarded and deeply experienced securities litigator and thought leader in the areas of securities and class action litigation and investor rights.

During his more than three-decade career at Cohen Milstein, Daniel has taken leadership roles in large, complex, and significant securities cases. He has provided litigation counsel to institutional investors, including state-wide public pension funds, public safety pension funds, and Taft-Hartley pension funds. His cases span industries including financial services, computer software, pharmaceutical, healthcare, energy, insurance, real estate, and telecommunications, among others. In addition, he has substantial experience in cases presenting complex accounting and auditing issues.

In addition, Daniel has successfully handled matters involving non-U.S. issuers including the groundbreaking $58.4 million securities class action recovery, in which the Amsterdam Court of Appeal declared binding a world-wide class action settlement of claims of non-U.S. investors who purchased Converium shares outside of the United States. The ruling was a major victory for worldwide investors because it successfully implemented the Dutch Collective Settlement Statute even though the underlying transactions had limited contact with the Netherlands.

Many of Daniel's cases have resulted in important rulings and legal precedents, as well as recoveries for investors totaling hundreds of millions of dollars. For example, Daniel was co-lead counsel for a group of pension funds in In re Bear Stearns Mortgage-Pass Through Certificates Litigation, which

cohenmilstein.com

COHENMILSTEIN

resulted in a recovery of $500 million. The recovery was among the largest ever obtained in a securities class action arising from the issuance of mortgage-backed securities. Daniel has also been responsible for many other recoveries for investors in securities class action cases in federal courts throughout the United States including among others:

- Steiner v. Southmark Corporation (N.D. Tex.) (over $70 million recovery)

- In re PictureTel Inc. Securities Litigation (D. Mass.) ($12 million recovery)

- In re Opus Bank Securities Litigation (C.D. Cal.) (representing the Arkansas Public Employees Retirement System and obtaining a $17 million recovery)

- In re Physician Corporation of America Securities Litigation (S.D. Fla.) ($10.2 million recovery)

- In re Gilat Satellite Securities Litigation (E.D.N.Y.) ($20 million recovery)

- In re Pozen Inc. Securities Litigation (M.D.N.C.) ($11.2 million recovery)

- In re Nextel Communications Securities Litigation (D.N.J.) (up to $27 million recovery)

- In re PSINet Inc. Securities Litigation (E.D. Va.) ($17.8 million recovery)

- In re Cascade International Inc. Securities Litigation (S.D. Fla.) (global recovery of approximately $10 million)

- In re GT Solar Securities Litigation (D.N.H.) (representing the Arkansas Public Employees Retirement System and obtaining a recovery of $10.5 million)

- Mulligan v. Impax Laboratories, Inc. (N.D. Cal.) (representing the Boilermakers Blacksmith National Pension Trust and obtaining a recovery of $8 million)

- Plumbers & Pipefitters National Pension Fund v. Orthofix, N.V. (S.D.N.Y.) (representing the Plumbers & Pipefitters National Pension Fund and obtaining a recovery of $11 million)

- In re ECI Telecom Securities Ltd. Litigation (E.D. Va.) ($21.75 million recovery)

Daniel has handled significant appellate matters including arguing before the United States Court of Appeals for the Ninth Circuit in Hemmer Group v. Southwest Water Company, where he obtained a reversal of the district court's order dismissing investors' claims under the Securities Act of 1933. In addition, he was co-lead counsel for investors before the Supreme Court of the United States in Broudo v. Dura Pharmaceuticals, Inc., 544 U.S. 336 (2005) (addressing the standards for pleading loss causation).

Also experienced in non-class action litigation, Daniel represented TBG Inc., a multi-billion dollar privately held overseas corporation, in a multi-party, complex action alleging fraud in a corporate acquisition and represented individuals in connection with investigations brought by the United States Securities and Exchange Commission. He also has represented publicly traded corporations

cohenmilstein.com

COHEN MILSTEIN

in the prosecution and defense of claims. Daniel has also served as a leader and mentor inside the firm. He served on the firm's executive committee for twelve years from 2007 through 2019 and is the immediate past co-chair of the Securities Litigation and Investor Protection practice.

Daniel is a nationally recognized thought leader on securities law and securities class action litigation. He has been quoted by multiple publications, including The Wall Street Journal, The Washington Post, Bloomberg, and Law360.

## Current Cases

### In re EQT Corporation Securities Litigation

In re EQT Corporation Securities Litigation (W.D. Pa.): Cohen Milstein is Co-Lead Counsel in this securities class action, in which Plaintiffs allege that EQT misrepresented the "substantial synergies" that were expected to arise from a planned merger with rival natural gas producer Rice Energy due to "the contiguous and complementary nature of Rice's asset base with EQT's."

### Zucker, et al. v. Bowl America, Inc., et al.

Zucker, et al. v. Bowl America, Inc., et al. (D. Md.): Cohen Milstein serves as co-lead counsel in this certified securities class action. Shareholders of Bowl America, Inc. allege that the board of directors of Bowlero Corp. orchestrated a merger that was unfair, misleading and grossly inadequate, forcing the sale of Bowl America at a fire sale price. On December 12, 2024, the court granted final approval of a $2.2 million settlement.

## Past Cases

### Bear Stearns Mortgage Pass-Through Certificates Litigation

Bear Stearns MBS Litigation (S.D.N.Y.): Cohen Milstein as co-lead counsel represented the New Jersey Carpenters Health Fund in a $505 million landmark settlement (including a $5 million expense fund) of a securities class action suit alleging that Bear Stearns violated securities laws in the sale of mortgage-backed securities to investors. This is the largest recovery ever obtained in a securities class action on behalf of investors in mortgage-backed securities.

### City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Credit Suisse Group AG, et al.

City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Credit Suisse Group AG, et al. (S.D.N.Y.): Cohen Milstein, as Co-Lead Counsel, represented plaintiffs in this class action against Credit Suisse Group AG, regarding its misrepresentations of its trading limits and risk controls and resulting in accumulation of billions of dollars in extremely risky, highly illiquid investments, including the surreptitious accumulation of nearly $3 billion in distressed debt and U.S. collateralized

cohenmilstein.com

COHENMILSTEIN

loan obligations ("CLOs"). On December 16, 2020, the court granted final approval of a $15.5 million settlement.

## Converium/SCOR Securities Litigation (S.D.N.Y./Netherlands)

In re Converium/SCOR Holding AG Securities Litigation (S.D.N.Y./Netherlands): Cohen Milstein was Co-Lead Counsel in this first cross-border securities class action litigation of its kind settled on a Trans-Atlantic basis. On January 17, 2012, the Amsterdam Court of Appeal declared binding two international settlement agreements – an aggregate recovery of $58.4 million to a class of European and other non-U.S. investors who were excluded from participating in the U.S. securities class action against the Swiss reinsurer Converium Holding AG and Zurich Financial Services. The decision is significant for investors around the globe. These non-U.S. investors – who previously brought U.S. federal claims and were excluded from the U.S. action because they were not U.S. residents and because they purchased their shares on the Swiss Stock Exchange. Moreover, the Amsterdam Court's decision confirmed that the Dutch Collective Settlement Act, which allow claimants to reach a collective settlement with a defendant or group of defendants, is available to a broad range of securities plaintiffs and corporate defendants-inside and outside the Netherlands-and that the Amsterdam Court is a pragmatic and investor-friendly forum.

## Impax Laboratories, Inc. Securities Litigation

Mulligan v. Impax Laboratories, Inc. et al. (N.D. Cal.): Cohen Milstein served as Co-Lead Counsel in this securities class action against Impax Laboratories, Inc. Investors claimed that Impax knowingly made false or misleading statements about serious deficiencies at a manufacturing facility, as well as its inability to timely remedy those deficiencies as was required by the U.S. Food and Drug Administration. On July 23, 2015, the court granted final approval to an $8 million cash settlement.

## In Re: CP Ships Ltd. Securities Litigation

In Re: CP Ships Ltd. Securities Litigation (M.D. Fla.): Cohen Milstein was Co-Lead Counsel in this securities class action, alleging that CP Ships violated several generally accepted accounting principles ("GAAP") and underreported the company's profits and income, thereby helping company executives profit from artificially inflated stock prices. In 2009, the Eleventh Circuit affirmed the 2008 decision of the lower to grant final approval of a $1.3 million settlement in this securities class action. The litigation involved novel issues of subject matter jurisdiction over claims of non-U.S. investors of CP Ships stock who purchased shares on the New York Stock Exchange.

## In re Fannie Mae Securities Litigation

In re Fannie Mae Securities Litigation (D.D.C.): Cohen Milstein served as local counsel for the Lead Plaintiffs, Ohio Public Employees Retirement System and the State Teachers Retirement System of Ohio in this significant, certified securities fraud class action and multidistrict litigation against Federal

cohenmilstein.com

National Mortgage Association (Fannie Mae) and its former accountant, KPMG. The litigation is significant, given the risk investors faced in trying to hold Fannie Mae accountable since it is a public company that operates under a congressional charter. On December 5, 2013, the court granted final approval of a $153 million settlement. In his opinion, Judge Leon stated, the settlement constitutes one of "the largest securities class action settlements in the history of our Circuit (since the Private Securities Litigation Reform Act (PSLRA) went into effect in 1996)."

## Opus Bank Securities Litigation

Nancy Schwartz v. Opus Bank, et al. (C.D. Cal.): Cohen Milstein was appointed lead counsel in this securities class action litigation against defendants Opus Bank. Arkansas Public Employees Retirement System was appointed Lead Plaintiff. On November 5, 2018, the Honorable André Birotte Jr. for U.S. District Court Central District of California granted final approval of a $17 million settlement.

## Orthofix International N.V. Securities Litigation

Plumbers & Pipefitters Nat'l Pension Fund v. Orthofix Int'l N.V. (S.D.N.Y.): Cohen Milstein served as Lead Counsel in this securities fraud class action against Orthofix International N.V., a medical device company, and three of its officers for making alleged material misrepresentations and omissions about the company's financial performance and future prospects in the company's financial statements. On April 29, 2016, the court granted final approval to an $11 million settlement.

## Weiner, et al. v. Tivity Health, Inc., et al.

Eric Weiner v. Tivity Health, Inc. (M.D. Tenn.): Cohen Milstein was Class Counsel, representing Class Representative Oklahoma Firefighters' Pension and Retirement System and other purchasers of Tivity Health stock in a putative securities class action for Exchange Act violations related to Tivity's misleading the public about its relationship with United Healthcare, Inc. On October 7, 2021, the Court granted final approval of a $7.5 million settlement.

cohenmilstein.com



**COHEN**MILSTEIN

# Suzanne M. Dugan

Special Counsel

**WASHINGTON, DC**
**T** 202.408.4600
**sdugan@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection | Ethics & Fiduciary Counseling

**ADMISSIONS**

District of Columbia | New York | North Carolina | Texas

**EDUCATION**

Albany Law School of Union University, J.D., cum laude | Siena College, B.A., magna cum laude

## Overview

Suzanne M. Dugan leads the Ethics & Fiduciary Counseling practice, a practice she helped found over a decade ago within the Securities Litigation & Investor Protection practice.

Suzanne brings experience gained from having served as ethics counsel to the third largest public pension fund in the country, to advise and counsel pension fund trustees and senior managers on issues and challenges, providing collaborative and creative solutions for pension funds as they navigate changing economic challenges and organizational requirements.

Suzanne joined Cohen Milstein after more than 20 years of service in government, including as Special Counsel for Ethics for the Office of the New York State Comptroller, and as general counsel to and acting director of the New York State Ethics Commission. Her service and experience in government offer the broad and unique perspective of a regulator and the understanding of an in-house counsel, which are further informed by her representation of public pension plans with over one-half trillion dollars under management.

From this unique vantage, Suzanne counsels pension funds on fiduciary responsibility, ethical duties, strategic governance, and compliance issues. She consults with governmental entities and others on design, implementation, management, and assessment of comprehensive ethics programs. She also assists in conducting investigations and structuring recommendations and provides expert legal and consulting services to law firms retained to conduct special reviews, providing an additional layer of oversight and accountability.

cohenmilstein.com

COHENMILSTEIN

Suzanne has worked with public pension fund and municipal government clients in the following capacities:

- As fiduciary counsel, ethics counsel, and compliance counsel to public pension plans from coast to coast, including some of the largest institutional investors in the country

- By providing ethics and fiduciary training to boards of trustees, designing, and delivering educational programs for sophisticated public pension plans and government entities

- As outside ethics officer to municipalities across the country, evaluating and investigating complaints of unethical conduct, providing objective and independent guidance, and working to ensure a culture of ethical leadership.

Suzanne is a frequent lecturer at conferences and forums addressing ethics and fiduciary issues in the public and nonprofit sectors, including pension funds, bringing with her an understanding of ethical issues born out of practical experience and scholarly pursuits. She has served as an adjunct professor, teaching a course on government ethics, and writes frequently on ethics, fiduciary responsibilities of pension trustees and the role of pension fund attorneys. She is an elected member of the American Law Institute.



COHENMILSTEIN

## Luke Bierman

Of Counsel

**WASHINGTON, DC**
**T** 202.408.4600
**lbierman@cohenmilstein.com**

**PRACTICE AREAS**

Ethics & Fiduciary Counseling | Securities Litigation & Investor Protection

**ADMISSIONS**

New York

**EDUCATION**

University at Albany - State University of New York, Ph.D., 1994 | College of William & Mary, J.D., 1982 | Colgate University, B.A., magna cum laude, High Honors, Phi Beta Kappa, 1979 | University at Albany - State University of New York, M.A., 1991

## Overview

Luke Bierman is of counsel to Cohen Milstein, and adviser to the Ethics and Fiduciary Counseling and Securities Litigation & Investor Protection practices. He counsels pension funds and public entities on fiduciary, ethics, governance, and compliance issues.

Luke joined Cohen Milstein in 2011, bringing with him a singular perspective and substantive experience as in-house general counsel to one of the largest public pension funds in the country, appointments to state task forces to review the state code of judicial ethics and professionalism, and a scholarly and academic background as the Dean and Professor of Law at a law school twice recognized as among the most innovative in the world. His experience provides him with a unique context for assisting public pension funds at critical and challenging times for those funds, and to offer collaborative and creative solutions.

Luke served from 2007 to 2010 as General Counsel for the Office of the New York State Comptroller, the sole trustee of the state's then $160 billion pension fund and the state's chief fiscal officer for the state of New York's then $160 billion budget. This was when the Office of the Comptroller faced unprecedented challenges including an international placement agent scandal and the Great Recession. Luke was the third ranking official in an agency of 2,500 employees managing a legal staff that included 100 staff with 55 attorneys and was responsible for legal advice and counsel on all

cohenmilstein.com

COHENMILSTEIN

matters relating to the comptroller's constitutional and statutory responsibilities, including fiduciary, governance, ethics, litigation, investment, pension benefits, state and municipal finance and legislative matters. He also managed the 35 outside law firms that represented the Comptroller in litigation and transactional matters.

Luke is a noted expert on legal ethics and professionalism, who has spoken and written widely about state courts and judicial conduct. He has served as a member of the North Carolina Commission on Administration of Law and Justice and on the North Carolina Chief Justice's Commission on Professionalism. He was a member of the Massachusetts Supreme Judicial Court's Task Force on the Code of Judicial Conduct, which was assigned to review and suggest updates to the Court. He served on the ABA Presidential Task Force on Financing Legal Education and the ABA Presidential Task Force on Legal Access JobCorps. While working at the American Bar Association, Luke initiated the project that resulted in revisions to the Model Code of Judicial Conduct (2007), which many states have since adopted. He is Professor of Law and Dean Emeritus at Elon University School of Law in Greensboro, North Carolina, where he, as Dean, spearheaded the creation of a unique law curriculum that blends the most important traditional elements of legal education with highly experiential learning in the nation's first 2½ year JD program.

Previously, Luke was the Associate Dean for Experiential Education and Distinguished Professor of Practice of Law at Northeastern University School of Law, where he was responsible for the Cooperative Legal Education Program. Earlier in his career, he served as a Fellow in Government Law and Policy at Albany Law School, Director of the Institute for Emerging Issues at North Carolina State University, where he held the rank of Associate Professor of Political Science; as founding director of the Justice Center and Special Assistant to the President of the American Bar Association; and as Visiting Specialist in Constitutional Law with the rank of Associate Professor at The Richard Stockton College (now University) of New Jersey. Luke also taught at Northwestern University School of Law, the University at Albany - State University of New York and Trinity College in Hartford. He also clerked for appellate judges in New York state shortly after law school.

Luke is widely published for his legal analysis and is a frequent lecturer and commentator about corporate governance reform, fiduciary responsibility and ethics and justice reform. He was a member of the board of directors of the Council of Institutional Investors, where he co-chaired the policies committee. He has been an elected member of the American Law Institute since 2002.

cohenmilstein.com



**COHEN**MILSTEIN

# Jay Chaudhuri

Of Counsel

**RALEIGH**

jchaudhuri@cohenmilstein.com

**PRACTICE AREAS**

Ethics & Fiduciary Counseling | Securities Litigation & Investor Protection

**ADMISSIONS**

North Carolina

**EDUCATION**

North Carolina Central University School of Law, J.D., cum laude, 1999 | Columbia University School of International and Public Affairs, M.I.A., 1995 | Davidson College, B.A., 1991

## Overview

Jay Chaudhuri has spent his career fighting for and working on behalf of the people of North Carolina. Before joining Cohen Milstein, Jay served as General Counsel & Senior Policy Advisor at the North Carolina Department of State Treasurer, the sole trustee of the state's $90 billion pension fund and administrator of the $8 billion defined contribution plan.

Jay oversaw all legal and corporate governance matters. He recovered more than $100 million for the pension and unclaimed property funds, including settlements with a real estate investment manager and custodian bank. Jay played a key role in uncovering alleged wrongdoing that led to eight investment managers paying the pension fund back $15 million and tougher, cutting-edge ethical standards for these managers.

Jay also helped organize a coalition of 11 public pension funds against Massey Energy's Board of Directors and chairman, after a coal-mining explosion resulted in the death of 29 workers. That engagement resulted in key corporate governance changes and the chairman's resignation.  Today, the coalition's engagement is cited as a model of collaboration among shareholder rights advocates. In addition, Jay worked closely with the Harvard Shareholder Rights Project where the department helped declassify twenty corporate boards, including Stanley Black & Decker, Hess, Lexmark, Foot Locker, and Jarden Corporation. Jay served as chair of the Council of Institutional Investors, an association of pension funds with combined assets of more than $3 trillion which serves

cohenmilstein.com

COHEN MILSTEIN

as the leading voice for effective corporate governance and strong shareholder rights.  As chair, he led the development and adoption of the organization's long-term strategic plan.

Before joining the Department of State Treasurer, Jay served as Special Counsel at the North Carolina Department of Justice, where he led an investigation by all 50 attorneys general that resulted in a landmark agreement with two leading social networking sites to better protect children from Internet predators. For his efforts, the National Association of Attorneys General honored him with the Marvin Award, given to an individual who furthers the association's goals.

The North Carolina Bar Association has awarded Jay its Citizen Lawyers Award, given to lawyers who provide exemplary service to the communities. Lawyers Weekly has also honored him with its Leader in the Law award. In addition, he has been awarded the William C. Friday Fellowship, Henry Toll Fellowship, and American Marshall Memorial Fellowship.

Jay currently serves in the North Carolina State Senate where he serves as the Senate Democratic Whip. He is the first South Asian American to serve in the North Carolina General Assembly.

## Current Cases

### Edwards, et al. v. CSX Transportation, et al.

Edwards, et al. v. CSX Transportation, et al. (E.D.N.C.): Cohen Milstein was appointed Interim Co-Lead Counsel in this putative class action against CSX Corporation. We represent a class of businesses and residents in the southern and western portions of Lumberton, NC who have twice suffered catastrophic flooding and damage in connection with a train underpass floodgate.

### In re Crop Protection Products Loyalty Program Antitrust Litigation

In re Crop Protection Products Loyalty Program Antitrust Litigation (M.D.N.C.): Cohen Milstein serves as Interim Co-Lead Class Counsel in this antirust multidistrict litigation against Syngenta Crop Protection and Corteva, Inc., two of the world's largest pesticide manufactures. Plaintiffs allege these defendants have illegally blocked competition through exclusive distributor "loyalty agreements," thereby forcing farmers to pay supracompetitive prices while restricting their ability to benefit from new, innovative products.

## Past Cases

### Bains, et al. v. American Tactical, Inc.

Bains, et al. v. American Tactical, Inc., et al. (W.D.N.Y.): On April 13, 2023, Cohen Milstein and Brady Center to Prevent Gun Violence filed a negligence, public nuisance and unlawful marketing lawsuit against American Tactical, Inc. and others involved in the manufacturing, marketing, and sale of the 60-round high-capacity magazine (HCM) used by the perpetrator in a deadly mass shooting on April 15, 2021 at

cohenmilstein.com

COHENMILSTEIN

a FedEx Ground Package facility in Indianapolis, Indiana. Tragically, thirteen people were shot during the attack. Eight died. At least five other people were injured.

### Bains, et al. v. Securitas Security Services, USA, Inc.

Bains, et al. v. Securitas Security Services, USA, Inc. (S.D. Ind.): On April 13, 2023, Cohen Milstein filed a personal injury and wrongful death lawsuit against Securitas Security Services, USA, Inc. (Securitas) for its role in the deadly mass shooting that occurred on April 15, 2021 at the FedEx Ground Package facility on Mirabel Road in Indianapolis, Indiana. Securitas provided security guard services to the FedEx Ground facility.

### Gender-Affirming Breast Surgery Coverage by Aetna

On January 26, 2021, Cohen Milstein and Transgender Legal Defense & Education Fund (TLDEF), on behalf of several transgender healthcare beneficiaries of Aetna, a CVS Health company, announced that Aetna has expanded its healthcare coverage of gender-affirming surgery to include breast augmentation for transfeminine members in most of its commercial plans. This decision is the [...]

cohenmilstein.com



# Susan M. Greenwood

Of Counsel

**NEW YORK**

**T** 212.838.7797

**sgreenwood@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

New Jersey | New York

**EDUCATION**

University of Pennsylvania School of Law, J.D. | Cornell University, B.A., cum laude with Distinction

## Overview

Susan M. Greenwood is a member of Cohen Milstein's Securities Litigation & Investor Protection practice. With extensive experience in the area of securities law and class action litigation, Susan analyzes and evaluates securities litigation case opportunities.

Prior to joining Cohen Milstein, Susan was a securities law specialist at Bloomberg Law, providing analysis of trends and developments in securities litigation, regulation and enforcement and serving as the editor of the Bloomberg Law Securities Litigation and Enforcement Report.  She has also served as counsel at a prominent insurance company and two large litigation firms.

cohenmilstein.com



# Christopher Lometti

Of Counsel

**NEW YORK**

**T** 212.838.7797

**clometti@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

New York

**EDUCATION**

Fordham Law School, J.D., 1986 | Fordham University, B.A., 1983

## Overview

Christopher Lometti, of counsel in the Securities Litigation & Investor Protection practice, has litigated some of the most significant mortgage-backed securities (MBS) class action lawsuits to emerge from the financial crisis.

Chris, together with his former colleague Joel Laitman, initiated the Bear Stearns, Harborview, RALI, Lehman and HEMT MBS litigation at their named firm prior to joining Cohen Milstein. The lawsuits were high-risk matters involving novel claims on behalf of their Taft-Hartley pension fund clients injured by the dramatic downgrades of their MBS holdings from AAA to junk status. The MBS litigations have earned Cohen Milstein's Securities Litigation team numerous accolades from the National Law Journal, Law360, and American Lawyer.

Prior to joining Cohen Milstein, Chris played a substantive role in litigating and settling the massive class action suit against WorldCom, one of the largest bankruptcies in history, representing significant stakeholders in the telecom's bond offerings. The lawsuit resulted in a settlement of $6.15 billion.

## Current Cases

**Bayer Securities Litigation**

Bayer Securities Litigation (N.D. Cal.): Cohen Milstein is Lead Counsel in this certified securities class action, in which Plaintiffs allege that in connection with its $63 billion acquisition of Monsanto, Bayer

cohenmilstein.com

COHENMILSTEIN

misrepresented the rigor of its due diligence and the nature of the legal risk presented by Monsanto's flagship product, the herbicide Roundup. Bayer investors incurred significant losses after bellwether jury trials in toxic tort cases repeatedly found in favor of the plaintiffs against Monsanto, including finding that Roundup was a "substantial factor" in causing the plaintiffs' non-Hodgkin's lymphoma, and leading to jury awards totaling hundreds of millions of dollars.

## Past Cases

### Bear Stearns Mortgage Pass-Through Certificates Litigation

Bear Stearns MBS Litigation (S.D.N.Y.): Cohen Milstein as co-lead counsel represented the New Jersey Carpenters Health Fund in a $505 million landmark settlement (including a $5 million expense fund) of a securities class action suit alleging that Bear Stearns violated securities laws in the sale of mortgage-backed securities to investors. This is the largest recovery ever obtained in a securities class action on behalf of investors in mortgage-backed securities.

### FirstEnergy Shareholder Derivative Litigation

FirstEnergy Shareholder Derivative Litigation (S.D. Ohio; N.D. Ohio): Cohen Milstein represented the Massachusetts Laborers Pension Fund in two shareholder derivative actions against certain officers and directors and nominal defendant FirstEnergy related to the Company's involvement in Ohio's largest public bribery schemes. On August 23, 2022, the Court granted final approval of a $180 million global settlement. Law360 ranked this case as one of the top 10 securities litigation settlements in 2022.

### Harborview MBS Litigation

New Jersey Carpenters Health Fund, et al., v. The Royal Bank of Scotland Group, PLC (S.D.N.Y.): Litigation gave rise to a $275 million settlement with Royal Bank of Scotland. Cohen Milstein was lead counsel in a complex case, in which presiding Judge Loretta A. Preska, of the U.S. District Court, Southern District of New York, commented on the "job well done" by the Cohen Milstein team.

### In re Alphabet Shareholder Derivative Litigation

In re Alphabet Shareholder Derivative Litigation (Cal. Sup. Crt., Santa Clara Cnty.): Cohen Milstein, as co-lead counsel, represented Northern California Pipe Trades Pension Plan and Teamsters Local 272 Labor Management Pension Fund in a shareholder derivative lawsuit against Alphabet, Inc.'s Board of Directors. Shareholders alleged that the Board allowed powerful executives to sexually harass and discriminate against women without consequence. In November 2020, the Court granted final approval of a historic settlement, including a $310 million commitment to fund diversity, equity, and inclusion initiatives and robust reforms including limiting non-disclosure agreements and ending mandatory arbitration in sexual harassment, gender discrimination, and retaliation-related disputes.

cohenmilstein.com

COHENMILSTEIN

### In re Dynex Capital, Inc. Securities Litigation

In re Dynex Capital, Inc. Securities Litigation (S.D.N.Y.): Cohen Milstein, as Lead Counsel, represented Lead Plaintiff Pension Fund Local 445 and a certified class of investors of collateralized bonds known as Merit Series 12-1 and Merit Series 13. Investors alleged that Dynex, its subsidiary Merit Securities Corp., and senior executives lied about the quality of mobile home loans that were collateral for the bonds. Unique to the case were rulings addressing corporate scienter and arguments addressing bond certification and bond market efficiency. It is also the first class certification granted to a class of asset-backed bond purchasers under the 1934 Act within the Second Circuit. On March 13, 2012, after six years of litigation, the Court granted final approval of $7.5 million settlement.

### In re Valeant Pharmaceuticals International, Inc. Third-Party Payor Litigation

In re Valeant Pharmaceuticals International, Inc. Third-Party Payor Litigation (D.N.J.): On February 22, 2022, the court granted final approval of a $23 million settlement against Valeant Pharmaceuticals International Inc., as well as a $125,000 settlement against specialty pharmacy Philidor RX Services LLC and certain officers and directors for their roles in an alleged RICO Act scheme to shield the company's drugs from competition, fraudulently inflate the prices of its products, and artificially boost sales at the expense of third-party payors.

### New Jersey Carpenters Health Fund v. DLJ Mortgage Capital, Inc., et al.

HEMT MBS Litigation (S.D.N.Y.): $110 million settlement with Credit Suisse. Cohen Milstein was lead counsel in a case alleging Credit Suisse and its affiliates sold toxic securities to pension fund investors. The suit, filed in 2008, was one of the first class action cases involving mortgage-backed securities to be filed.

### Novastar MBS Litigation

NovaStar MBS Litigation: Cohen Milstein is lead counsel in litigation alleging that RBS, Wells Fargo (formerly Wachovia) and Deutsche Bank sold toxic mortgage-backed securities to investors. The litigation is one of the last outstanding class action MBS lawsuits. The Second Circuit Court of Appeals reversed an earlier dismissal of the lawsuit, paving the way for prosecution of the case. In March 2019, the Court granted final approval of a $165 million all-cash settlement.

### RALI MBS Litigation

RALI MBS Litigation (S.D.N.Y.): Cohen Milstein was Lead counsel in a securities class action alleging RALI and its affiliates sold shoddy MBS securities that did not meet the standards of their underwriters. In July 2015, the court granted final approval to a global settlement totaling $335 million, marking an end to a long and complicated class action that took seven years of intense litigation to resolve.

cohenmilstein.com



# Mona Luddy Benach

Of Counsel

**WASHINGTON, DC**
**T** 202.408.4600
**mbenach@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

District of Columbia | New York

**EDUCATION**

Columbia Law School, J.D., 2001 | The Johns Hopkins University, B.A., International Relations, 1995

## Overview

Mona Benach is of counsel in Cohen Milstein's Securities Litigation & Investment Protection practice, where she represents public pension funds and other institutional investors in securities class actions and shareholder derivative lawsuits.

With more than two decades of securities litigation and internal investigation experience in both the private and public sectors, Mona brings to bear a wealth of insight on securities laws. Her roles have included assistant general counsel at a nationally renowned investment bank and asset management company, as well as assistant director of the Municipal Securities Rulemaking Board and senior counsel at the U.S. Securities and Exchange Commission, Division of Enforcement.

Prior to entering private practice, Mona was a law clerk for the Honorable Deborah Chasanow of the United States District Court for the District of Maryland.

While attending Columbia Law School, Mona was a Harlan Fiske Stone Honor Scholar and senior editor of the *Columbia Law Review.*

cohenmilstein.com



**COHEN**MILSTEIN

# David  M. Maser

Of Counsel

**PHILADELPHIA**
**T** 267.479.5700
**dmaser@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

Pennsylvania

**EDUCATION**

Temple University James E. Beasley School of Law, J.D., 1995 | Penn State University, B.S., 1992

## Overview

David M. Maser is of counsel at Cohen Milstein and a member of the Securities Litigation & Investor Protection practice. Prior to joining the firm, David worked with a nationally recognized securities class action plaintiffs law firm for more than a decade, where he helped create the firm's securities monitoring program and cultivated important relationships with the firm's growing portfolio of institutional investor clients, nationally and globally.

As a result of his work, David successfully engaged over 25 public fund and union clients with well over $200 billion in assets under management. Clients he has represented have been involved in more than 60 actions, generating more than $4.6 billion in case recoveries.

David has worked extensively in both the public and private sectors and brings more than 25 years of experience and insight to pension funds and other institutional clients, specifically at the intersection of law, business and government.

Through his extensive experience in the public and private sectors, David has established bipartisan relationships in the political arena on the federal, state and local levels. His ability to see the big picture and create bipartisan collaborations has earned him a reputation as an exceptional diplomat and strategic consensus builder.

cohenmilstein.com

**COHEN**MILSTEIN

## Current Cases

### PBM Investigations & Litigation

PBM State Investigations: Cohen Milstein serves as Special Counsel to state Attorneys General throughout the United States in their investigation into the billing practices and fee structures of managed care organizations (MCOs) and PBMs in their delivery of services to state-funded health plans. To date, Cohen Milstein's work with Attorneys General has resulted in more than $950 million in recoveries on behalf of state Medicaid programs.

cohenmilstein.com



**COHEN**MILSTEIN

# Amy Miller

Of Counsel

**NEW YORK**
**T** 212.838.7797
**amiller@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

New York

**EDUCATION**

New York Law School, J.D., summa cum laude, 2001 | Boston University, B.A., magna cum laude, 1995

## Overview

Amy Miller represents institutional and individual shareholders in corporate governance lawsuits, ranging from derivative actions to securities class actions, all seeking accountability on issues including breach of fiduciary, securities fraud, and corporate waste. She is also a member of the Securities Group's corporate governance case development team.

Amy brings to bear more than 20 years of plaintiff-side and defense-side securities litigation experience addressing matters involving corporate governance and corporate wrongdoing, mergers and acquisitions, in which stockholders were provided with an unfair value for their stock, and more recently with SPAC investment vehicles.

Immediately prior to joining Cohen Milstein in 2019, Amy led the corporate governance litigation practice at a highly regarded national securities plaintiffs' class action law firm. She began her career at one of the nation's top securities defense firms where she worked for nearly a decade.

Since 2018, Amy has contributed a chapter concerning the Second Circuit to the American Bar Association's Survey of Federal Class Action Law: A U.S. Supreme Court and Circuit-by-Circuit Analysis. The Survey, produced by the ABA Litigation Section's Class Actions and Derivative Suits Committee, provides up-to-date analysis of class action law in each federal circuit.

While attending law school, Amy was the articles editor for the *New York Law School Law Review*.

cohenmilstein.com

COHENMILSTEIN

## Current Cases

### In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation

In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation (N.D. Ill.): Cohen Milstein is Co-Lead Counsel in this shareholder derivative lawsuit against Abbott's board of directors for breaching their fiduciary duties related to the company's manufacture and sale of infant formula products, prompting a major recall and nationwide infant formula shortage and allegedly causing billions of dollars of damage to Abbott. Plaintiffs also allege claims of insider trading, corporate waste, and unjust enrichment, as well as violations of the federal securities laws.

### Matterport Shareholder Derivative Litigation

Matterport Shareholder Derivative Litigation (Del. Ch.): On February 6, 2024, Cohen Milstein and co-counsel filed a verified stockholders' derivative complaint nominally, on behalf of Matterport Inc., against the Company's directors, officers, their affiliated entities, and others, who were unjustly enriched by the Board of Directors' approval of a self-interested transaction.

### Zucker, et al. v. Bowl America, Inc., et al.

Zucker, et al. v. Bowl America, Inc., et al. (D. Md.): Cohen Milstein serves as co-lead counsel in this certified securities class action. Shareholders of Bowl America, Inc. allege that the board of directors of Bowlero Corp. orchestrated a merger that was unfair, misleading and grossly inadequate, forcing the sale of Bowl America at a fire sale price. On December 12, 2024, the court granted final approval of a $2.2 million settlement.

## Past Cases

### Boeing Derivative Shareholder Litigation

Boeing Derivative Shareholder Litigation (N.D. Ill.): Cohen Milstein served as sole lead counsel in a federal derivative case brought by the Seafarers Pension Plan against The Boeing Company's directors and officers arising out of the 737 MAX crashes and alleging federal proxy statement violations in connection with director elections. After the case was dismissed on forum non conveniens grounds, Plaintiffs successfully argued before the U.S. Court of Appeals for the Seventh Circuit, obtaining a 2-to-1, precedent-setting decision reversing the district court's dismissal of the case based on enforcement of Boeing's forum selection bylaw. The derivative action ultimately settled on December 14, 2022, along with a companion class action January 13, 2023, which was filed by the Seafarers in Delaware Chancery Court after the district court's dismissal and challenging the bylaw under Delaware law, for corporate governance reforms valued in excess of $100 million and a $6.25 million payment by the Directors' insurers to the Company.

cohenmilstein.com

COHENMILSTEIN

### FirstEnergy Shareholder Derivative Litigation

FirstEnergy Shareholder Derivative Litigation (S.D. Ohio; N.D. Ohio): Cohen Milstein represented the Massachusetts Laborers Pension Fund in two shareholder derivative actions against certain officers and directors and nominal defendant FirstEnergy related to the Company's involvement in Ohio's largest public bribery schemes. On August 23, 2022, the Court granted final approval of a $180 million global settlement. Law360 ranked this case as one of the top 10 securities litigation settlements in 2022.

cohenmilstein.com



# Richard A. Speirs

Of Counsel

**NEW YORK**
**T** 212.838.7797
**rspeirs@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

New York

**EDUCATION**

Brooklyn Law School, J.D., Order of the Coif, 1985 | Brooklyn College of the City University of New York, B.A., cum laude, 1976

## Overview

Richard A. Speirs is of counsel at Cohen Milstein and a member of the Securities Litigation & Investor Protection practice. He is principally responsible for developing and litigating the firm's derivative and merger-related lawsuits. He has also worked on many of the mortgage-backed securities fraud cases that were successfully litigated by the firm.

In a career spanning more than 35 years, Richard has been lead or co-lead attorney in a number of securities class actions where the court has issued an important decision under the federal securities laws. Among the issues decided were the improper grouping of unaffiliated investors in a lead plaintiff motion (In re Telxon Corp. Securities Litigation (N.D. Ohio 1999)); recommendation of default sanction against auditing firm for discovery misconduct involving electronic audit work papers (Hayman v. PriceWaterhouseCoopers (N.D. Ohio 2004)); and liability under Section 10(b) of a non-issuer for disclosures made by the issuer (In re BP Prudhoe Bay Royalty Trust Securities Litigation (W.D. Wash. 2007)). In recent years Richard litigated a number of highly successful derivative lawsuits which resulted in hundreds of millions in recovery on behalf of stockholders and the adoption of significant corporate governance reforms at a number of companies.

cohenmilstein.com

COHENMILSTEIN

## Current Cases

### In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation

In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation (N.D. Ill.): Cohen Milstein is Co-Lead Counsel in this shareholder derivative lawsuit against Abbott's board of directors for breaching their fiduciary duties related to the company's manufacture and sale of infant formula products, prompting a major recall and nationwide infant formula shortage and allegedly causing billions of dollars of damage to Abbott. Plaintiffs also allege claims of insider trading, corporate waste, and unjust enrichment, as well as violations of the federal securities laws.

### In re XL Fleet (Pivotal) Stockholder Litigation

In re XL Fleet (Pivotal) Stockholder Litigation (Del. Ch.): Cohen Milstein is co-lead counsel in a stockholder action against XL Fleet and certain current and former officers and directors. The action alleges that XL Fleet and Pivotal entered into a de-SPAC transaction harmful to stockholders.

### Matterport Shareholder Derivative Litigation

Matterport Shareholder Derivative Litigation (Del. Ch.): On February 6, 2024, Cohen Milstein and co-counsel filed a verified stockholders' derivative complaint nominally, on behalf of Matterport Inc., against the Company's directors, officers, their affiliated entities, and others, who were unjustly enriched by the Board of Directors' approval of a self-interested transaction.

### Nikola Corp. Derivative Litigation

Nikola Corporation Derivative Litigation (Del. Ch.): Cohen Milstein is co-lead counsel in a shareholder derivative action against Trevor Milton, the founder and former CEO and Executive Chairman of Nikola Corporation, a zero-emissions vehicle startup company, and certain other current and former directors and officers of Nikola. The action alleges that Milton engaged in an ongoing criminal fraud involving the dissemination of materially false and misleading statements about Nikola's business, technology and expected financial performance. The action further alleges that Nikola and VectoIQ entered into a de-SPAC transaction harmful to stockholders.

### Seavitt, et al. v. N-Able

Seavitt, et al. v. N-Able, Inc. (Del. Ch.): Cohen Milstein represents a shareholder of N-able's common stock in a groundbreaking legal issue challenging the validity of nine provisions in a governance agreement N-able entered into with its lead investors at the time of its IPO. Plaintiff claims the provisions violate Delaware General Corporations Law because they unduly favor certain shareholder control over the company. On July 25, 2024, the court agreed that many of the provisions are statutorily invalid. This is only the second time the court has addressed the validity of such provisions.

cohenmilstein.com

COHENMILSTEIN

## Zucker, et al. v. Bowl America, Inc., et al.

Zucker, et al. v. Bowl America, Inc., et al. (D. Md.): Cohen Milstein serves as co-lead counsel in this certified securities class action. Shareholders of Bowl America, Inc. allege that the board of directors of Bowlero Corp. orchestrated a merger that was unfair, misleading and grossly inadequate, forcing the sale of Bowl America at a fire sale price. On December 12, 2024, the court granted final approval of a $2.2 million settlement.

# Past Cases

### Bear Stearns Mortgage Pass-Through Certificates Litigation

Bear Stearns MBS Litigation (S.D.N.Y.): Cohen Milstein as co-lead counsel represented the New Jersey Carpenters Health Fund in a $505 million landmark settlement (including a $5 million expense fund) of a securities class action suit alleging that Bear Stearns violated securities laws in the sale of mortgage-backed securities to investors. This is the largest recovery ever obtained in a securities class action on behalf of investors in mortgage-backed securities.

### Boeing Derivative Shareholder Litigation

Boeing Derivative Shareholder Litigation (N.D. Ill.): Cohen Milstein served as sole lead counsel in a federal derivative case brought by the Seafarers Pension Plan against The Boeing Company's directors and officers arising out of the 737 MAX crashes and alleging federal proxy statement violations in connection with director elections. After the case was dismissed on forum non conveniens grounds, Plaintiffs successfully argued before the U.S. Court of Appeals for the Seventh Circuit, obtaining a 2-to-1, precedent-setting decision reversing the district court's dismissal of the case based on enforcement of Boeing's forum selection bylaw. The derivative action ultimately settled on December 14, 2022, along with a companion class action January 13, 2023, which was filed by the Seafarers in Delaware Chancery Court after the district court's dismissal and challenging the bylaw under Delaware law, for corporate governance reforms valued in excess of $100 million and a $6.25 million payment by the Directors' insurers to the Company.

### FirstEnergy Shareholder Derivative Litigation

FirstEnergy Shareholder Derivative Litigation (S.D. Ohio; N.D. Ohio): Cohen Milstein represented the Massachusetts Laborers Pension Fund in two shareholder derivative actions against certain officers and directors and nominal defendant FirstEnergy related to the Company's involvement in Ohio's largest public bribery schemes. On August 23, 2022, the Court granted final approval of a $180 million global settlement. Law360 ranked this case as one of the top 10 securities litigation settlements in 2022.

cohenmilstein.com

COHENMILSTEIN

## Harborview MBS Litigation

New Jersey Carpenters Health Fund, et al., v. The Royal Bank of Scotland Group, PLC (S.D.N.Y.): Litigation gave rise to a $275 million settlement with Royal Bank of Scotland. Cohen Milstein was lead counsel in a complex case, in which presiding Judge Loretta A. Preska, of the U.S. District Court, Southern District of New York, commented on the "job well done" by the Cohen Milstein team.

## In re Alphabet Shareholder Derivative Litigation

In re Alphabet Shareholder Derivative Litigation (Cal. Sup. Crt., Santa Clara Cnty.): Cohen Milstein, as co-lead counsel, represented Northern California Pipe Trades Pension Plan and Teamsters Local 272 Labor Management Pension Fund in a shareholder derivative lawsuit against Alphabet, Inc.'s Board of Directors. Shareholders alleged that the Board allowed powerful executives to sexually harass and discriminate against women without consequence. In November 2020, the Court granted final approval of a historic settlement, including a $310 million commitment to fund diversity, equity, and inclusion initiatives and robust reforms including limiting non-disclosure agreements and ending mandatory arbitration in sexual harassment, gender discrimination, and retaliation-related disputes.

## Intuitive Surgical Inc. Derivative Litigation

Public School Teachers' Pension and Retirement Fund of Chicago v. Gary Guthart, et al. (Cal. Sup. Crt., San Mateo Cnty.): As Co-Lead Counsel, Cohen Milstein represented the Public School Teachers' Pension and Retirement Fund of Chicago in this derivative action against Intuitive's directors and officers, alleging they covered up safety defects in the da Vinci robotic surgery system. Plaintiffs achieved a settlement one day before trial for a settlement worth $137 million. This consisted of extensive corporate governance reforms and included cash and options worth $20.2 million paid by the Individual Defendants back to Intuitive. The settlement required Intuitive Surgical to adopt extensive corporate governance, insider trading, product safety, and FDA compliance measures designed to prevent the reoccurrence of the alleged wrongdoing. In the plaintiff's expert's opinion, the reduction in the risk of recurrence of the events similar to the ones experienced (which resulted in a 30% drop in stock value and the establishment of a $100 million product liability reserve) translated into a benefit of $117 million to Intuitive and its shareholders.

## New Jersey Carpenters Health Fund v. DLJ Mortgage Capital, Inc., et al.

HEMT MBS Litigation (S.D.N.Y.): $110 million settlement with Credit Suisse. Cohen Milstein was lead counsel in a case alleging Credit Suisse and its affiliates sold toxic securities to pension fund investors. The suit, filed in 2008, was one of the first class action cases involving mortgage-backed securities to be filed.

cohenmilstein.com

COHENMILSTEIN

### Novastar MBS Litigation

NovaStar MBS Litigation: Cohen Milstein is lead counsel in litigation alleging that RBS, Wells Fargo (formerly Wachovia) and Deutsche Bank sold toxic mortgage-backed securities to investors. The litigation is one of the last outstanding class action MBS lawsuits. The Second Circuit Court of Appeals reversed an earlier dismissal of the lawsuit, paving the way for prosecution of the case. In March 2019, the Court granted final approval of a $165 million all-cash settlement.

### RALI MBS Litigation

RALI MBS Litigation (S.D.N.Y.): Cohen Milstein was Lead counsel in a securities class action alleging RALI and its affiliates sold shoddy MBS securities that did not meet the standards of their underwriters. In July 2015, the court granted final approval to a global settlement totaling $335 million, marking an end to a long and complicated class action that took seven years of intense litigation to resolve.

### Wynn Resorts, Ltd. Derivative Litigation

Wynn Resorts, Ltd. Derivative Litigation (Eighth Jud. Dist. Crt., Clark Cnty., Nev.): Cohen Milstein represented the New York State Common Retirement Fund and the New York City Pension Funds as Lead Counsel in a derivative shareholder lawsuit against certain officers and directors of Wynn Resorts, Ltd., arising out of their failure to hold Mr. Wynn, the former CEO and Chairman of the Board, accountable for his longstanding pattern of sexual abuse and harassment of company employees. In March 2020, the Court granted final approval of a $90 million settlement in the form of cash payments and landmark corporate governance reforms, placing it among the largest, most comprehensive derivative settlements in history.



## Alexandra Gray

Associate

**NEW YORK**

**T** 212.838.7797

**agray@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

New York

**EDUCATION**

New York University School of Law, J.D., cum laude, 2022 | Yenching Academy of Peking University, M.A., 2018 | Stanford University, B.A., 2016

## Overview

Alexandra Gray is an associate in Cohen Milstein's Securities Litigation & Investor Protection practice, where she represents investors in shareholder derivative lawsuits and securities class actions.

Prior to joining Cohen Milstein, Alexandra was a litigation associate at a prominent international law firm and engaged in diverse commercial matters, including before the Delaware Chancery Court.

While in law school, Alexandra authored the note, *International Human Rights Law and the Equal Rights Amendment Litigation: Promise and Pitfalls under* Roper v. Simmons, NYU Journal of International Law and Politics, Vol. 53, No. 3, 2021.  She also participated in civil rights clinics and was on the executive board of NYU Law Moot Court.

Prior to law school, Alexandra studied and received a master's degree in China and was named in 2016 *China Hands* 25 Under 25: Leader in US-China Relations, recognizing young individuals for their exceptional promise in furthering US-China relations and in China studies.

cohenmilstein.com

COHENMILSTEIN

## Current Cases

**In re XL Fleet (Pivotal) Stockholder Litigation**

In re XL Fleet (Pivotal) Stockholder Litigation (Del. Ch.): Cohen Milstein is co-lead counsel in a stockholder action against XL Fleet and certain current and former officers and directors. The action alleges that XL Fleet and Pivotal entered into a de-SPAC transaction harmful to stockholders.



# Claire Marsden

Associate

**WASHINGTON, DC**
**T** 202.408.4600
**cmarsden@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

District of Columbia | New York

**EDUCATION**

Columbia Law School, J.D., 2019 | Occidental College, B.A., magna cum laude, 2014

## Overview

Claire Marsden is an associate in Cohen Milstein's Securities Litigation & Investor Protection practice, where she represents investors in shareholder derivative lawsuits and securities class actions.

Prior to joining Cohen Milstein, Claire was a law clerk for the Honorable Ann M. Donnelly of the United States District Court for the Eastern District of New York.

Before her judicial clerkship, Claire was an associate at a highly regarded global defense firm, where she focused on securities, antitrust, RICO, Foreign Sovereign Immunities Act, and other white collar-related issues.  She was also involved in a variety of pro bono matters related to prisoner's rights and fair sentencing, and she spent six months as a full-time secondee with the Office of the Federal Public Defender for the Eastern District of Virginia.

While attending Columbia Law School, Claire was a Harlan Fiske Stone Scholar and executive articles editor of *A Jailhouse Lawyer's Manual*, a handbook of legal rights and procedures designed for use by currently incarcerated people.  She also served as a law clerk at the U.S. Senate Judiciary Committee.

cohenmilstein.com



COHEN**MILSTEIN**

# Brendan Schneiderman

Associate

**NEW YORK**

**T** 202.408.4600

**bschneiderman@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

District of Columbia

**EDUCATION**

Harvard Law School, J.D., cum laude, 2021 | Pomona College, B.A., magna cum laude, 2014

## Overview

Brendan Schneiderman, an associate in Cohen Milstein's Securities Litigation & Investor Protection practice, represents institutional and individual shareholders in derivative lawsuits and securities class actions.

He was previously a Law Fellow at the firm where he worked across practices and was involved in litigating individual and class action cases at the district and appellate levels.

During law school, Brendan participated in several legal internships, including a summer internship at Cohen Milstein. He was also the executive technical editor and article selection editor for *Harvard Civil Rights-Civil Liberties Law Review,* and a member of the People's Parity Project.

Prior to pursuing a legal career, Brendan was a consultant at an energy regulatory, economics and advocacy consulting firm.

He is in the process of applying for admission to the New York Bar and is currently working under the close supervision of the partners of the firm who are admitted to practice in New York.

## Current Cases

### In re Fox Corporation Derivative Litigation

In re Fox Corporation Derivative Litigation (Del. Ch.): Cohen Milstein is leading a shareholder derivative lawsuit representing New York City's five pension funds and the State of Oregon, by and through the

cohenmilstein.com

COHENMILSTEIN

Oregon State Treasurer and the Oregon Department of Justice, on behalf of the Oregon Investment Council and the Oregon Public Employee Retirement Fund, against various directors and officers of Fox Corporation, the corporate parent of Fox News Network, LLC. Plaintiffs allege that Fox News' leadership breached its fiduciary duties by adopting a business model that promoted or endorsed defamation by failing to establish systems or practices to minimize defamation risk despite the known risk of liability, including broadcasting false claims about election technology companies Dominion Voting Systems and Smartmatic USA.

### Texas and Indiana Pension Funds v. InnovAge Holding Corp. et al.

Texas and Indiana Pension Funds v. InnovAge Holding Corp. et al. (D. Colo.): Cohen Milstein is Class Counsel in this certified securities class action that alleges InnovAge "substantially failed" to "provide to its participants medically necessary items and services" as required by government regulation. As a result, CMS and the State of Colorado suspended enrollment at InnovAge's Colorado facilities. InnovAge's stock price declined 78% just nine months after its IPO, giving InnovAge the distinction of being one of 2021's five worst performing stocks.

### Baxter, et. al. v. Church of Scientology International

Baxter, et. al. v. Church of Scientology International (M.D. Fla.): Cohen Milstein represents plaintiffs in a human trafficking and forced labor lawsuit against David Miscavige; Church of Scientology International; Religious Technology Center, Inc.; International Association of Scientologists Administrations, Inc.; Church of Scientology Flag Service Organization, Inc.; and Church of Scientology Flag Ship Service Organization, Inc., for violations of the United States Code Chapter 77 of Title 18 and the Trafficking Victims Protection Reauthorization Act.

### Set Capital, et al. v. Credit Suisse Group AG, et al.

Set Capital, et al. v. Credit Suisse Grp. AG, et al. (S.D.N.Y.): Cohen Milstein is Co-Lead Counsel in this path-breaking securities class action alleging fraud and market manipulation of XIV Exchange Traded Notes. On March 17, 2023, the court certified one of three proposed investor classes.

### In re Bristol-Meyers Squibb CVR Securities Litigation

In re Bristol-Myers Squibb Company CVR Securities Litigation (S.D.N.Y.): Cohen Milstein is sole Lead Counsel in this securities class action arising from Bristol Myers' alleged subversion of the FDA approval process for the cancer therapy Liso-cel for the purpose of avoiding a $6.4 billion payment to holders of contingent value rights (CVRs).

cohenmilstein.com

COHENMILSTEIN

### In re Silvergate Capital Corporation Securities Litigation

In re Silvergate Capital Corporation Securities Litigation (S.D. Cal.): Cohen Milstein, as Co-Lead Counsel, represents shareholders in this securities class action, alleging that Silvergate, a holding company for Silvergate Bank, a federally regulated depository and lender for major cryptocurrency platforms, including Coinbase, Genesis, and FTX, made materially false and misleading statements about the bank's compliance framework, as well as its anti-money laundering and customer identification programs. Plaintiffs also assert claims against the underwriters and Silvergate's directors and executives in connection with the sale of $1.3 billion of securities.

### Lewis, et al v. Cain, et al.

Lewis, et al v. Cain, et al. (M.D. La.): Cohen Milstein represents a certified class of more than 6,000 incarcerated individuals in a lawsuit filed against the Louisiana State Penitentiary in Angola, LA, the largest maximum-security prison in the country, and the Louisiana Department of Public Safety and Corrections for deficient and discriminatory medical care in violation of the Eighth Amendment, the Americans with Disabilities Act, and the Rehabilitation Act.

cohenmilstein.com



**COHEN**MILSTEIN

# Emmy Wydman

Associate

**WASHINGTON, DC**
**T** 202.408.4600
**ewydman@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

District of Columbia

**EDUCATION**

Duke University School of Law, J.D., cum laude, 2022 | The Ohio State University, B.S., Business Administration, magna cum laude, 2017

## Overview

Emmy Wydman, an associate in the Securities Litigation & Investor Protection practice, represents institutional and individual shareholders in derivative lawsuits and securities class actions.

Prior to joining Cohen Milstein, she clerked for both Chief Judge Algenon L. Marbley of the United States District Court for the Southern District of Ohio and the Honorable R. Guy Cole Jr. of the United States Court of Appeals for the Sixth Circuit.

At Duke, Emmy was the student body president, participated in the federal appellate litigation clinic, and led the school's reproductive rights and gender-based violence advocacy and pro bono initiatives. Outside of law school, she interned with various nonprofits and on the Hill, and was a voter protection fellow with multiple federal and statewide campaigns.

Outside of the firm's public interest mission, Emmy is also involved in a variety of pro bono matters, including immigration and refugee matters, domestic violence proceedings, and election protection efforts.

cohenmilstein.com

COHENMILSTEIN

## Current Cases

### IBEW Local 98 Pension Fund v. Deloitte

IBEW Local 98 Pension Fund v. Deloitte (D.S.C.): Cohen Milstein is sole Lead Counsel in this putative securities class action against Deloitte for allegedly breaching its external auditor duties related to SCANA's multi-billion-dollar nuclear energy expansion project in South Carolina - the largest fraud in South Carolina history.

### In Re Nike, Inc. Securities Litigation

In Re Nike, Inc. Securities Litigation (D. Or.): Cohen Milstein represents investors in a securities class action against Nike and certain directors and officers for making misstatements and omissions about the success of a key corporate strategy called "Consumer Direct Acceleration," which had the purpose and effect of propelling long-term sustainable financial growth for the benefit of Nike and its shareholders. However, when Nike's alleged fraud was finally revealed Nike's stock collapsed nearly 20%—the largest stock price drop in Nike's history, wiping out billions of dollars in shareholder value.

## Past Cases

### Pluralsight, Inc. Securities Litigation

Pluralsight, Inc. Securities Litigation (D. Utah): Cohen Milstein is sole Lead Counsel in this securities class action, alleging that Pluralsight, a provider of cloud-based and video training courses, and its senior officers misrepresented and omitted material information from investors concerning the company's sales force before a $37 million stock cash-out by Pluralsight insiders and in an over $450 million secondary public offering orchestrated by those insiders. On February 4, 2025, the court granted final approval of a $20 million settlement.

cohenmilstein.com



# Robert Dumas

**Staff Attorney**

**NEW YORK**
**T** 212.838.7797
**rdumas@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

New York

**EDUCATION**

Cornell Law School, J.D., 1996 | State University of New York at Albany, B.A., 1992

## Overview

Robert Dumas is a staff attorney at Cohen Milstein and a member of the Securities Litigation & Investor Protection practice, although he frequently assists the Antitrust practice. He is engaged in document discovery and review and in preparing attorneys for witness depositions. Since joining the firm in 2014, Robert has worked on some of the most important mortgage-backed securities (MBS) litigations to emerge from the financial crisis.

Prior to joining the firm, Robert practiced at a leading plaintiffs firm, litigating securities fraud matters, and then later at a smaller plaintiff firm, where he helped litigate the In re IPO Securities Litigation in which investors accused the leading investment banks of rigging IPOs during the 1990s tech bubble. After nearly a decade of legal wrangling, a $586 million settlement was reached. Earlier, he practiced at a leading intellectual property and trademark law firm where he defended trademark matters for an international clothing manufacturer.

During law school, Robert served as an editor of the *Journal of Law and Public Policy*.

## Current Cases

### Bayer Securities Litigation

Bayer Securities Litigation (N.D. Cal.): Cohen Milstein is Lead Counsel in this certified securities class action, in which Plaintiffs allege that in connection with its $63 billion acquisition of Monsanto, Bayer misrepresented the rigor of its due diligence and the nature of the legal risk presented by Monsanto's

cohenmilstein.com

COHENMILSTEIN

flagship product, the herbicide Roundup. Bayer investors incurred significant losses after bellwether jury trials in toxic tort cases repeatedly found in favor of the plaintiffs against Monsanto, including finding that Roundup was a "substantial factor" in causing the plaintiffs' non-Hodgkin's lymphoma, and leading to jury awards totaling hundreds of millions of dollars.

### In re Interest Rate Swaps Antitrust Litigation

In re Interest Rate Swaps Antitrust Litigation (S.D.N.Y.): Cohen Milstein serves as Co-Lead Counsel and represents the Public School Teachers' Pension and Retirement Fund of Chicago and other proposed buy-side investor class members in this ground breaking putative antitrust class action against numerous Wall Street investment banks. Plaintiffs allege that the defendants conspired to prevent class members from trading IRS on modern electronic trading platforms and from trading with each other, all to protect the banks' trading profits from inflated bid/ask spreads. On July 11, 2024, in two separate orders, the court granted preliminary approval of $71 million in total cash settlements against Credit Suisse, Bank of America, JP Morgan Chase, Deutsche Bank, and all remaining defendants.

### Set Capital, et al. v. Credit Suisse Group AG, et al.

Set Capital, et al. v. Credit Suisse Grp. AG, et al. (S.D.N.Y.): Cohen Milstein is Co-Lead Counsel in this path-breaking securities class action alleging fraud and market manipulation of XIV Exchange Traded Notes. On March 17, 2023, the court certified one of three proposed investor classes.

### Stock Loan Antitrust Litigation

Iowa Public Employees Retirement System, et al. v. Bank of America Corp., et al. (S.D.N.Y.): Cohen Milstein is co-counsel in this groundbreaking putative class action, in which investors accuse Wall Street banks of engaging in a group boycott and conspiring to thwart the modernization of and preserve their dominance over the $1.7 trillion stock loan market. On September 4, 2024, the court granted final approval of a historic $580 million cash settlement and significant injunctive relief against defendants Morgan Stanley, Goldman Sachs, UBS, JP Morgan, Credit Suisse, and EquiLend. Litigation against Bank of America continues.

## Past Cases

### New Jersey Carpenters Health Fund v. DLJ Mortgage Capital, Inc., et al.

HEMT MBS Litigation (S.D.N.Y.): $110 million settlement with Credit Suisse. Cohen Milstein was lead counsel in a case alleging Credit Suisse and its affiliates sold toxic securities to pension fund investors. The suit, filed in 2008, was one of the first class action cases involving mortgage-backed securities to be filed.

cohenmilstein.com

COHENMILSTEIN

### Novastar MBS Litigation

NovaStar MBS Litigation: Cohen Milstein is lead counsel in litigation alleging that RBS, Wells Fargo (formerly Wachovia) and Deutsche Bank sold toxic mortgage-backed securities to investors. The litigation is one of the last outstanding class action MBS lawsuits. The Second Circuit Court of Appeals reversed an earlier dismissal of the lawsuit, paving the way for prosecution of the case. In March 2019, the Court granted final approval of a $165 million all-cash settlement.

cohenmilstein.com



# Lyzette M. Wallace

Discovery Counsel

**WASHINGTON, DC**
**T** 202.408.4600
**lwallace@cohenmilstein.com**

**PRACTICE AREAS**

Securities Litigation & Investor Protection

**ADMISSIONS**

District of Columbia | Virginia

**EDUCATION**

Howard University School of Law, J.D., 2004 | Stanford University, B.A., 1990

## Overview

Lyzette Wallace is discovery counsel at Cohen Milstein and a member of the Securities Litigation & Investor Protection practice. She assists in discovery and evidentiary-related aspects of litigation and deposition preparation.

Lyzette has extensive discovery experience related to government investigations and litigation involving securities, antitrust, and False Claims Act violations in industry sectors including financial services, pharmaceuticals, medical devices, healthcare, and involving the U.S. Securities and Exchange Commission, the U.S. Department of Justice, Federal Communications Commission, Federal Trade Commission, Food and Drug Administration, and numerous state attorneys general offices.

Prior to joining Cohen Milstein, Lyzette worked with a plaintiffs' firm and a defense firm. As a plaintiffs' attorney, she represented health care insurers against brand pharmaceutical manufacturers in large, antitrust class actions involving False Claims Act violations, kickbacks, Hatch-Waxman abuses and whistleblower claims. Lyzette was a member of the team that represented a whistleblower against a brand pharmaceutical manufacturer, leading to what was at the time the largest health care fraud settlement in the U.S. Department of Justice's history. As a defense attorney, she defended clients in internal and external investigations in deferred prosecution agreements, False Claims Act violations, Food, Drug and Cosmetics Act violations, kickbacks and qui tam matters involving the U.S.

cohenmilstein.com

COHENMILSTEIN

Department of Justice, the House Ways and Means Committee, the Senate Finance Committee, Food and Drug Administration, and various state attorneys general offices.

Lyzette is a certified coach through the Coach Training Alliance and founded C3 Coaching, Inc.  She is also an accomplished facilitator and speaker and has had the opportunity to give a presentation to a State Department audience that provided successful strategies for managing difficult client relationships and communications.

Prior to practicing law, Lyzette was a senior technical and marketing recruiter at Microsoft, and founded, owned, and operated an education consulting business.

Outside of work, Lyzette is a tennis player, theatergoer, and foodie.

## Current Cases

### Ohio Highway Patrol Retirement System v. Express Scripts, Inc.

Ohio Highway Patrol Retirement System v. Express Scripts, Inc. (Franklin C.P., Ohio): Cohen Milstein serves as Special Counsel to the Ohio Attorney General In this breach of contract litigation alleging that Express Scripts, Inc. overcharged HPRS on the pharmaceutical claims that Express Scripts processed as HPRS' PBM.

## Past Cases

### In re Wells Fargo & Company Securities Litigation

In re Wells Fargo & Company Securities Litigation (S.D.N.Y.): Cohen Milstein, as Co-Lead Counsel, represented Public Employees' Retirement System of Mississippi and the Employees Retirement System of Rhode Island in this securities fraud class action. Plaintiffs alleged that Wells Fargo and certain former executives misrepresented its compliance with a series of 2018 consent orders with the CFPB, OCC, and the Federal Reserve arising from the Bank's widespread consumer fraud banking scandal. On September 8, 2023, the Court granted final approval of a historic $1 billion settlement, which is the largest securities class action settlement in 2023, the sixth largest in the last decade, the ninth largest ever in the Second Circuit, and the 17th largest ever. It is also the largest settlement ever without a restatement or related actions by the Securities Exchange Commission or U.S. Department of Justice.

### In re Alphabet Shareholder Derivative Litigation

In re Alphabet Shareholder Derivative Litigation (Cal. Sup. Crt., Santa Clara Cnty.):  Cohen Milstein, as co-lead counsel, represented Northern California Pipe Trades Pension Plan and Teamsters Local 272 Labor Management Pension Fund in a shareholder derivative lawsuit against Alphabet, Inc.'s Board of Directors. Shareholders alleged that the Board allowed powerful executives to sexually harass and discriminate against women without consequence. In November 2020, the Court granted final approval of a historic settlement, including a $310 million commitment to fund diversity, equity, and

cohenmilstein.com

COHENMILSTEIN

inclusion initiatives and robust reforms including limiting non-disclosure agreements and ending mandatory arbitration in sexual harassment, gender discrimination, and retaliation-related disputes.

## In re Pinterest Derivative Litigation

In re Pinterest Derivative Litigation (N.D. Cal.): Cohen Milstein represented the Employees Retirement System of Rhode Island and other Pinterest shareholders in a shareholder derivative lawsuit against certain Board members and executives. Shareholders alleged that Defendants personally engaged in and facilitated a systematic practice of illegal discrimination of employees on the basis of race and sex. On June 9, 2022, the Court granted final approval of a settlement including a $50 million funding commitment and holistic workplace and Board-level reforms.

## Pluralsight, Inc. Securities Litigation

Pluralsight, Inc. Securities Litigation (D. Utah): Cohen Milstein is sole Lead Counsel in this securities class action, alleging that Pluralsight, a provider of cloud-based and video training courses, and its senior officers misrepresented and omitted material information from investors concerning the company's sales force before a $37 million stock cash-out by Pluralsight insiders and in an over $450 million secondary public offering orchestrated by those insiders. On February 4, 2025, the court granted final approval of a $20 million settlement.

## Ohio Bureau of Workers Compensation v. OptumRx Administrative Services, LLC

Ohio Bureau of Workers Compensation v. OptumRx Administrative Services, LLC (Franklin C.P., Ohio): Cohen Milstein served as Special Counsel to the Ohio Attorney General's Office in breach of contract litigation against OptumRx Administrative Services, LLC for its allegedly overcharging BWC on certain pharmaceutical claims that OptumRx processed as BWC's PBM. On October 28, 2022, OptumRx agreed to pay the State of Ohio $15 million to settle the litigation.

## Ohio Department of Medicaid et al. v. Centene Corporation et al.

Ohio Department of Medicaid v. Centene, Corp. (Franklin C.P., Ohio): Cohen Milstein served as Special Counsel to the Ohio Attorney General's Office in this litigation. On June 14, 2021, the Ohio Attorney General announced a $88.3 million settlement with Centene Corporation and its wholly owned subsidiaries for their alleged role in not only breaching contractual and fiduciary obligations to the Ohio Department of Medicaid (ODM), but also defrauding ODM out of millions of dollars through an elaborate scheme with pharmacy benefit subcontractors to maximize company profits at the expense of the ODM and millions of Ohioans who rely on Medicaid.

cohenmilstein.com

COHENMILSTEIN

**Weiner, et al. v. Tivity Health, Inc., et al.**

Eric Weiner v. Tivity Health, Inc. (M.D. Tenn.): Cohen Milstein was Class Counsel, representing Class Representative Oklahoma Firefighters' Pension and Retirement System and other purchasers of Tivity Health stock in a putative securities class action for Exchange Act violations related to Tivity's misleading the public about its relationship with United Healthcare, Inc. On October 7, 2021, the Court granted final approval of a $7.5 million settlement.

cohenmilstein.com