UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SEAN PRIEWE, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>   v.<br><br>BIGBEAR.AI HOLDINGS, INC., LOUIS R. BROTHERS, AMANDA LONG, KEVIN MCALEENAN, JOSHUA KINLEY, and JULIE A. PEFFER,<br><br>                 Defendants. | Case No. 1:25-cv-00623-PTG-WEF<br><br>Hon. Patricia Tolliver Giles<br><br>ORDER |

THIS MATTER comes before the Court on the Parties' Joint Motion for Stay of Response Deadlines Pending Appointment of Lead Plaintiff. Upon due consideration and for good cause shown, the Court GRANTS the Joint Motion.

IT IS HEREBY ORDERED that Defendants' time to answer, move, or otherwise respond to any complaint in this action is stayed pending appointment of a lead plaintiff and lead counsel.

Within seven (7) days after entry of an order appointing lead plaintiff(s) and lead counsel, lead plaintiff(s) and Defendants shall meet and confer, and submit to the Court a proposed schedule for the filing of an amended complaint and response thereto.

SO ORDERED.

Dated: _____ June    11 __, 2025

Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge