# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| SEAN PRIEWE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>    v.<br><br>BIGBEAR.AI HOLDINGS, INC., LOUIS R. BROTHERS, AMANDA LONG, KEVIN MCALEENAN, JOSHUA KINLEY, and JULIE A. PEFFER,<br><br>Defendants. | Case No. 1:25-cv-00623-PTG-WEF<br><br>**CLASS ACTION** |

## NOTICE OF MICHELLE LUTTIG'S NON-OPPOSITION TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that lead plaintiff movant Michelle Luttig ("Lustig") appears to lack the largest financial interest of the lead plaintiff movants and, thus, does not oppose the competing motions for lead plaintiff. However, should the lead plaintiff be unable to serve due to Rule 23 impediments or otherwise, Luttig stands ready, willing, and able to serve as lead plaintiff.

Dated: June 16, 2025

Respectfully submitted,

**THE KAPLAN LAW FIRM**

*/s/ Matthew B. Kaplan*
Matthew B. Kaplan (VSB # 51027)
1100 N. Glebe Rd., Ste. 1010
Arlington, VA 22205
Tel: (703) 665-9529
mbkaplan@thekaplanlawfirm.com

*Local Counsel for Michelle Luttig*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  lhasson@bernlieb.com
            seidman@bernlieb.com

*Counsel for Michelle Luttig*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

Dated: June 16, 2025

/s/ Matthew B. Kaplan

Matthew B. Kaplan