**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| SEAN PRIEWE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBEAR.AI HOLDINGS, INC., LOUIS R. BROTHERS, AMANDA LONG, JOSHUA KINLEY, JULIE A. PEFFER, SEAN RICKER, and AE INDUSTRIAL PARTNERS, LP (F/K/A AE INDUSTRIAL PARTNERS, LLC),<br><br>Defendants. | Case No. 1:25-cv-00623-PTG-WEF<br><br>CLASS ACTION |

**DECLARATION OF JONATHAN A. HENRY**
**IN SUPPORT OF DEFENDANT AE INDUSTRIAL PARTNERS, LP'S**
**MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

I, Jonathan A. Henry, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am admitted to practice before this Court and am a Partner at the law firm of McDermott Will & Schulte LLP, 500 North Capitol Street, NW, Washington, DC 20001, and counsel of record for Defendant AE Industrial Partners, LP ("AE Industrial") in the above-captioned matter. I respectfully submit this declaration in support of AE Industrial's Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint (ECF No. 54).

2.     Attached hereto as **Exhibit 1** is a true and correct copy of Defendant BigBear.ai Holdings, Inc.'s ("BigBear") Schedule 14A Definitive Proxy Statement, which was filed with the United States Securities and Exchange Commission ("SEC") on April 29, 2025 and is publicly available on the SEC website at https://www.sec.gov/edgar.

1

3.      Attached hereto as **Exhibit 2** is a true and correct copy of BigBear's Form 10-K for the year ended December 31, 2021, which was filed with the SEC on March 31, 2022 and is publicly available on the SEC website at https://www.sec.gov/edgar.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of BigBear's Amendment No. 1 to Form S-1 Registration Statement, which was filed with the SEC on December 27, 2021 and is publicly available on the SEC website at https://www.sec.gov/edgar.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of GigCapital4, Inc.'s Schedule 14A Definitive Proxy Statement relating to merger or acquisition, which was filed with the SEC on November 5, 2021 and is publicly available on the SEC website at https://www.sec.gov/edgar.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of BigBear's Form 10-Q for the period ended March 31, 2022, which was filed with the SEC on May 12, 2022 and is publicly available on the SEC website at https://www.sec.gov/edgar.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of BigBear's Form 10-Q for the period ended June 30, 2022, which was filed with the SEC on August 12, 2022 and is publicly available on the SEC website at https://www.sec.gov/edgar.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of BigBear's Form 10-Q for the period ended September 30, 2022, which was filed with the SEC on November 10, 2022 and is publicly available on the SEC website at https://www.sec.gov/edgar.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of BigBear's Form 10-K for the year ended December 31, 2022, which was filed with the SEC on March 31, 2023 and is publicly available on the SEC website at https://www.sec.gov/edgar.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of BigBear's Form 10-Q for the period ended March 31, 2023, which was filed with the SEC on May 15, 2023 and is publicly available on the SEC website at https://www.sec.gov/edgar.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of BigBear's Form 10-Q for the period ended June 30, 2023, which was filed with the SEC on August 10, 2023 and is publicly available on the SEC website at https://www.sec.gov/edgar.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of BigBear's Form 10-Q for the period ended September 30, 2023, which was filed with the SEC on November 9, 2023 and is publicly available on the SEC website at https://www.sec.gov/edgar.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of BigBear's Form 10-K for the year ended December 31, 2023, which was filed with the SEC on March 15, 2024 and is publicly available on the SEC website at https://www.sec.gov/edgar.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of BigBear's Form 10-Q for the period ended March 31, 2024, which was filed with the SEC on May 10, 2024 and is publicly available on the SEC website at https://www.sec.gov/edgar.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of BigBear's Form 10-Q for the period ended June 30, 2024, which was filed with the SEC on August 9, 2024 and is publicly available on the SEC website at https://www.sec.gov/edgar.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of BigBear's Form 10-Q for the period ended September 30, 2024, which was filed with the SEC on November 7, 2024 and is publicly available on the SEC website at https://www.sec.gov/edgar.

3

17.     Attached hereto as **Exhibit 16** is a true and correct copy of BigBear's Form 8-K, which was filed with the SEC on March 18, 2025 and is publicly available on the SEC website at https://www.sec.gov/edgar.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of BigBear's Form 10-K for the year ended December 31, 2024, which was filed with the SEC on March 25, 2025 and is publicly available on the SEC website at https://www.sec.gov/edgar.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of a table reflecting the price of BigBear's common stock from January 1, 2025 to September 21, 2025, generated using publicly available daily stock price information published from Yahoo! Finance, available at: https://finance.yahoo.com/quote/BBAI/history/?period1=17356896002eriod2=1758412800uccounter=2.

Executed this 22nd day of September, 2025, in Washington, DC.


                                        *Jonathan A. Henry*
                                        Jonathan A. Henry

4