# Exhibit 18

## BigBear.ai Holdings, Inc. (BBAI)

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 19-Sep-25 | 6.31 | 6.94 | 6.28 | 6.85 | 6.85 | 155,419,300 |
| 18-Sep-25 | 6.24 | 6.43 | 6.02 | 6.28 | 6.28 | 121,507,900 |
| 17-Sep-25 | 5.81 | 6.17 | 5.61 | 6.02 | 6.02 | 148,128,300 |
| 16-Sep-25 | 5.34 | 6 | 5.33 | 5.94 | 5.94 | 213,075,000 |
| 15-Sep-25 | 5.18 | 5.33 | 5.02 | 5.09 | 5.09 | 92,017,700 |
| 12-Sep-25 | 5.19 | 5.38 | 4.97 | 5.06 | 5.06 | 118,700,900 |
| 11-Sep-25 | 4.73 | 5.09 | 4.7 | 4.87 | 4.87 | 61,593,000 |
| 10-Sep-25 | 4.87 | 4.92 | 4.65 | 4.73 | 4.73 | 49,356,000 |
| 9-Sep-25 | 4.88 | 4.9 | 4.73 | 4.8 | 4.8 | 37,191,300 |
| 8-Sep-25 | 4.99 | 5.05 | 4.85 | 4.87 | 4.87 | 33,041,600 |
| 5-Sep-25 | 5 | 5.06 | 4.73 | 4.98 | 4.98 | 45,189,800 |
| 4-Sep-25 | 4.91 | 4.98 | 4.75 | 4.93 | 4.93 | 40,958,500 |
| 3-Sep-25 | 5.01 | 5.03 | 4.85 | 4.9 | 4.9 | 30,724,800 |
| 2-Sep-25 | 4.95 | 5.08 | 4.81 | 5.02 | 5.02 | 43,589,300 |
| 29-Aug-25 | 5.15 | 5.18 | 4.95 | 5.07 | 5.07 | 38,137,200 |
| 28-Aug-25 | 5.2 | 5.25 | 5.1 | 5.16 | 5.16 | 43,131,100 |
| 27-Aug-25 | 5.35 | 5.39 | 5.11 | 5.13 | 5.13 | 44,619,400 |
| 26-Aug-25 | 5.3 | 5.48 | 5.19 | 5.35 | 5.35 | 53,043,000 |
| 25-Aug-25 | 5.48 | 5.5 | 5.28 | 5.3 | 5.3 | 51,819,600 |
| 22-Aug-25 | 5.48 | 5.66 | 5.26 | 5.5 | 5.5 | 51,779,500 |
| 21-Aug-25 | 5.48 | 5.64 | 5.44 | 5.48 | 5.48 | 43,871,200 |
| 20-Aug-25 | 5.44 | 5.7 | 5.24 | 5.61 | 5.61 | 60,443,800 |
| 19-Aug-25 | 5.85 | 5.89 | 5.42 | 5.5 | 5.5 | 60,500,500 |
| 18-Aug-25 | 6.05 | 6.19 | 5.77 | 5.85 | 5.85 | 62,221,300 |
| 15-Aug-25 | 5.77 | 6.22 | 5.56 | 6.14 | 6.14 | 71,983,500 |
| 14-Aug-25 | 5.67 | 5.99 | 5.62 | 5.84 | 5.84 | 70,298,500 |
| 13-Aug-25 | 5.89 | 6.03 | 5.6 | 5.81 | 5.81 | 90,663,900 |
| 12-Aug-25 | 4.85 | 6.08 | 4.75 | 5.97 | 5.97 | 238,527,500 |
| 11-Aug-25 | 7.02 | 7.39 | 6.74 | 7.09 | 7.09 | 137,019,900 |
| 8-Aug-25 | 6.9 | 7.26 | 6.85 | 7.14 | 7.14 | 87,383,500 |
| 7-Aug-25 | 6.78 | 6.9 | 6.39 | 6.61 | 6.61 | 61,499,100 |
| 6-Aug-25 | 6.96 | 6.99 | 6.67 | 6.72 | 6.72 | 56,970,900 |
| 5-Aug-25 | 7.11 | 7.34 | 6.96 | 7.04 | 7.04 | 77,268,700 |
| 4-Aug-25 | 6.6 | 7.32 | 6.49 | 7.09 | 7.09 | 89,153,000 |
| 1-Aug-25 | 6.05 | 6.61 | 6.01 | 6.4 | 6.4 | 73,000,200 |
| 31-Jul-25 | 6.61 | 6.81 | 6.33 | 6.35 | 6.35 | 61,691,400 |
| 30-Jul-25 | 6.57 | 6.72 | 6.28 | 6.41 | 6.41 | 58,280,000 |
| 29-Jul-25 | 7.12 | 7.15 | 6.58 | 6.62 | 6.62 | 66,988,000 |
| 28-Jul-25 | 7.52 | 7.57 | 7.01 | 7.15 | 7.15 | 63,168,100 |
| 25-Jul-25 | 7.8 | 7.8 | 7.35 | 7.39 | 7.39 | 62,862,000 |
| 24-Jul-25 | 7.79 | 8.06 | 7.76 | 7.8 | 7.8 | 71,270,100 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 23-Jul-25 | 7.55 | 7.94 | 7.42 | 7.93 | 7.93 | 92,486,200 |
| 22-Jul-25 | 7.4 | 7.44 | 6.9 | 7.37 | 7.37 | 74,786,600 |
| 21-Jul-25 | 8.21 | 8.59 | 7.38 | 7.4 | 7.4 | 112,030,500 |
| 18-Jul-25 | 8.39 | 8.48 | 7.86 | 7.95 | 7.95 | 125,673,800 |
| 17-Jul-25 | 7.28 | 8.38 | 7.25 | 8.22 | 8.22 | 206,080,100 |
| 16-Jul-25 | 7.1 | 7.51 | 6.88 | 7.12 | 7.12 | 128,047,400 |
| 15-Jul-25 | 7.09 | 7.17 | 6.68 | 7.1 | 7.1 | 136,748,800 |
| 14-Jul-25 | 6.27 | 6.93 | 6.09 | 6.92 | 6.92 | 118,666,800 |
| 11-Jul-25 | 7 | 7.2 | 6.39 | 6.44 | 6.44 | 129,707,600 |
| 10-Jul-25 | 7.19 | 7.49 | 6.84 | 7.12 | 7.12 | 144,218,100 |
| 9-Jul-25 | 7.95 | 8.07 | 6.96 | 7.37 | 7.37 | 169,265,900 |
| 8-Jul-25 | 7.97 | 8.72 | 7.56 | 7.59 | 7.59 | 198,347,400 |
| 7-Jul-25 | 7.76 | 7.99 | 7.22 | 7.78 | 7.78 | 155,350,500 |
| 3-Jul-25 | 7.84 | 8.28 | 7.56 | 7.75 | 7.75 | 201,359,300 |
| 2-Jul-25 | 6.55 | 7.85 | 6.5 | 7.56 | 7.56 | 375,003,100 |
| 1-Jul-25 | 7.15 | 7.15 | 6.27 | 6.65 | 6.65 | 254,896,300 |
| 30-Jun-25 | 6.28 | 7.23 | 6.26 | 6.79 | 6.79 | 356,135,500 |
| 27-Jun-25 | 5.9 | 5.98 | 5.55 | 5.84 | 5.84 | 301,325,400 |
| 26-Jun-25 | 4.89 | 5.89 | 4.83 | 5.8 | 5.8 | 271,833,900 |
| 25-Jun-25 | 5.8 | 5.89 | 4.7 | 4.81 | 4.81 | 258,046,100 |
| 24-Jun-25 | 4.24 | 5.25 | 4.23 | 5.23 | 5.23 | 298,709,200 |
| 23-Jun-25 | 3.9 | 4.18 | 3.78 | 4.18 | 4.18 | 195,355,400 |
| 20-Jun-25 | 4.03 | 4.09 | 3.81 | 4 | 4 | 167,333,700 |
| 18-Jun-25 | 4.11 | 4.3 | 3.92 | 3.96 | 3.96 | 205,313,300 |
| 17-Jun-25 | 4.13 | 4.4 | 4 | 4.05 | 4.05 | 183,662,400 |
| 16-Jun-25 | 3.75 | 4.14 | 3.73 | 4.14 | 4.14 | 141,164,200 |
| 13-Jun-25 | 3.72 | 3.93 | 3.65 | 3.72 | 3.72 | 95,898,700 |
| 12-Jun-25 | 3.73 | 3.94 | 3.69 | 3.83 | 3.83 | 77,154,200 |
| 11-Jun-25 | 3.87 | 3.99 | 3.73 | 3.73 | 3.73 | 109,097,000 |
| 10-Jun-25 | 3.91 | 3.94 | 3.7 | 3.77 | 3.77 | 77,180,600 |
| 9-Jun-25 | 3.92 | 3.94 | 3.79 | 3.9 | 3.9 | 72,345,600 |
| 6-Jun-25 | 3.87 | 4.03 | 3.81 | 3.85 | 3.85 | 61,997,900 |
| 5-Jun-25 | 4.19 | 4.19 | 3.65 | 3.77 | 3.77 | 128,765,200 |
| 4-Jun-25 | 3.82 | 4.42 | 3.72 | 4.26 | 4.26 | 188,099,300 |
| 3-Jun-25 | 4.05 | 4.21 | 3.78 | 3.79 | 3.79 | 94,334,300 |
| 2-Jun-25 | 4.02 | 4.11 | 3.89 | 3.95 | 3.95 | 100,711,000 |
| 30-May-25 | 3.9 | 4.34 | 3.84 | 4.16 | 4.16 | 157,841,900 |
| 29-May-25 | 4.39 | 4.4 | 3.87 | 3.87 | 3.87 | 68,656,700 |
| 28-May-25 | 4.55 | 4.61 | 4.04 | 4.14 | 4.14 | 94,635,200 |
| 27-May-25 | 3.78 | 4.55 | 3.76 | 4.49 | 4.49 | 172,021,000 |
| 23-May-25 | 3.73 | 3.8 | 3.56 | 3.64 | 3.64 | 92,774,400 |
| 22-May-25 | 3.72 | 4.13 | 3.66 | 3.82 | 3.82 | 124,309,400 |
| 21-May-25 | 3.51 | 4.13 | 3.48 | 3.72 | 3.72 | 119,091,100 |

https://finance.yahoo.com/quote/BBAI/history/?period1=17356896002eriod2=1758412800uccounter=2

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 20-May-25 | 3.74 | 3.78 | 3.5 | 3.55 | 3.55 | 43,589,100 |
| 19-May-25 | 3.5 | 3.76 | 3.44 | 3.72 | 3.72 | 58,221,400 |
| 16-May-25 | 3.7 | 3.83 | 3.59 | 3.67 | 3.67 | 63,910,800 |
| 15-May-25 | 3.77 | 3.79 | 3.49 | 3.64 | 3.64 | 74,647,300 |
| 14-May-25 | 4 | 4.37 | 3.75 | 3.85 | 3.85 | 120,715,800 |
| 13-May-25 | 3.28 | 3.85 | 3.28 | 3.56 | 3.56 | 98,208,700 |
| 12-May-25 | 3.39 | 3.4 | 3.22 | 3.25 | 3.25 | 59,210,900 |
| 9-May-25 | 3.27 | 3.29 | 3.08 | 3.16 | 3.16 | 44,200,500 |
| 8-May-25 | 3.14 | 3.28 | 3.1 | 3.25 | 3.25 | 54,462,800 |
| 7-May-25 | 3.08 | 3.11 | 2.96 | 3.05 | 3.05 | 44,453,600 |
| 6-May-25 | 3.09 | 3.19 | 3.01 | 3.09 | 3.09 | 62,441,000 |
| 5-May-25 | 3.31 | 3.34 | 3.08 | 3.21 | 3.21 | 62,075,100 |
| 2-May-25 | 3.12 | 3.43 | 3.08 | 3.36 | 3.36 | 90,396,200 |
| 1-May-25 | 3.56 | 3.58 | 3.32 | 3.34 | 3.34 | 75,383,100 |
| 30-Apr-25 | 3.36 | 3.45 | 3.23 | 3.41 | 3.41 | 48,041,000 |
| 29-Apr-25 | 3.6 | 3.71 | 3.45 | 3.58 | 3.58 | 60,665,800 |
| 28-Apr-25 | 3.79 | 3.79 | 3.38 | 3.57 | 3.57 | 96,801,900 |
| 25-Apr-25 | 2.97 | 3.66 | 2.91 | 3.53 | 3.53 | 125,625,900 |
| 24-Apr-25 | 2.7 | 2.92 | 2.68 | 2.91 | 2.91 | 35,380,400 |
| 23-Apr-25 | 2.71 | 2.82 | 2.66 | 2.7 | 2.7 | 42,655,300 |
| 22-Apr-25 | 2.44 | 2.6 | 2.43 | 2.57 | 2.57 | 42,886,200 |
| 21-Apr-25 | 2.46 | 2.48 | 2.36 | 2.39 | 2.39 | 28,914,000 |
| 17-Apr-25 | 2.49 | 2.6 | 2.46 | 2.53 | 2.53 | 29,303,000 |
| 16-Apr-25 | 2.5 | 2.55 | 2.41 | 2.49 | 2.49 | 37,860,800 |
| 15-Apr-25 | 2.58 | 2.61 | 2.48 | 2.57 | 2.57 | 39,191,500 |
| 14-Apr-25 | 2.9 | 2.98 | 2.62 | 2.62 | 2.62 | 67,417,400 |
| 11-Apr-25 | 2.85 | 2.87 | 2.71 | 2.81 | 2.81 | 41,486,100 |
| 10-Apr-25 | 2.99 | 3 | 2.8 | 2.84 | 2.84 | 46,714,100 |
| 9-Apr-25 | 2.8 | 3.12 | 2.65 | 3.1 | 3.1 | 68,057,600 |
| 8-Apr-25 | 3.15 | 3.2 | 2.55 | 2.66 | 2.66 | 53,322,400 |
| 7-Apr-25 | 2.56 | 3.05 | 2.48 | 2.93 | 2.93 | 54,252,200 |
| 4-Apr-25 | 2.92 | 2.95 | 2.7 | 2.85 | 2.85 | 51,428,300 |
| 3-Apr-25 | 2.87 | 3.21 | 2.85 | 3.04 | 3.04 | 47,031,300 |
| 2-Apr-25 | 2.83 | 3.21 | 2.8 | 3.13 | 3.13 | 42,486,900 |
| 1-Apr-25 | 2.9 | 3.03 | 2.8 | 2.95 | 2.95 | 34,473,700 |
| 31-Mar-25 | 2.91 | 2.95 | 2.8 | 2.86 | 2.86 | 35,157,800 |
| 28-Mar-25 | 3 | 3.08 | 2.94 | 3.04 | 3.04 | 25,312,400 |
| 27-Mar-25 | 3.11 | 3.27 | 3.05 | 3.06 | 3.06 | 25,006,500 |
| 26-Mar-25 | 3.44 | 3.52 | 3.14 | 3.19 | 3.19 | 34,090,500 |
| 25-Mar-25 | 3.73 | 3.83 | 3.41 | 3.51 | 3.51 | 65,939,500 |
| 24-Mar-25 | 3.08 | 3.58 | 3.06 | 3.54 | 3.54 | 48,995,100 |
| 21-Mar-25 | 2.93 | 2.99 | 2.85 | 2.97 | 2.97 | 21,501,200 |
| 20-Mar-25 | 3.05 | 3.1 | 2.95 | 3 | 3 | 19,270,100 |

https://finance.yahoo.com/quote/BBAI/history/?period1=17356896003eriod2=1758412800uccounter=2

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 19-Mar-25 | 3.02 | 3.17 | 2.92 | 3.11 | 3.11 | 23,538,500 |
| 18-Mar-25 | 3.09 | 3.12 | 2.86 | 2.97 | 2.97 | 49,757,900 |
| 17-Mar-25 | 3.63 | 3.67 | 3.39 | 3.49 | 3.49 | 42,355,500 |
| 14-Mar-25 | 3.36 | 3.59 | 3.32 | 3.53 | 3.53 | 55,122,200 |
| 13-Mar-25 | 3.26 | 3.33 | 3.12 | 3.27 | 3.27 | 30,810,300 |
| 12-Mar-25 | 3.38 | 3.47 | 3.14 | 3.27 | 3.27 | 47,821,200 |
| 11-Mar-25 | 3.03 | 3.24 | 2.93 | 3.18 | 3.18 | 42,521,200 |
| 10-Mar-25 | 3.47 | 3.57 | 3.05 | 3.14 | 3.14 | 62,428,600 |
| 7-Mar-25 | 3.53 | 3.54 | 3.13 | 3.34 | 3.34 | 78,654,600 |
| 6-Mar-25 | 4.49 | 4.54 | 4.1 | 4.2 | 4.2 | 55,737,200 |
| 5-Mar-25 | 4.73 | 4.8 | 4.45 | 4.8 | 4.8 | 44,050,300 |
| 4-Mar-25 | 4.52 | 5 | 4.39 | 4.71 | 4.71 | 48,713,400 |
| 3-Mar-25 | 5.49 | 5.65 | 4.69 | 4.76 | 4.76 | 56,291,000 |
| 28-Feb-25 | 4.99 | 5.34 | 4.8 | 5.16 | 5.16 | 44,205,500 |
| 27-Feb-25 | 5.91 | 6.03 | 5.06 | 5.12 | 5.12 | 39,244,300 |
| 26-Feb-25 | 5.91 | 6.26 | 5.53 | 5.69 | 5.69 | 39,310,100 |
| 25-Feb-25 | 5.78 | 6.16 | 5.25 | 5.6 | 5.6 | 43,421,700 |
| 24-Feb-25 | 6.72 | 6.74 | 5.88 | 5.94 | 5.94 | 43,317,600 |
| 21-Feb-25 | 7.75 | 7.88 | 6.7 | 6.79 | 6.79 | 41,455,500 |
| 20-Feb-25 | 7.3 | 7.65 | 6.73 | 7.51 | 7.51 | 55,554,500 |
| 19-Feb-25 | 8.3 | 8.48 | 7.68 | 7.87 | 7.87 | 65,282,100 |
| 18-Feb-25 | 9 | 9.45 | 8.27 | 8.42 | 8.42 | 59,371,700 |
| 14-Feb-25 | 9.39 | 9.58 | 8.56 | 9.02 | 9.02 | 84,258,000 |
| 13-Feb-25 | 10.28 | 10.36 | 9.06 | 9.78 | 9.78 | 126,712,700 |
| 12-Feb-25 | 7.7 | 9.93 | 7.55 | 9.74 | 9.74 | 153,707,500 |
| 11-Feb-25 | 8.47 | 9.41 | 7.87 | 8 | 8 | 119,094,100 |
| 10-Feb-25 | 9.43 | 9.7 | 8.2 | 8.72 | 8.72 | 187,527,700 |
| 7-Feb-25 | 6.77 | 9.31 | 6.52 | 8.59 | 8.59 | 231,271,400 |
| 6-Feb-25 | 7.48 | 7.82 | 6.67 | 6.77 | 6.77 | 165,866,100 |
| 5-Feb-25 | 5.5 | 7.54 | 5.36 | 7.11 | 7.11 | 269,635,400 |
| 4-Feb-25 | 4.5 | 5.07 | 4.46 | 4.91 | 4.91 | 68,485,800 |
| 3-Feb-25 | 3.83 | 4.4 | 3.78 | 4.23 | 4.23 | 26,528,300 |
| 31-Jan-25 | 4.25 | 4.53 | 4.12 | 4.24 | 4.24 | 40,859,700 |
| 30-Jan-25 | 3.85 | 4.3 | 3.85 | 4.12 | 4.12 | 46,164,500 |
| 29-Jan-25 | 3.7 | 3.81 | 3.52 | 3.64 | 3.64 | 14,850,100 |
| 28-Jan-25 | 3.82 | 3.87 | 3.55 | 3.7 | 3.7 | 19,339,700 |
| 27-Jan-25 | 3.78 | 3.97 | 3.5 | 3.68 | 3.68 | 25,342,000 |
| 24-Jan-25 | 4.25 | 4.59 | 4.12 | 4.13 | 4.13 | 29,619,500 |
| 23-Jan-25 | 4.3 | 4.44 | 4.1 | 4.22 | 4.22 | 24,694,500 |
| 22-Jan-25 | 4.6 | 4.82 | 4.34 | 4.44 | 4.44 | 40,330,800 |
| 21-Jan-25 | 3.94 | 4.51 | 3.93 | 4.41 | 4.41 | 42,925,000 |
| 17-Jan-25 | 4.26 | 4.4 | 3.91 | 3.92 | 3.92 | 37,863,800 |
| 16-Jan-25 | 3.73 | 4.17 | 3.57 | 4.15 | 4.15 | 58,472,300 |

https://finance.yahoo.com/quote/BBAI/history/?period1=17356896004eriod2=1758412800uccounter=2

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| 15-Jan-25 | 3.4 | 3.53 | 3.26 | 3.39 | 3.39 | 27,000,200 |
| 14-Jan-25 | 3.17 | 3.31 | 3.05 | 3.18 | 3.18 | 19,844,500 |
| 13-Jan-25 | 3 | 3.13 | 2.85 | 2.98 | 2.98 | 23,897,000 |
| 10-Jan-25 | 3.34 | 3.42 | 3.18 | 3.24 | 3.24 | 22,945,400 |
| 8-Jan-25 | 3.72 | 3.87 | 3.19 | 3.32 | 3.32 | 48,265,000 |
| 7-Jan-25 | 4.31 | 4.37 | 3.91 | 3.96 | 3.96 | 33,669,700 |
| 6-Jan-25 | 4.5 | 4.79 | 4.29 | 4.3 | 4.3 | 42,661,600 |
| 3-Jan-25 | 4.08 | 4.56 | 3.97 | 4.53 | 4.53 | 48,928,800 |
| 2-Jan-25 | 4.59 | 4.64 | 4.05 | 4.11 | 4.11 | 40,861,600 |

https://finance.yahoo.com/quote/BBAI/history/?period1=17356896005eriod2=1758412800uccounter=2