**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| SEAN PRIEWE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BIGBEAR.AI HOLDINGS, INC., LOUIS R. BROTHERS, AMANDA LONG, JOSHUA KINLEY, JULIE A. PEFFER, SEAN RICKER, and AE INDUSTRIAL PARTNERS, LP (F/K/A AE INDUSTRIAL PARTNERS, LLC), <br><br> Defendants. | Case No. 1:25-cv-00623-PTG-WEF <br><br><br> <u>CLASS ACTION</u> |

**SUPPLEMENTAL DECLARATION OF JONATHAN A. HENRY**
**IN FURTHER SUPPORT OF DEFENDANT AE INDUSTRIAL PARTNERS, LP'S**
**MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

I, Jonathan A. Henry, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am admitted to practice before this Court and am a Partner at the law firm of McDermott Will & Schulte LLP, 500 North Capitol Street, NW, Washington, DC 20001 and counsel of record for Defendant AE Industrial Partners, LP ("<u>AE Industrial</u>") in the above-captioned matter.  I respectfully submit this Supplemental Declaration in support of the Reply Memorandum of Law (the "<u>Reply</u>") in Further Support of AE Industrial's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint (ECF No. 54) (the "<u>Motion</u>").

2.    Attached hereto as **Supplemental Exhibit 1** is a true and correct copy of the Form 4 that BBAI Ultimate Holdings, LLC ("<u>BBAI Ultimate</u>") and other related beneficial owners filed with the United States Securities and Exchange Commission ("<u>SEC</u>") on December 20, 2024 in

1

connection with their sale of certain BigBear.AI Holdings, Inc. ("BigBear") common stock on December 19, 2024, and is publicly available on the SEC website at https://www.sec.gov/edgar. Supplemental Exhibit 1 is one of the Form 4s BBAI Ultimate filed in December 2024 that Plaintiffs appear to be referring to in paragraphs 98 and 181 of the Complaint and in their Opposition to AE Industrial's Motion to Dismiss (the "Opposition") (ECF No. 85), and the other Form 4s BBAI Ultimate filed in December 2024 are materially identical for purposes of AE Industrial's Motion and Reply.

3.      Attached hereto as **Supplemental Exhibit 2** is a true and correct copy of the Rule 10b501 Sales Plan, Client Representations, and Sales Instructions that BBAI Ultimate entered into as of May 7, 2024, as referenced in paragraphs 98-100 n.4, 181-82, 184 n.6 of the Complaint and in Plaintiffs' Opposition.

Executed this 6th day of November, 2025, in Washington, DC.

/s/ *Jonathan A. Henry*
Jonathan A. Henry