**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SEAN PRIEWE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BIGBEAR.AI HOLDINGS, INC., LOUIS R. BROTHERS, AMANDA LONG, JOSHUA KINLEY, JULIE A. PEFFER, SEAN RICKER, and AE INDUSTRIAL PARTNERS, LP (F/K/A AE INDUSTRIAL PARTNERS, LLC), <br><br> Defendants. | Case No. 1:25-cv-00623-PTG-WEF <br><br> Hon. Patricia Tolliver Giles |

**SUPPLEMENTAL DECLARATION OF LAURA E. BLADOW**
**IN SUPPORT OF BIGBEAR DEFENDANTS' REPLY IN SUPPORT OF THEIR**
**REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE**

I, Laura E. Bladow, an attorney duly admitted to practice in the State of Virginia and the District of Columbia and admitted in this Court, declare as follows:

1.      I am an attorney at the firm of Latham & Watkins LLP.  I am counsel to Defendants Bigbear.ai Holdings, Inc. ("BigBear"), Louis R. Brothers, Amanda Long, Joshua Kinley, Julie A. Peffer, and Sean Ricker (collectively, the "BigBear Defendants").  I submit this declaration in support of the BigBear Defendants' Motion to Dismiss Consolidated Class Action Complaint.

2.      Paragraphs 20-23 of my declaration filed on September 22, 2025 (Dkt. 76-1) contained hyperlinks to accounting reference guides issued by Ernst & Young LLP, KPMG LLP, PricewaterhouseCoopers LLP, and Deloitte.  I was able to access those hyperlinks by clicking them and/or copy and pasting the website addresses into an internet browser.  In an abundance of caution, however, the links are resubmitted in this supplemental declaration.

1

3.     The guide titled "Issuer's accounting for debt and equity financings" dated September 2024 and issued by Ernst & Young LLP is publicly available at this hyperlink (URL: https://www.ey.com/content/dam/ey-unified-site/ey-com/en-us/technical/accountinglink/documents/ey-frd13740-211us-09-26-2024.pdf)

4.     The handbook titled "Derivatives and hedging" dated December 2024 and issued by KPMG LLP is publicly available at this hyperlink (URL: https://kpmg.com/us/en/frv/reference-library/2025/handbook-derivatives-hedging.html ).

5.     The guide titled "Derivatives and hedging" dated March 2024 and issued by PricewaterhouseCoopers LLP is publicly available at this hyperlink (URL: https://viewpoint.pwc.com/dt/us/en/pwc/accounting_guides/derivatives_and_hedg/assets/dhguide0824.pdf).

6.     The guide titled "Roadmap Hedge Accounting" dated November 2024 and issued by Deloitte is publicly available at this hyperlink (URL: https://dart.deloitte.com/USDART/pdf/97def2ac-32b6-11ec-8298-27dde9629b11).

7.     I clicked on the links in paragraph ¶¶ 3-6 above, and copy and pasted the URLs into a web browser, and I was able to access each document.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

 DATED: November 6, 2025

*/s/ Laura E. Bladow*
Laura E. Bladow

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6 day of November, 2025, I electronically filed the foregoing Supplemental Declaration with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all registered users.

*/s/ Laura E. Bladow*