IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SEAN PRIEWE, Individually and on Behalf of )
All Others Similarly Situated,, )
  )
    *Plaintiff,* )
  )
v. )    Case No. 1:25-cv-623 (PTG/WEF)
  )
BIGBEAR.AI HOLDINGS, INC., LOUIS R. )
BROTHERS, AMANDA LONG, JOSHUA )
KINLEY, JULIE A. PEFFER, SEAN RICKER, )
and AE INDUSTRIAL PARTNERS, LP (F/K/A
AE INDUSTRIAL PARTNERS, LLC),

    *Defendants.*

## ORDER

This matter is before the Court on Defendants' Motions to Dismiss ("Motions"). Dkts. 69, 75. The hearing on the Motions is currently scheduled for December 11, 2025, at 10:00 a.m. The Court will be in trial on December 11, 2025. Accordingly, it is hereby

**ORDERED** that the hearing on Defendants' Motions (Dkts. 69, 75) currently scheduled for December 11, 2025, at 10:00 a.m. is **TERMINATED**; and it is further

**ORDERED** that the parties re-notice the hearing for a Thursday on or after January 29, 2026, at 10:00 a.m.

Entered this ____ day of December, 2025.
Alexandria, Virginia

                    /s/
                    Patricia Tolliver Giles
                    United States District Judge