IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SEAN PRIEWE, Individually and on Behalf of )
All Others Similarly Situated, )
)
        *Plaintiff,* )
  v. )    Case No. 1:25-cv-623 (PTG/WEF)
)
BIGBEAR.AI HOLDINGS, INC., LOUIS R. )
BROTHERS, AMANDA LONG, JOSHUA )
KINLEY, JULIE A. PEFFER, SEAN RICKER, )
and AE INDUSTRIAL PARTNERS, LP (F/K/A
AE INDUSTRIAL PARTNERS, LLC),

        *Defendants.*

## ORDER

This matter is before the Court on Defendants' Motions to Dismiss ("Motions"). Dkts. 69, 75. A hearing on the Motions is currently set for February 5, 2026, at 10:00 a.m. The Court is not available on that date. Accordingly, it is hereby

**ORDERED** that the hearing on the Motions set for February 5, 2026, at 10:00 a.m. is **TERMINATED**. The parties are **DIRECTED** to meet and confer on potential dates for a hearing and provide the Court with three alternative Friday dates that are after February 27, 2026. The Court will then reset the Motions for a hearing on one of the dates provided.

Entered this 4th day of February, 2026.
Alexandria, Virginia

_____ /s/
Patricia Tolliver Giles
United States District Judge