IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SEAN PRIEWE, Individually and on Behalf of
All Others Similarly Situated,

      *Plaintiff,*

v.

BIGBEAR.AI HOLDINGS, INC., LOUIS R.
BROTHERS, AMANDA LONG, JOSHUA
KINLEY, JULIE A. PEFFER, SEAN RICKER,
and AE INDUSTRIAL PARTNERS, LP (F/K/A
AE INDUSTRIAL PARTNERS, LLC),

      *Defendants.*

)
)
)
)
)
)
)
)
)
)
)

Case No. 1:25-cv-623 (PTG/WEF)

## ORDER

This matter is before the Court on Defendants' Motions for Request for Judicial Notice

("Motions"). Dkts. 72, 77, 94. A hearing on the Motions is currently set for February 5, 2026, at

10:00 a.m. The Court is not available on that date. Accordingly, it is hereby

**ORDERED** that the hearing on the Motions set for February 5, 2026, at 10:00 a.m. is

**TERMINATED**. The parties are **DIRECTED** to meet and confer on potential dates for a hearing

and provide the Court with three alternative Friday dates that are after February 27, 2026. The

Court will then reset the Motions for a hearing on one of the dates provided.

Entered this ____ day of February, 2026.
Alexandria, Virginia

                                 /s/
                           Patricia Tolliver Giles
                           United States District Judge