IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| SEAN PRIEWE, Individually and on Behalf of All Others Similarly Situated,<br><br>    *Plaintiff,*<br><br>  v.<br><br>BIGBEAR.AI HOLDINGS, INC., LOUIS R. BROTHERS, AMANDA LONG, JOSHUA KINLEY, JULIE A. PEFFER, SEAN RICKER, and AE INDUSTRIAL PARTNERS, LP (F/K/A AE INDUSTRIAL PARTNERS, LLC),<br><br>    *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-623 (PTG/WEF) |

## ORDER

This matter is before the Court on its own initiative. On February 4, 2026, the Court directed the parties to meet and confer and provide the Court with potential dates for a hearing on Defendants' motions (Dkts. 69, 72, 75, 77, 94). The parties provided Friday, May 15, 2026, as a potential date for a hearing. Dkt. 113. Accordingly, it is hereby

**ORDERED** that the Court will hear argument on Defendants' motions (Dkts. 69, 72, 75, 77, 94) on Friday, May 15, 2026, at 10:00 a.m.

Entered this 23rd day of February, 2026.
Alexandria, Virginia

_____ /s/
Patricia Tolliver Giles
United States District Judge