# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **5/15/2026**
Time: **10:02 - 10:57**
**11:19 - 11:50**

Judge: **Giles**
Reporter: **S. Wallace**

Civil Action Number: **1:25-cv-623**

**SEAN PRIEWE**

**V.**

**BIGBEAR.AI HOLDINGS, INC. ET AL**

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| **Steven Toll**<br>**Jeffrey Block**<br>**Michael Gaines** | **Colleen Smith**<br>**Laura Bladow**<br>**Jennifer Routh**<br>**Nathan Bull**<br>**Steven Scholes** |

Motion to/for:
[69] Motion to Dismiss for Failure to State a Claim by deft.
[75] Motion to Dismiss for Failure to State a Claim by deft.

Argued and
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
(**X**) Taken Under Advisement ( ) Continued to

(**X**) Order to Follow